# 10 MAXIMS of Law

1 A workman is worthy of his hire.

2 All men are equal under the law.

3 In commerce truth is sovereign.

4 Truth is expressed in the form of an affidavit.

5 An unrebutted affidavit stands as truth in commerce.

6 An unrebutted affidavit becomes judgment in commerce.

7 He who consents cannot receive an injury.

8 A matter must be expressed to be resolved.

9 Sacrifice is the measure of credibility.

10 A lien or claim can be satisfied only through rebuttal by counter affidavit point by point, resolution by a jury, or payment of the claim.

05/30/2025
873075339



05/30/2025
873075339
2°
USA

## An American's Adoption of Laws by Deed Poll

It is duly executed on this 20th day of June, 2025, I, Muqallibu Deen, of the family El, located at poll station 5822 Knollwood Trl, Spring, Texas 77373-4985 an American, we the people, of voting age (21 years) and electoral age (25 years) as a duly authorized American voter/elector and grantor do here and now duly cast my lawful votes upon this deed poll as an American adopting father for the following foundation documents of law because I have now taken them as my foundation laws to have and hold my right of American sovereignty and my duly authorized authority over the Federal and State governmental grantee officials.

- ☑ I adopt the Bible as a book of universal just intercourse commerce laws
- ☑ I adopt the American Declaration of Independence dated, July 4, 1776
- ☑ I adopt the Articles of Confederation dated July 9, 1778
- ☑ I adopt the Constitution of the United States dated September 17, 1787
- ☑ I adopt the Bill of Rights, (the first 10 amendments to the Constitution ratified by 1791)
- ☑ I adopt the Antitrust Acts of 1890 (Sherman Antitrust Act) & 1914 (Clayton Act)
- ☑ I adopt all Acts dealing with just silver exchanges with lawful American currency
- ☑ I adopt the 3rd Constitution of Texas, ratified 1836

By my voted adoption of these foundational documents, I am setting forth to establish my American adopting fatherly force and authority in both the universal and American laws. I have duly recorded this original in my private registered files. It is duly required to be accepted by the state and federal governmental grantee officials when a copy is delivered. By my signature and seal, it is duly performed. I stand with my duly protected rights and powers over all United States, Federal and State governmental grantee officials to enforce them with my love and affection to uphold their lawful obligations or to be sanctioned. I hold in reserve my rights to adopt or to revoke all other statutory contractual laws.

American adopting father (grantor) duly authorized signature, *Muqallibu Deen : El*

Muqallibu Deen of the family El

### Definitions:

Adoption – Approval, as the adoption of a statute Anno: 132 ALR 1061. Selecting and taking as one's own that which was not so before.

Approval – A sanction; expression of satisfaction. In the law of agency, approval, ratification, and acquiescence in an act all presuppose the existence of some actual knowledge of the act and what amounts to a purpose to abide by it.

Deed Poll – A deed made in one part and signed only by the grantor. When accepted by the grantee, it becomes the mutual act of the parties and therefore the grantee is bound by any covenants in it which are to be performed by him.

Duly – The word has acquired a fixed legal meaning, and when used before any word implying action, it means that the act was done properly, regularly, and according to law.

Duly Authorized Agent – An agent with authority either express or implied to act in a particular situation, for example the receiving of notice or proof of loss.

Duly performed – Fully performed.

Duly recorded – The term not only imports that the instrument has been filed for record and copied in the proper record book of the registrar, but also that it was in form and substance an instrument which was by law entitled to be recorded.

Poll – Verb: To vote. Noun: A head. An individual among several persons.

Polls – One of the places where the votes are cast at an election. The place of holding an election within a district, precinct, or other territorial unit.

Sanction – Approval. Authority. Something giving force and authority. A coercive measure. That part of a law which signifies the evil or penalty which will be incurred by the wrongdoer for his breach of it.

Set – Adjective: Fixed or established. Verb: To put in place. To mark down; to put on paper.

06/20/2025
873075339

06/25/2025
873075339

### An American's Adoption of Laws by Deed Poll

It is duly executed on this 20th day of June, 2025, I, Aundra Owens Crane, of the family El, located at poll station 5822 Knollwood Trl, Spring, Texas 77373-4985 an American, we the people, of voting age (21 years) and electoral age (25 years) as a duly authorized American voter/elector and grantor do here and now duly cast my lawful votes upon this deed poll as an American adopting father for the following foundation documents of law because I have now taken them as my foundation laws to have and hold my right of American sovereignty and my duly authorized authority over the Federal and State governmental grantee officials.

[√] I adopt the Bible as a book of universal just intercourse commerce laws
[√] I adopt the American Declaration of Independence dated, July 4, 1776
[√] I adopt the Articles of Confederation dated July 9, 1778
[√] I adopt the Constitution of the United States dated September 17, 1787
[√] I adopt the Bill of Rights, (the first 10 amendments to the Constitution ratified by 1791)
[√] I adopt the Antitrust Acts of 1890 (Sherman Antitrust Act) & 1914 (Clayton Act)
[√] I adopt all Acts dealing with just silver exchanges with lawful American currency
[√] I adopt the 3rd Constitution of Texas, ratified 1836

By my voted adoption of these foundational documents, I am setting forth to establish my American adopting fatherly force and authority in both the universal and American laws. I have duly recorded this original in my private registered files. It is duly required to be accepted by the state and federal governmental grantee officials when a copy is delivered. By my signature and seal, it is duly performed. I stand with my duly protected rights and powers over all United States, Federal and State governmental grantee officials to enforce them with my love and affection to uphold their lawful obligations or to be sanctioned. I hold in reserve my rights to adopt or to revoke all other statutory contractual laws.

American adopting father (grantor) duly authorized signature, *Aundra Owens Crane-El*

Aundra Owens Crane of the family El

### Definitions:

Adoption – Approval, as the adoption of a statute Anno: 132 ALR 1061. Selecting and taking as one's own that which was not so before.

Approval – A sanction; expression of satisfaction. In the law of agency, approval, ratification, and acquiescence in an act all presuppose the existence of some actual knowledge of the act and what amounts to a purpose to abide by it.

Deed Poll – A deed made in one part and signed only by the grantor. When accepted by the grantee, it becomes the mutual act of the parties and therefore the grantee is bound by any covenants in it which are to be performed by him.

Duly – The word has acquired a fixed legal meaning, and when used before any word implying action, it means that the act was done properly, regularly, and according to law.

Duly Authorized Agent – An agent with authority either express or implied to act in a particular situation, for example the receiving of notice or proof of loss.

Duly performed – Fully performed.

Duly recorded – The term not only imports that the instrument has been filed for record and copied in the proper record book of the registrar, but also that it was in form and substance an instrument which was by law entitled to be recorded.

Poll – Verb: To vote. Noun: A head. An individual among several persons.

Polls – One of the places where the votes are cast at an election. The place of holding an election within a district, precinct, or other territorial unit.

Sanction – Approval. Authority. Something giving force and authority. A coercive measure. That part of a law which signifies the evil or penalty which will be incurred by the wrongdoer for his breach of it.

Set – Adjective: Fixed or established. Verb: To put in place. To mark down; to put on paper.



06/20/2025
876707509

c) Please be advised that exclusive criminal jurisdiction over Indians and Indian affairs is granted under 18 United States Code § 1152 and 25 United States 1301.

d) I respectfully request the Attorney-General to inform the County Sheriff and local law enforcement officers of this Notice.

2. Further be further advised that I invoke my rights under Article 1, section 10 of the United States Constitution that guarantees me that no State shall impair the obligation of a (private) contract that I have willingly, freely, and voluntarily entered into with a Tribal Native American government. In essence, this means that the State has to respect my decision to contract solely with a native tribal government.

3. All my affairs in commerce as a tribal corporation are associated with Revenue Ruling 94-16 which grants tax exemptions for tribal corporations under Section 17 of the Indian Reorganization Act (Howard-Wheeler Act) of 1934. As an individual I invoke the rights provided for under Section V of Revenue Ruling 67-284.

4. My travel requirements within continental America will be met by a Tribal Travel Permit in *Indian country* as defined in 18 United States Code § 1151. I will therefore not be requiring a State issued driver's license because I am contracting with a tribal government under federal Indian law, and abiding by Article 13 of the Universal Declaration of Human Rights which grants me the liberty to travel, reside in, and/or work in any part of the state where I please within the limits of respect for the liberty and rights of others.

5. I will fully understand if you choose not to respond to this Notice. However, please be advised that I reserve the right to invoke the doctrine of estoppel by acquiescence (Latin: *qui tacet consentire videtur* – he who is silent is taken to agree) as upheld in <u>Georgia v. South Carolina, 497 U.S. 376 (1990), 110 S. Ct. 2903, 111 L. Ed. 2d. 309; Central Pacific Railway Co. v. Alameda County, 264 U.S. 463 (1932).</u>

6. <u>There are some fundamental principles that underlie the entire field of **Federal Indian Law** (*Handbook of Federal Indian Law*, by Felix S. Cohen. (2005 ed., p. 2):</u>

"First, an Indian nation possesses in the first instance all of the powers of a sovereign state. Those powers that are lawfully vested in an Indian nation are not, in general, delegated powers granted by express acts of Congress, but rather inherent powers of a limited sovereignty that has never been extinguished because of the unique and peculiar circumstances in which Indians and Indian tribes were forced to accept encroachment by white settlers with a plethora of laws, orders, rules, and regulations in tow. This inherent

# Moorish American National Government

## The Divine Ministry



**ISLAM**



**Noble Drew Ali**









**ASIA**

*Unity*





**Fig. No. 1**





**SET FOR THE DEFENSE OF THE GOSPEL**



**ALLAH**
**THE GREAT GOD OF LOVE**

This Is To Certify, That After Satisfactory Relation Of Infinite Experience, A Call To The National Ministry Of The

### Moorish American National Government

Name: *Dr. Aundra Higgins Crane-EL, D.M.*

Is Hereby Officially Ordained To:

## THE DIVINE MINISTRY

By The Grand National Chairman of Moorish America

On the **26**TH Day, of (MONTH) **July**, In the YEAR 20 **2018**

National Representative of The Office: *Embassies, Consulates, Governments*

The Aforementioned Official, Now Ordained To The Divine Ministry, Is Empowered To Teach The High Principles Of Love, Truth, Peace, Freedom And Justice: Teach All Men And Nations Of The Earth To Obey The Laws And National Constitution Of The Said Government. He Or She Is Authorized To Be An Ambassador To Their Especial Cabinet And To Seek National Friendship, Global Alliances, And Treaties Of Harmony To The Benefit Of Humanity. All Ministers Representing Moorish America Must Confirm Themselves To Holy Books And Laws Of Salvation And To Heal The Bodies, Souls and Hearts Of Men That They May Learn To Love Instead Of Hate. The Moorish Americans Are Descendents Of The Ancient Moabites Whom Later Inhabited The Northwestern And Southwestern Shores Of America; They Are The Mothers And Fathers Of The Human Family Of Nations, Whose Forefathers Were The Torchbearers Of Civilization, Indigenous Scientists Of The Arts And Rulers Of The universe Seen And unseen. From This Office, Said Minister Have Completed Theology Of The World Through The Ancient Kemetic Four Great Sacred Schools Of Thought And Honors All True And Divine Prophets From Adam, Yehoshua (Jesus), Mohammed, Buddah, And Confucious Through noble Drew Ali.

Said Divine Minister Have Infinite Jurisdiction To Teach Upon The Hedges And Highways; From All Halls Of Learning To The Dismal Crypts In Honor Of Uplifting Fallen humanity. These Governmental Authorizations With Supporting Moorish National Identification Are To Be Presented Upon Demand Whenever Certifications Are Required. The Moorish National Government Reserves The Sovereign Unalienable Right, With Just Reason, To Suspend, Revoke Or Take Away The Official Status Of This Officer While Leaving Intact The Divinity Of Their Ministry.

*Dr. Al Cinnatan Kent M. Hey Juan Nomen-Bey*

In Testimony Whereof I Have Hereunto Autographed My Name        Grand National Chairman

*SA#1*

And Affixed The Grand National Seal And The Grand National Emblem Of The Moorish American Government

**SEAL**        *Swift AngEl # 76*        **SEAL**







ALL SOVEREIGN RIGHTS RESERVED

*06/20/2025*
*876707509*



*Aundra Crane EL*

**USA**



CAUSE NO. 256541901010

THE STATE OF TEXAS        §   IN THE COUNTY CRIMINAL

                         §

V.                              §   COURT AT LAW NO. 5

                         §

DEEN EL, MUQALLIBU       §   HARRIS COUNTY, TEXAS

DATE: June 10, 2025

FROM: Aundra Owens Crane El, (C)(AR)

TO:

1. Gregory Wayne Abbott

   Governor, State of Texas

   1100 San Jacinto Blvd, Austin, Texas 78701-1935

2. Jay Robert Pritzker

   Governor, State of Illinois

   State Capitol 207 Statehouse, Springfield, Illinois 62706

3. Kathy Hochul

   Governor, State of New York

   NYS State Capitol Building, Albany, New York 12224

4. Warren Kenneth Paxton, Jr.

   Attorney General, State of Texas

   209 West 14th St, Austin, Texas 78701-1614

5. Kwame Raoul

   Attorney General, State of Illinois

   500 South Second St, Springfield, Illinois 62701

6. Letitia James

   Attorney General, State of New York

   NYS State Capitol Building, Albany, New York 12224-0341

7. Daniel Avitia

   Director, Department of Motor Vehicles

   4000 Jackson Ave, Austin, Texas 78731-6007

8. Michael Faulkender

   Commissioner, Internal Revenue Service



06/25/2025
876707509

06/25/2025
876707509

1111 Constitution Ave NE, Washington, DC 20002-6433

**CC**:

1) Sen. Lisa Murkowski

   Chairman, U.S. Senate Committee on Indian Affairs

   838 Hart Senate Office Building, Washington D.C. 20510-0001

2) Ms. Gina Allery

   Director, Office of Tribal Justice

   U.S. Department of Justice

   950 Pennsylvania Avenue N.W., Washington D.C. 20530-0001

## NOTICE OF RESCISSION OF IMPLIED CONTRACT WITH STATE AND FEDERAL GOVERNMENTS

Ladies and Gentlemen,

A. This is a formal Notice to advise and inform you that, effective immediately, I assert and claim my inalienable rights, and among these rights is my right to no longer wish to participate as a citizen of the State of Texas, or of the United States government. I also rescind my right to vote in any elections. I have taken no oath, nor swore any allegiance to any municipal, county, state or federal government.

1.     a) I am instead asserting and claiming my status and standing as a denizen of a tribal Native American government whose inherent sovereignty predates European contact the United States Constitution. This in essence means that in the event I am pulled over based on "probable cause" as asserted by a law enforcement officer, I cannot be prosecuted in State courts as they have no jurisdiction over Indians and Indian affairs. See Worcester v. Georgia, 31 U.S. (6 Pet.) 5151 (1832); Williams v. Lee, 358 U.S. 217 (1959); Iron Crow v. Ogallala Sioux Tribe, 129 F. Supp. 15 (1955); Wisconsin Potowatomies of Hannahville Indian Community v. Houston, 393 F. Supp. 719; American Indian Agricultural Credit Consortium, Inc. v. Fredericks, 551 F. Supp. 1020 (1982); Inyo County v. Paiute-Shoshone Indians of the Bishop Community, 538 U.S. 701 (2003); Rice v. Olson, 324 U.S. 786 (1945)(quoted in McClanahan v. Arizona State Tax Commission, 411 US. 164, 168 (1973)). My lawyers advise me that none of these cases have been overruled either by precedent or enacted legislation.

06/25/2025
876707509

06/25/2025
876707509

b) Power exerted by the government over the People as consensually and explicitly limited by the United States Constitution, and various other state constitutions, has been clearly enunciated and explained thus: "It is a fundamental principle of our system of government that the rights of men are to be determined by the law itself, and **not** by the let or leave of administrative officers or bureaus. This principle ought **not** to be surrendered for convenience or in effect nullified for the sake of expediency. It is the prerogative and function of the legislative branch of the government, whether state or municipal, to determine and declare what the law shall be, and the legislative branch of the government may **not** divest itself of this function or delegate it to executive or administrative officers." (at 11)

. . . In principle, legislation and administration are quite **distinct** powers; but in practical application the line which separates their exercise is **not** clearly marked or easily defined. However, in their definition in practical application lies the difference between government by legislation and government by bureaucracy, which, though contrary to the genius of our government, some courts have gone far towards sustaining. (at 12)

Where a statute or ordinance assumes to regulate the exercise of a common right such as that here involved, by requiring a permit for the exercise thereof, which is to be granted or refused and may be revoked by an administrative officer in his discretion, the correct principles for determining whether it is void because it delegates legislative power to the administrative officer are stated by the court in Mutual Film Corp. v. Ohio Industrial Commission, 236 U.S. 239, 35 S.Ct. 387, 392, 59 L.Ed. 552, Ann. Cas. 1916C, 296, in the following language: "The legislature must declare the policy of the law and **fix** the legal principles which are to control in given cases; but an administrative body may be invested with the power to ascertain the acts and conditions to which the policy and principles apply." (at 13). *But when we come to examine the provisions with reference to revocation of permits by the chief of police, the policy of the law and the legal principles which are to control the action of the chief of police are **not** determinable from the terms of the ordinance. (at 13)* (emphasis added). Thompson v. Smith, Chief of Police; Supreme Court of Appeals of Virginia 155 Va. 367, 154 S.E. 579, 71 A.L.R. 604, Sept. 12, 1930.

06/25/2025
876707509

c) Please be advised that exclusive criminal jurisdiction over Indians and Indian affairs is granted under 18 United States Code § 1152 and 25 United States 1301.

d) I respectfully request the Attorney-General to inform the County Sheriff and local law enforcement officers of this Notice.

2. Further be further advised that I invoke my rights under Article 1, section 10 of the United States Constitution that guarantees me that no State shall impair the obligation of a (private) contract that I have willingly, freely, and voluntarily entered into with a Tribal Native American government. In essence, this means that the State has to respect my decision to contract solely with a native tribal government.

3. All my affairs in commerce as a tribal corporation are associated with Revenue Ruling 94-16 which grants tax exemptions for tribal corporations under Section 17 of the Indian Reorganization Act (Howard-Wheeler Act) of 1934. As an individual I invoke the rights provided for under Section V of Revenue Ruling 67-284.

4. My travel requirements within continental America will be met by a Tribal Travel Permit in *Indian country* as defined in 18 United States Code § 1151. I will therefore not be requiring a State issued driver's license because I am contracting with a tribal government under federal Indian law, and abiding by Article 13 of the Universal Declaration of Human Rights which grants me the liberty to travel, reside in, and/or work in any part of the state where I please within the limits of respect for the liberty and rights of others.

5. I will fully understand if you choose not to respond to this Notice. However, please be advised that I reserve the right to invoke the doctrine of estoppel by acquiescence (Latin: *qui tacet consentire videtur* – he who is silent is taken to agree) as upheld in <u>Georgia v. South Carolina, 497 U.S. 376 (1990), 110 S. Ct. 2903, 111 l. Ed. 2d. 309; Central Pacific Railway Co. v. Alameda County, 264 U.S. 463 (1932)</u>.

6. <u>There are some fundamental principles that underlie the entire field of **Federal Indian Law** (*Handbook of Federal Indian Law*, by Felix S. Cohen. (2005 ed., p. 2)</u>:

"First, an Indian nation possesses in the first instance all of the powers of a sovereign state. Those powers that are lawfully vested in an Indian nation are not, in general, delegated powers granted by express acts of Congress, but rather inherent powers of a limited sovereignty that has never been extinguished because of the unique and peculiar circumstances in which Indians and Indian tribes were forced to accept encroachment by white settlers with a plethora of laws, orders, rules, and regulations in tow. This inherent



06/25/2025
876707509

sovereignty preexisted the formation of the United States and persists unless diminished by treaty or statute or, in certain instances, by federal common law which is, admittedly, and regrettably, hazardous to the Indians and Indian tribes if the judge embarks on a subjective quest for the truth in an effort to render justice to a particular case involving Indian rights. It is because of this retained sovereignty that Tribes have a "government-to-government relationship" with the federal government.

Second, the federal government arrogated to itself broad powers and responsibilities in Indian affairs that stretches the limits of their power and authority when constitutional restraints are applied. Strictures of judge-made law like "plenary power," "implied divestiture," "trust relationship," and even journalistic raids like "manifest destiny" do not appear in any federal law or the Indian Commerce Clause. Yet it is supposed to be the sine qua non of the government-to-government relationship between the Indians, tribes and the federal government. Moreover, federal Indian law is characterized by a tension between doctrines that grant the United States powers over Tribes and their Members and doctrines that both limit federal power and place affirmative obligations on the United States. These obligations toward Indian nations and Indians are rooted in what has become known as the "trust relationship, a doctrine grounded in Indian law. An implication of the trust relationship is that treaties and statutes affecting Indians and Tribes are ordinarily *subject to special rules of construction that presume retention of tribal sovereignty and property rights.*

Third, *state authority in Indian affairs is limited.* Federal supremacy in this area of law leaves little room for state involvement because there has been no Treaty concluded between Indian Tribes and state governments. Tribal retained inherent sovereignty is another function of this peculiar state of affairs. But this does not mean that Tribes and States cannot enter into mutually beneficial relationships and agreements consistent with federal law and tribal law.

When it comes to recognizing and validating the rights of Indians and Tribes, States are in constant denial since achieving statehood within Indian country. Titles to land in Indian country were never repealed unless a specific Act of Congress extinguished Indian title. The 1763 Royal Proclamation and the 1787 Northwest Ordinance placed great emphasis

06/25/2025
876707509

on the fact that Indian title must be honored, respected, and recognized. Subsequent legislation and U.S. Supreme court decisions breached and violated every treaty that conferred personal and property rights to Indians and Tribes. The court of conscience, civilized conduct, and behavior have been dismantled and utterly destroyed in this "land of the free and the home of the brave."

It appears that the American Indian is unable, not unwilling, to fight juggernaut government with his intellect alone.

I affirm this Affidavit is true and correct.

Yours Sincerely,

Aundra Owens Crane El

Subscribed and affirmed to before me
this 10th day of June 2025

*Aundra Owens Crane El (C)(AR)*
Aundra Owens Crane El©, Attorney-in-Fact
in behalf of AUNDRA OWENS CRANE EL

Signature of Notary Public





CAUSE NO. 256541901010

| | |
|---|---|
| THE STATE OF TEXAS | § IN THE COUNTY CRIMINAL |
| | § |
| V. | § COURT AT LAW NO. 5 |
| | § |
| DEEN EL, MUQALLIBU | § HARRIS COUNTY, TEXAS |

**Notice of Rescission of Signatures**

Aundra Owens Crane El, GRANTOR/SOLE BENEFICIARY/
HOLDER IN DUE COURSE and Authorized Rep. for of
AUNDRA OWENS CRANE EL, E.I.N. 876707509
c/o Non-Domestic, Foreign Mail  PMB 4985
Spring
Texas republic -- Without the U.S.
Zoning Improvement Plan "EXEMPT," (DMSM A010.1.2d)
876707509

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND
OTHERWISE, ALL 'TRADED AS PRIVATE & PUBLIC CORPORATIONS.
ALL ENTITIES IN THE PAST, CURRENT AND FUTURE.

Respondents

June, 10th, 2025

RE: RESCISSION OF SIGNATURES /WAIVER OF BENEFITS/PRIVILEGES
/ DISSOLUTION OF ALL ADHESION/UNILATERAL CONTRACTS /
REVOCATION OF POWER(S) OF ATTORNEY IMPLIED AND/OR
EXPRESSED, REVOCATION OF ALL TRUSTS/CONTRACTS IMPLIED
AND/OR EXPRESSED INCLUDING ALL INITIALS, MARKS, ETC ON ALL
CONTRACTS FOR CAUSE 12 CFR 226,23 ALSO TILA 226.23 APP'X.

SWORN DECLARATION UNDER PENALTY OF PERJURY - ACTUAL AND
CONSTRUCTIVE NOTICE - SELF-EXECUTING RESCISSION OF ALL
SIGNATURES, WAIVER OF BENEFITS & PRIVILEGES, DISSOLUTION OF
ADHESION/UNILATERAL, ALL CONTRACTS, REVOCATION OF
POWER(S) OF ATTORNEY, REVOCATION OF ALL
TRUSTS/CONTRACTS.

Attention, NOTICE TO ALL VENDORS, PUBLIC & PRIVATE
CORPORATIONS & GOVERNMENT AGENCIES:

I, Aundra Owens Crane El, THE GRANTOR/CREATOR of all Trusts/Contracts,
a living man on the land until proven otherwise, do hereby rescind for cause of
failure to disclose risks, perils, responsibilities, lack of valuable consideration, as

06/25/2025
876707509

06/25/2025
876707509

well as non-disclosure of material facts including, but not limited to the fact that the "Borrower/Trustee in Error," AUNDRA OWENS CRANE EL by and through the undersigned's signature, created the energy for the credit used to fund all loans, taxes, services, CITY/COUNTY/STATE/FOREIGN PRINCIPALS and subsequent fraudulent pilferage/obtainage, all signatures executed in my natural and representative capacities without exception on any and all offers, trusts, documents, instruments, process and contracts between August, 25th, 1969 through the date of this Actual and Constructive Notice through to the date of my natural death, issued to me or legal fiction, AUNDRA OWENS CRANE EL, in all matters with the exception of any/all signatures executed for the purpose of Accepting for Value any such offers, documents, instruments, process actions and/or proceedings. All such contracts, offers, documents, instruments, process, actions and or proceedings are hereby ACCEPTED FOR VALUE and/or RETURNED FOR FULL CREDIT, by notice all such acceptance signatures whether expressed or implied remain in full force and effect.

All unconscionable contracts/trusts are subject to rescission under the common law for failure to make the proper disclosures in order to constitute an acceptance, where there is no meeting of the minds there is no contract as required by §226.23(b) (1) regarding notice of right to rescind as set forth in re Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002); Banker. Lexis 759. The UCC addresses unconscionable in UCC §2-302.

I further waive and reject any and all benefits and/or privileges expressed, implied or otherwise arising from any such signatures, all resulting contracts, agreements or trusts resulting from force, under threat of being denied access to One's own credit among others, involuntary servitude and peonage by adhesion contract, committed against myself. Further, these adhesion contracts and any and all powers of attorney, contracts and all trusts whether expressed, implied or otherwise are hereby revoked, terminated, canceled nunc pro tunc from August, 25th, 1969 to 100 years from today's date.

## AFFIRMATION UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

## AFFIRMATION OF GRANTOR STATUS
## CLAIM OF SOLE BENEFICIARYSHIP OF ALL TRUSTS

I, Aundra Owens Crane of the house of El, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records

doc #, I, Muqallibu-Deen of the house of El, am the GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE CESTUI QUE TRUST, commonly known as AUNDRA OWENS CRANE EL; AUNDRA EL; AUNDRA O. EL; AUNDRA C. EL.; A.O. EL; A.C. EL; A. EL; EL, AUNDRA OWENS; EL, AUNDRA CRANE; EL, AUNDRA O.; EL, AUNDRA C.; EL, A.O.; EL, A.C.; EL, A.; Aundra Owens EL; Aundra Crane EL; Aundra O. EL; Aundra C. EL; etc., I hereby declare, express and claim my GRANTOR status of CESTUI QUE TRUST & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the aforementioned master CESTUI QUE TRUSTS, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, Aundra Owens Crane of the house of El; am the GRANTOR/TRUSTOR/SETTLOR/SOLE BENEFICIARY of the CESTUI QUE TRUST and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLORSHIP/ SOLE BENEFICIARYSHIP OF MY CESTUI QUE TRUST therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

Without Prejudice, Under Reserve,


by: _Aundra Owens Crane El (CXAR)_
Aundra Owens Crane El, GRANTOR, Auth Rep.
for AUNDRA OWENS CRANE EL, EIN# 876707509

JURAT

STATE OF TEXAS        )
                                    ) ss (For Verification Purposes Only)
COUNTY OF HARRIS )


SUBSCRIBED AND SWORN TO BEFORE ME on this _____ Day of _____, 2025, by Aundra Owens Crane El, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____ Seal
- Place Notary Signature Above -

06/25/2025
876707509

06/25/2025
876707509

b) Power exerted by the government over the People as consensually and explicitly limited by the United States Constitution, and various other state constitutions, has been clearly enunciated and explained thus: "It is a fundamental principle of our system of government that the rights of men are to be determined by the law itself, and **not** by the let or leave of administrative officers or bureaus. This principle ought **not** to be surrendered for convenience or in effect nullified for the sake of expediency. It is the prerogative and function of the legislative branch of the government, whether state or municipal, to determine and declare what the law shall be, and the legislative branch of the government may **not** divest itself of this function or delegate it to executive or administrative officers." (at 11)

. . . In principle, legislation and administration are quite **distinct** powers; but in practical application the line which separates their exercise is **not** clearly marked or easily defined. However, in their definition in practical application lies the difference between government by legislation and government by bureaucracy, which, though contrary to the genius of our government, some courts have gone far towards sustaining. (at 12)

Where a statute or ordinance assumes to regulate the exercise of a common right such as that here involved, by requiring a permit for the exercise thereof, which is to be granted or refused and may be revoked by an administrative officer in his discretion, the correct principles for determining whether it is void because it delegates legislative power to the administrative officer are stated by the court in Mutual Film Corp. v. Ohio Industrial Commission, 236 U.S. 239, 35 S.Ct. 387, 392, 59 L.Ed. 552, Ann. Cas. 1916C, 296, in the following language: "The legislature must declare the policy of the law and **fix** the legal principles which are to control in given cases; but an administrative body may be invested with the power to ascertain the acts and conditions to which the policy and principles apply." (at 13). *But when we come to examine the provisions with reference to revocation of permits by the chief of police, the policy of the law and the legal principles which are to control the action of the chief of police are **not** determinable from the terms of the ordinance.* (at 13) (emphasis added). Thompson v. Smith, Chief of Police; Supreme Court of Appeals of Virginia 155 Va. 367, 154 S.E. 579, 71 A.L.R. 604, Sept. 12, 1930.

06/25/2025
873075339

CAUSE NO. 256541901010

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| V. | § | COURT AT LAW NO. 5 |
| | § | |
| DEEN EL, MUQALLIBU | § | HARRIS COUNTY, TEXAS |

DATE: June 10, 2025

FROM: Muqallibu Deen El, (C)(AR)

TO:

1. Gregory Wayne Abbott

    Governor, State of Texas

    1100 San Jacinto Blvd, Austin, Texas 78701-1935

2. Jay Robert Pritzker

    Governor, State of Illinois

    State Capitol 207 Statehouse, Springfield, Illinois 62706

3. Kathy Hochul

    Governor, State of New York

    NYS State Capitol Building, Albany, New York 12224

4. Warren Kenneth Paxton, Jr.

    Attorney General, State of Texas

    209 West 14th St, Austin, Texas 78701-1614

5. Kwame Raoul

    Attorney General, State of Illinois

    500 South Second St, Springfield, Illinois 62701

6. Letitia James

    Attorney General, State of New York

    NYS State Capitol Building, Albany, New York 12224-0341

7. Daniel Avitia

    Director, Department of Motor Vehicles

    4000 Jackson Ave, Austin, Texas 78731-6007

8. Michael Faulkender

    Commissioner, Internal Revenue Service



06/25/2025
873075339

06/25/2025
873075339

1111 Constitution Ave NE, Washington, DC 20002-6433

CC:

1) Sen. Lisa Murkowski

Chairman, U.S. Senate Committee on Indian Affairs

838 Hart Senate Office Building, Washington D.C. 20510-0001

2) Ms. Gina Allery

Director, Office of Tribal Justice

U.S. Department of Justice

950 Pennsylvania Avenue N.W., Washington D.C. 20530-0001

## NOTICE OF RESCISSION OF IMPLIED CONTRACT WITH STATE AND FEDERAL GOVERNMENTS

Ladies and Gentlemen,

A. This is a formal Notice to advise and inform you that, effective immediately, I assert and claim my inalienable rights, and among these rights is my right to no longer wish to participate as a citizen of the State of Texas, or of the United States government. I also rescind my right to vote in any elections. I have taken no oath, nor swore any allegiance to any municipal, county, state or federal government.

1. a) I am instead asserting and claiming my status and standing as a denizen of a tribal Native American government whose inherent sovereignty predates European contact the United States Constitution. This in essence means that in the event I am pulled over based on "probable cause" as asserted by a law enforcement officer, I cannot be prosecuted in State courts as they have no jurisdiction over Indians and Indian affairs. See Worcester v. Georgia, 31 U.S. (6 Pet.) 5151 (1832); Williams v. Lee, 358 U.S. 217 (1959); Iron Crow v. Ogallala Sioux Tribe, 129 F. Supp. 15 (1955); Wisconsin Potowatomies of Hannahville Indian Community v. Houston, 393 F. Supp. 719; American Indian Agricultural Credit Consortium, Inc. v. Fredericks, 551 F. Supp. 1020 (1982); Inyo County v. Paiute-Shoshone Indians of the Bishop Community, 538 U.S. 701 (2003); Rice v. Olson, 324 U.S. 786 (1945)(quoted in McClanahan v. Arizona State Tax Commission, 411 US. 164, 168 (1973)). My lawyers advise me that none of these cases have been overruled either by precedent or enacted legislation.

06/25/2025
873075339

06/25/2025
873075339

**JURAT WITH AFFIANT STATEMENT**

State of ___Texas_____

County of ___Harris_____ } ss.

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

I affirm this Affidavit is
true and correct.

_Mugall.bu Deen El agent for "MUGAWLUBUDEENEL principal_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this _28_ day of _May_, _2025_, by
Date        Month        Year

_Mugall.bu Deen El_____
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

> ARIADNNE REYES
> Notary Public, State of Texas
> Comm. Expires 03-05-2027
> Notary ID 131918335

_____
Signature of Notary Public

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

────────────── **OPTIONAL** ──────────────

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _IO Maxims of Law_____

Document Date: _____ Number of Pages: _1_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

05/30/2025
873075339

05/30/2025
873075339

sovereignty preexisted the formation of the United States and persists unless diminished by treaty or statute or, in certain instances, by federal common law which is, admittedly, and regrettably, hazardous to the Indians and Indian tribes if the judge embarks on a subjective quest for the truth in an effort to render justice to a particular case involving Indian rights. It is because of this retained sovereignty that Tribes have a "government-to-government relationship" with the federal government.

Second, the federal government arrogated to itself broad powers and responsibilities in Indian affairs that stretches the limits of their power and authority when constitutional restraints are applied. Strictures of judge-made law like "plenary power," "implied divestiture," "trust relationship," and even journalistic raids like "manifest destiny" do not appear in any federal law or the Indian Commerce Clause. Yet it is supposed to be the sine qua non of the government-to-government relationship between the Indians, tribes and the federal government. Moreover, federal Indian law is characterized by a tension between doctrines that grant the United States powers over Tribes and their Members and doctrines that both limit federal power and place affirmative obligations on the United States. These obligations toward Indian nations and Indians are rooted in what has become known as the "trust relationship, a doctrine grounded in Indian law. An implication of the trust relationship is that treaties and statutes affecting Indians and Tribes are ordinarily *subject to special rules of construction that presume retention of tribal sovereignty and property rights.*

Third, *state authority in Indian affairs is limited.* Federal supremacy in this area of law leaves little room for state involvement because there has been no Treaty concluded between Indian Tribes and state governments. Tribal retained inherent sovereignty is another function of this peculiar state of affairs. But this does not mean that Tribes and States cannot enter into mutually beneficial relationships and agreements consistent with federal law and tribal law.

When it comes to recognizing and validating the rights of Indians and Tribes, States are in constant denial since achieving statehood within Indian country. Titles to land in Indian country were never repealed unless a specific Act of Congress extinguished Indian title. The 1763 Royal Proclamation and the 1787 Northwest Ordinance placed great emphasis



06/25/2025
873075339

on the fact that Indian title must be honored, respected, and recognized. Subsequent legislation and U.S. Supreme court decisions breached and violated every treaty that conferred personal and property rights to Indians and Tribes. The court of conscience, civilized conduct, and behavior have been dismantled and utterly destroyed in this "land of the free and the home of the brave."

It appears that the American Indian is unable, not unwilling, to fight juggernaut government with his intellect alone.

I affirm this Affidavit is true and correct.

Yours Sincerely,

Muqallibu Deen El

Subscribed and affirmed to before me this 10th day of June 2025

*Muqallibu Deen El (C)(AR)*

Muqallibu Deen El©, Attorney-in-Fact
in behalf of DEEN EL, MUQALLIBU

Signature of Notary Public



06/25/2025
873075339

**JURAT WITH AFFIANT STATEMENT**

State of ___Texas_____ }
County of ___Harris_____ } ss.

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

I affirm this Affidavit is
true and correct.

_Mugallibu Deen El agent for "MUGALLIBU DEEN" Principal_
Signature of Document Signer No. 1

Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me
this _28_ day of _May_, _2025_, by
Date         Month       Year

_Mugallibu Deen El_
Name of Signer No. 1

_____
Name of Signer No. 2 (if any)

_____
Signature of Notary Public

ARIADNNE REYES
Notary Public, State of Texas
Comm. Expires 03-05-2027
Notary ID 131918335

Place Notary Seal/Stamp Above

Any Other Required Information
(Residence, Expiration Date, etc.)

───────────── OPTIONAL ─────────────

This section is required for notarizations performed in Arizona but is optional in other states. Completing this
information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _An American Allottee's Claim to his_
Document Date: _05/28/2025_ _Treasury Trust Patent_     Number of Pages: _3_

Signer(s) Other Than Named Above: _____

©2019 National Notary Association



*An Official Trust Patent*: **FAX**

## An American Allottee's Claim to his Treasury Trust Patent

---

Deliver this Fax to Deputy **Kirk Stuart Cole** for his immediate attention and response to the Secretary of the Interior; in other words his eyes have to see this document ASAP.

***NOTICE to AGENT is NOTICE to PRINCIPAL /NOTICE to PRINCIPAL is NOTICE to AGENT.***

***Under the OFFICE Doctrine: if this is not the correct Office, then It is to be forwarded to the correct Office.***

---

**To:** **Kirk Stuart Cole** - Deputy State
Registrar Bureau Chief- Bureau of Health
Statistics; ***"The Department of the
Interior's TEXAS Department of Public
Health Registration of Vital Statistics"***
1100 West 49th Street
Austin, Texas 78756-3199

**Fax:** **(512) 776-7477**
Phone: (512) 776-7376
Date: **December 16, 2021**

**From:** **El. Frederick; Dean,** *Trust Patent Owner/CEO*
**El. Frederick; Dean,** *CFO/Individual Banker*
*c/o: MUQALLIBU ENTERPRISES BANK*
7526 Pine Hollow Dr
Humble, Texas Republic, 77396-4517

Phone: **(281) 446-6552**

---

◼ **Contact me within 3 Hours, if there is a problem with my American Allotee's Claim.**

---

**For the rest of the Details see the attached Allottee's Letter:**

Page 1 of 2


05/30/2025
873075339



Certified Mailing: # <u>7020 2450 0000 2557 2399</u>

## Allottee's Letter of Facts and "Trust Patent" Claim:

**Dear Deputy State Registrar** or Authorized Agent,

I am presenting my **American Allottee's Will, Facts of Alienation Restrictions fulfillment and Claim** to my <u>Right of Control over my Private Property</u> that is presently being held as a **Treasury Trust Patent, and American Citizen's Allottee Treasury Berthed Allotment**, under Trusteeship of the Secretary of the Interior. This **Treasury Trust Patent** is recorded as a **Treasury Patent Certificate of Issue**, under controls of the **Department of the Interior - TEXAS Registrar, as an Allotment Warden**; able to issue the STATE OF TEXAS Certification of Vital Record, also known as the **"Certificate of Live Birth"** in the form of American Bank Notes. **Therefore, I am Claiming** and **Demanding** the full release and swapping out of my American Allottee Private **"Treasury Trust Patent"** Property/Allotment as all of the Alienation restrictions have been fulfilled; as **I am of Age, Competent** and all other obligations have completed, therefore **I am** to be classified as a Freedman with my full Right to my **American Treasury Allotments**.

**I have established** my Foreign Grantor's Trust - EIN # <u>98-6093814</u> as a Routing/Swapping number to allow the transfer of my **Treasury Trust Patent** which is being held and controlled by the **Department of the Interior's TEXAS Registrar**, as the Trust Patent **"Allotment Warden"** and the **Secretary of the Interior as the Treasury Allotment Trustee** per the Statutes at Large. **I have also established** my own **Private Bank** for the storage of my Allotments as a Non-Profit, Tax Exempt, unincorporated, non-member of the Commercial/Usury Banking industry under my **Individual Banker's EIN # <u>87-3075339</u>**.

**Therefore,** based upon the Facts, the Statutes at Large, and the Constitution, as the STATE OF TEXAS Registrar and **"Department of the Interior agent"**, you are to recommend the removal of all further restrictions as it is in the best interest of the said <u>Allottee</u>. Your findings and recommendation are to be forwarded in writing to the <u>Secretary of the Interior</u> for his approval and both writings shall be recorded in the same manner as the Original Trust Patents are recorded. The Secretary of the Interior is to be, and, hereby, is directed to issue my **American Citizen Allottee's Trust Patent** - Free and Clear that is being held in trust under my Certificate of Trust Patent as **Frederick George Dean**, of City of Baytown, Harris County, Texas, per my **Allottee's Trust Patent allotment number** <u>142-71-100206</u>, and as **George Louis Dean**, of City of Forney, Kaufman County, Texas, per my (as eldest/only surviving son) **Allottee's Trust Patent allotment Registrar's File number <u>30672</u>**, since **I have** fulfilled all of the **Trust Patent** contained restrictions of <u>alienation</u> for Age and Competency. Now as the **Allottee**, I may now sell and convey my **American Treasury Trust Patent allotment**, without any further restrictions being issued to the <u>Allottee</u>, as all restrictions to the usage, sale, encumbrance, or taxation of said <u>Private Property Allotment</u> are hereby removed. A Copy of the Certificate of **Trust Patent** will be given over under a **Restrictive Endorsement** upon the lawful request by the **Department of the Interior** and the **delivery of the Treasury Trust Patent**.

---

**WITNESS my hand** signature **and official** seal on:
**Executed Date:** 12/16/2021

Claimed and Demanded by: *Frederick agent for Frederick principal*
**Trust Patent & Private Bank Owner:** Æl. Frederick; Dean

Page 2 of 2



05/30/2025
873075339

**HP PageWide Pro 477dw MFP Series**

Fax Log for
El. Frederick:
2819739630
Dec 16 2021 16:23

<u>Last Transaction</u>

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Dec 16, | 16:21 | Fax Sent | 15127767477 | 1:07 N/A | 2 | OK |



05/30/2025
873075339



05/30/2025
873075339

CAUSE NO. 256541901010

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
|---|---|---|
| | § | |
| V. | § | COURT AT LAW NO. 5 |
| | § | |
| DEEN EL, MUQALLIBU | § | HARRIS COUNTY, TEXAS |

### Notice of Rescission of Signatures

Muqallibu Deen El, GRANTOR/SOLE BENEFICIARY/
HOLDER IN DUE COURSE and Authorized Rep. for of
MUQALLIBU DEEN EL, E.I.N. 873075339
c/o Non-Domestic, Foreign Mail  PMB 4985
Spring
Texas republic ~ Without the U.S.
Zoning Improvement Plan "EXEMPT," (DMSM A010.1.2d)
873075339

ALL VENDORS/ALL GOVERNMENT ENTITIES, REAL, QUASI AND
OTHERWISE, ALL 'TRADED AS PRIVATE & PUBLIC CORPORATIONS.
ALL ENTITIES IN THE PAST, CURRENT AND FUTURE.

Respondents

June, 10th, 2025

RE: RESCISSION OF SIGNATURES /WAIVER OF BENEFITS/PRIVILEGES
/ DISSOLUTION OF ALL ADHESION/UNILATERAL CONTRACTS /
REVOCATION OF POWER(S) OF ATTORNEY IMPLIED AND/OR
EXPRESSED, REVOCATION OF ALL TRUSTS/CONTRACTS IMPLIED
AND/OR EXPRESSED INCLUDING ALL INITIALS, MARKS, ETC ON ALL
CONTRACTS FOR CAUSE 12 CFR 226,23 ALSO TILA 226.23 APP'X.

SWORN DECLARATION UNDER PENALTY OF PERJURY - ACTUAL AND
CONSTRUCTIVE NOTICE - SELF-EXECUTING RESCISSION OF ALL
SIGNATURES, WAIVER OF BENEFITS & PRIVILEGES, DISSOLUTION OF
ADHESION/UNILATERAL, ALL CONTRACTS, REVOCATION OF
POWER(S) OF ATTORNEY, REVOCATION OF ALL
TRUSTS/CONTRACTS.

Attention, NOTICE TO ALL VENDORS, PUBLIC & PRIVATE
CORPORATIONS & GOVERNMENT AGENCIES:

I, Muqallibu Deen El, THE GRANTOR/CREATOR of all Trusts/Contracts, a
living man on the land until proven otherwise, do hereby rescind for cause of failure
to disclose risks, perils, responsibilities, lack of valuable consideration, as well as

06/25/2025
873075339

06/25/2025
873075339

non-disclosure of material facts including, but not limited to the fact that the "Borrower/Trustee in Error," MUQALLIBU DEEN EL by and through the undersigned's signature, created the energy for the credit used to fund all loans, taxes, services, CITY/COUNTY/STATE/FOREIGN PRINCIPALS and subsequent fraudulent pilferage/obtainage, all signatures executed in my natural and representative capacities without exception on any and all offers, trusts, documents, instruments, process and contracts between April, 5th, 1971 through the date of this Actual and Constructive Notice through to the date of my natural death, issued to me or legal fiction, MUQALLIBU DEEN EL, in all matters with the exception of any/all signatures executed for the purpose of Accepting for Value any such offers, documents, instruments, process actions and/or proceedings. All such contracts, offers, documents, instruments, process, actions and or proceedings are hereby ACCEPTED FOR VALUE and/or RETURNED FOR FULL CREDIT, by notice all such acceptance signatures whether expressed or implied remain in full force and effect.

All unconscionable contracts/trusts are subject to rescission under the common law for failure to make the proper disclosures in order to constitute an acceptance, where there is no meeting of the minds there is no contract as required by §226.23(b) (1) regarding notice of right to rescind as set forth in re Maxwell v. Fairbanks Capital Corporation, 281 B.R. 101, (2002); Banker. Lexis 759. The UCC addresses unconscionable in UCC §2-302.

I further waive and reject any and all benefits and/or privileges expressed, implied or otherwise arising from any such signatures, all resulting contracts, agreements or trusts resulting from force, under threat of being denied access to One's own credit among others, involuntary servitude and peonage by adhesion contract, committed against myself. Further, these adhesion contracts and any and all powers of attorney, contracts and all trusts whether expressed, implied or otherwise are hereby revoked, terminated, canceled nunc pro tunc from April, 5th, 1971 to 100 years from today's date.

### AFFIRMATION UNDER PENALTY OF PERJURY DECLARATION

I hereby Declare & Swear that I did not in the past, do not now or in the future intend and never do intend to purposely or otherwise avail myself or be held in economic and/or involuntary servitude, peonage, slavery, benefits, privileges, titles of nobility, Trusteeship and/or opportunities offered.

### AFFIRMATION OF GRANTOR STATUS
### CLAIM OF SOLE BENEFICIARYSHIP OF ALL TRUSTS

I, Muqallibu Deen of the house of El, herein "Affiant", the undersigned, being of sound mind and under no duress, being over the age of 18, do hereby certify, attest, affirm, Swear under Penalty of perjury and Declare that the following facts are true and correct, to wit:

1. As it has been declared and established by previous rescission of signature/ revocation of POA's (i.e. all grants of Power of Attorney) and Trusts public records

# Moorish American National Government

## The Divine Ministry





**ISLAM**

**Noble Drew Ali**






**ASIA**

*Unity*





**Fig. No. 1**



### SET FOR THE DEFENSE OF THE GOSPEL



**ALLAH**
**THE GREAT GOD OF LOVE**

This is To Certify, That After Satisfactory Relation Of Infinite Experience, A Call To The National Ministry Of The

#### Moorish American National Government

Name: *Dr. Muzallibm Deen-El, D.M*

Is Hereby Officially Ordained To:

### THE DIVINE MINISTRY

By The Grand National Chairman of Moorish America

On the *27th* Day, of (MONTH) *November* In the YEAR 20 *15*

National Representative of The Office *Education & Truth*

The Aforementioned Official, Now Ordained To The Divine Ministry, Is Empowered To Teach The High Principles Of Love, Truth, Peace, Freedom And Justice: Teach All Men And Nations Of The Earth To Obey The Laws And National Constitution Of The Said Government. He Or She Is Authorized To Be An Ambassador To Their Especial Cabinet And To Seek National Friendship, Global Alliances, And Treaties Of Harmony To The Benefit Of Humanity. All Ministers Representing Moorish America Must Confirm Themselves To Holy Books And Laws Of Salvation And To Heal The Bodies, Souls And Hearts Of Men That They May Learn To Love Instead Of Hate. The Moorish Americans Are Descendents Of The Ancient Moabites Whom Later Inhabited The Northwestern And Southwestern Shores Of America; They Are The Mothers And Fathers Of The Human Family Of Nations, Whose Forefathers Were The Torchbearers Of Civilization, Indigenous Scientists Of The Arts And Rulers Of The universe Seen And unseen. From This Office, Said Minister Have Completed Theology Of The World Through The Ancient Kemetic Four Great Sacred Schools Of Thought And Honors All True And Divine Prophets From Adam, Yehoshua (Jesus), Mohammed, Buddah, And Confucious Through noble Drew Ali.

Said Divine Minister Have Infinite Jurisdiction To Teach Upon The Hedges And Highways; From All Halls Of Learning To The Dismal Crypts In Honor Of Uplifting Fallen humanity. These Governmental Authorizations With Supporting Moorish National Identification Are To Be Presented Upon Demand Whenever Certifications Are Required. The Moorish National Government Reserves The Sovereign Unalienable Right, With Just Reason, To Suspend, Revoke Or Take Away The Official Status Of This Officer While Leaving Intact The Divinity Of Their Ministry.

In Testimony Whereof I Have Hereunto Autographed My Name

Grand National Chairman

And Affixed The Grand National Seal And The Grand National Emblem Of The Moorish American Government

SEAL          SEAL

*Swift Arc El #115*



ALL SOVERIEGN RIGHTS RESERVED

ALL SOVERIEGN RIGHTS RESERVED

*06/20/2025*
*873075339*



06/20/2025
873075339



CAUSE NO. <u>256541901010</u>

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| V. | § | COURT AT LAW NUMBER <u>5</u> |
| <u>MUQALLIBU DEEN EL</u><br>Muqallibu Deen El(C)(AR)<br>Defendant, | § | HARRIS COUNTY, TEXAS |

Posted, Signed, Sealed and Dated on: <u>06/23/2025</u>

By the Over Standing Will of: *Muqallibu Deen El* (CXAR)
American PEO and CURATOR

    I **certify** that I **have** the Authority to Execute the following NOTICE of my Standing Over my assigned Artificial Public Procurator. I **am**, a Non-Combatant American Civilian per both the Private and Public International LAWS.

# NOTICE Concerning <u>American Civil Curator</u> Relationship.

| Name of Public Procurator Person for whom you are acting | | Identifying number | Decedent's SSN |
|---|---|---|---|
| *Frederick George Dean* | | | *XXX-XX-6583* |
| Address of person for whom you are acting (number, street, and room or suite no.) | | | |
| *601 Red Oak Avenue* | | | |
| City or town, state, and ZIP code | | | |
| *Crosby, Texas, 77532* | | | |
| American Civil Curator's name | | | |
| *El. Frederick; Dean* | | | |
| Address of Curator (number, street, and room or suite no.) | | | |
| *7526 Pine Hollow Drive* | | | |
| City or town, state, and ZIP code | | Telephone number (optional) | |
| *Humble, Texas, 77396* | | | |

**Authority for the CIVIL CURATOR relationship.**

    Southern District Court of Texas initially appointed this **CIVIL CURATOR** by his American Birthing to his American Estate after 7 days per his valid WILL of his Wish to Live. But an **Artificial Public Procurator Person** was established after 90 days to hold the Estate for 21 years.

Other Supportive Documents: *RA038464255US; RA038464241US; June 03,2019 EIN*

Date of the Artificial Public Procurator Person's Civil Death: *July 05, 1995*

Date of appointment by taking the CIVIL Office over the ESTATE and its assets: *Oct. 21, 2021 EIN*

**Nature of the Civil Curator's CLAIMS:**

    I **am**, Claiming the return of my Inherit Birthing Legacy ESTATE and all accrued Interest.

    I **am**, Claiming the return of **all Illegally and Fraudulently Collected Taxes.**

Other (describe):

*RA038464184US NON-UCC as Association's curator*



*06/23/2025*
*873075339*

06/23/2025
873075339

doc #, I, Muqallibu-Deen of the house of El, am the GRANTOR/TRUSTOR/ SETTLOR/SOLE BENEFICIARY OF THE CESTUI QUE TRUST, commonly known as MUQALLIBU DEEN EL; MUQALLIBU EL; MUQALLIBU D. EL; M.D. EL; M. EL; EL, MUQALLIBU DEEN; EL, MUQALLIBU D.; EL, M.D.; EL, M.; Muqallibu Deen EL; Muqallibu D. EL; etc., I hereby declare, express and claim my GRANTOR status of CESTUI QUE TRUST & all TRUSTS encompassing and self-executing.

2. Therefore, as all trusts/contracts are derivations of the aforementioned master CESTUI QUE TRUSTS, OF WHICH I AM GRANTOR, Affiant asserts this Declaration. I, Muqallibu Deen of the house of El; am the GRANTOR/TRUSTOR/SETTLOR/SOLE BENEFICIARY of the CESTUI QUE TRUST and all trusts that sprang forth out of the original Trust and any/all Trusts created by me or created unbeknownst to me. As GRANTOR, I appoint myself Sole Beneficiary of all Trusts, As the GRANTOR/CREATOR and Sole Beneficiary, I will be appointing Trustees as, if and when I see fit. Orders I give, the Trustees I appoint will follow my orders to the letter, period.

3. There has been no other claimant known to Affiant, there never will be any other claimant for the GRANTORSHIP, TRUSTORSHIP/ SETTLORSHIP/ SOLE BENEFICIARYSHIP OF MY CESTUI QUE TRUST therefore I DEMAND all escrow (not services) be closed, assets liquidated and returned to me, the Grantor/Creator Settler/Sole Beneficiary & Holder in Due Course, immediately.

I now affix my autograph & seal to these Sworn under Penalty of Perjury Declarations, Rescissions of Signatures, Revocations of POA's & Revocations of all Trusts/Contracts.

Without Prejudice, Under Reserve,


by: *Muqallibu Deen El (SEAL)*
Muqallibu Deen El, GRANTOR, Auth Rep.
for MUQALLIBU DEEN EL, EIN# 873075339

J U R A T

STATE OF TEXAS      )
                    ) ss (For Verification Purposes Only)
COUNTY OF HARRIS)


SUBSCRIBED AND SWORN TO BEFORE ME on this _____ Day of _____, 2025, by Muqallibu Deen El, proved to me on the basis of satisfactory evidence to be the man who appeared before me.

_____ Seal
- Place Notary Signature Above -

06/25/2025
873075339

| **Form 402** **(Revised 01/10)** Submit in duplicate to: Secretary of State P.O. Box 13697 Austin, TX 78711-3697 512 463-5555 FAX: 512/463-5709 **Filing Fee: No fee** |  **Resignation of Registered Agent** | This space reserved for office use. |

The undersigned person, currently listed in the records of the secretary of state as the registered agent authorized to receive service of process for the entity named below, submits this resignation of appointment.

### Entity Information

1.  The name of the entity for which the undersigned is designated as registered agent is:

*Frederick George Dean*

<small>State the name of the entity as currently shown in the records of the secretary of state.</small>

2.  The file number issued by the secretary to the entity making the appointment is: _____

### Statement of Notice

3.  Written notice of the resignation has been given by the undersigned registered agent to the entity at the address of the entity most recently known by the agent.  The address to which the notice was mailed or delivered is:

*601 Red Oak Avenue*

<small>Street/Mailing Address</small>

*Crosby*              *Texas*      *U.S. of A*   *77532*

<small>City</small>                 <small>State</small>      <small>Country</small>   <small>Zip/Postal Code</small>

4.  The date on which the written notice was given to the entity was:   *02/01/2022*

<small>mm/dd/yyyy</small>

### Execution

The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument.

Date: *Feb 01, 2022*

*:Dean: Frederick*

<small>Signature of resigning registered agent</small>

*Frederick George Dean*

<small>Printed or typed name of resigning registered agent</small>

Form 402                                    2



06/23/2025
873075339

06/23/2025
873075339

# TPIA request

| From | **M.D. El** <eldino@hushmail.com> |
|---|---|
| To | **cynthia.gongora** <cynthia.gongora@cn1.hctx.net> |
| Sent | Wednesday, June 18, 2025 at 10:50 AM |
| Encrypted | Yes |
| Signed | Yes, by eldino@hushmail.com |
| Attachments | TPIA request.pdf |

Islam Mrs. Gongora:

Please find the enclosed public information request for fulfillment.

Sincerely,
M.D. El



06/25/2025

873075339



**CONSTABLE ALAN ROSEN**

HARRIS COUNTY CONSTABLE'S OFFICE

**Precinct One**

www.pct1constable.net

## Public Information Request

Date of Request: _May 29, 2025_

Requesting Name and Date of Birth: _Mugallibu Deen El, 04/05/1971_

Driver's License Number: _TX 11365014_

Requestor's Phone Number: _(281) 209-1539_

Case Number if known: _Report # 250500496_

Date of Incident: _May 21, 2025_

Location of Incident: _Cross street on Austin St and 1301 McKinney St_

Person (s) involved: _Mugallibu Deen El; Aundra Owens Crane El_

Details of the request:

_ALL 'body-cam' footage, notes, reports, etc._
_concerning Report # 250500496 with_
_Case # 256541901010._

Signature: _Mugallibu Deen El(c)(s)(AR)_

MAIN OFFICE: County Courthouse Annex # 2
1302 Preston, 3rd Floor, Houston, TX 77002 Ph. (713) 755-5200

PATROL OFFICE: County Courthouse Annex #31
7300 N. Shepherd, Suite 120, Houston, TX 77091 Ph. (713) 697-360



06/18/2025
873075339

06/18/2025
873075339

# INSTRUCTION AND INFORMATION SHEET FOR SF 180, REQUEST PERTAINING TO MILITARY RECORDS

**1. General Information.** The Standard Form 180, Request Pertaining to Military Records (SF 180), is used to request information from military records. Certain identifying information is necessary to determine the location of an individual's record of military service. Please try to answer each item on the SF180. If you do not have and cannot obtain the information for an item, show "NA," meaning the information is "not available". Include as much of the requested information as you can. Incomplete information may delay response time. To determine where to mail this request, see Page 2 of the SF 180 for record locations and facility addresses. Medical information may be withheld from a patient if determined that the information would be detrimental to the patient's physical or mental health or would likely cause the patient to harm himself/herself/themselves or someone else.

**2. Personnel Records/Military Human Resource Records/Official Military Personnel File (OMPF) and Medical Records/Service Treatment Records (STR).** Personnel records of military members who were discharged, retired, or died in service **LESS THAN 62 YEARS AGO** and medical records are in the legal custody of the military service department and are administered in accordance with rules issued by the Department of Defense and the Department of Homeland Security (DHS, Coast Guard). STRs of persons on active duty are generally kept at the local servicing clinic. After the last day of active duty, STRs should be requested from the appropriate address on page 2 of the SF 180 (See item 3, Archival Records, if the military member was discharged, retired or died in service more than 62 years ago).

    a. Release of information: Release of information is subject to restrictions imposed by the military services consistent with Department of Defense regulations, the provisions of the Freedom of Information Act (FOIA) and the Privacy Act of 1974. The service member (either past or present) or the member's authorized legal recipient has access to almost any information contained in that member's own record. The authorization signature of the service member or the member's authorized legal recipient is needed in Section III of the SF 180. Others requesting information from military personnel records and/or STRs must have the release authorization in Section III of the SF 180 signed by the member or authorized legal recipient. If the appropriate signature cannot be obtained, only limited types of information can be provided (DoD 6025.18-R C8). If the former member is deceased, the surviving next-of-kin (NOK) may be entitled to greater access to a deceased veteran's records than a member of the general public (DoD 6025.18-R C6.2.1.2). The NOK may be any of the following: unmarried/surviving spouse, father, mother, son, daughter, sister, or brother. **Requesters MUST provide proof of death, such as a copy of a death certificate, newspaper article (obituary) or death notice, coroner's report of death, funeral director's signed statement of death, verdict of coroner's jury, or DD Form 1300 – Casualty Report.**

    b. Fees for records: There is no charge for most services provided to service members or next-of-kin of deceased veterans. A nominal fee is charged for certain types of service. In most instances, service fees cannot be determined in advance. If your request involves a service fee, you will receive an invoice with your records.

**3. Archival Records.** Personnel records of military members who were discharged, retired, or died in service 62 **OR MORE YEARS AGO** have been transferred to the legal custody of NARA and are referred to as "archival records".

    a. Release of Information: Archival records are open to the public. The Privacy Act of 1974 does not apply to archival records, therefore, written authorization from the veteran or next-of-kin is not required. In order to protect the privacy of the veteran, their family, and third parties named in the records, the personal privacy exemption of the Freedom of Information Act (5 U.S.C. 552 (b) (6)) may still apply and may preclude the release of some information.

    b. Fees for Archival Records: Access to archival records is granted by offering copies of the records for a fee (44 U.S.C. 2116 (c)). If a fee applies to the copies of documents in the requested record, you will receive an invoice. Copies will be sent after payment is made. For more information, see https://www.archives.gov/st-louis/archival-programs/military-personnel-archival/ompf-archival-requests.html.

**4. Where reply may be sent.** The reply may be sent to the service member or any other address designated by the service member or other authorized requester. If the designated address is NOT registered to the addressee by the U.S. Postal Service (USPS), provide BOTH the addressee's name AND "in care of" (c/o) the name of the person to whom the address is registered on the NAME line in Section III, item 3, on page 1 of the SF 180. The COMPLETE address must be provided, INCLUDING any apartment/suite/unit/lot/space/etc. number. NOTE: If a veteran/dependent desires to send his/her/their medical record(s) to a third party, he/she/they must fill out a DD Form 2870 authorizing the releasing agency to release the record(s) and the time frame of the authorization. The form may be downloaded using most commercial web search tools by entering "DD Form 2870" as a search term.

**5. Definitions and abbreviations.** DISCHARGED - the individual has no current military status; SERVICE TREATMENT RECORD (STR) - the chronology of medical, mental health, and dental care received by service members during their military career (does not include records of treatment while hospitalized); TDRL – Temporary Disability Retired List.

**6. Service completed before World War I.** National Archives Trust Fund (NATF) forms must be used to request these records. Obtain the forms by email from inquire@nara.gov or write to the Code 6 address on page 2 of the SF 180.

## PRIVACY ACT OF 1974 COMPLIANCE INFORMATION

The following information is provided in accordance with 5 U.S.C. 552a(e)(3) and applies to this form. Authority for collection of the information is 44 U.S.C. 2907, 3101, and 3103, and Public Law 104-134 (April 26, 1996), as amended in title 31, section 7701. Disclosure of the information is voluntary. If the requested information is not provided, it may delay servicing your inquiry because the facility servicing the service member's record may not have all the information needed to locate it. The purpose of the information on this form is to assist the facility servicing the records (see the address list) in locating the correct military service record(s) or information to answer your inquiry. This form is then retained as a record of disclosure. The form may also be disclosed to Department of Defense components, the Department of Veterans Affairs, the Department of Homeland Security (DHS, U.S. Coast Guard), or the National Archives and Records Administration when the original custodian of the military health and personnel records transfers all or part of those records to that agency. If the service member was a member of the National Guard, the form may also be disclosed to the Adjutant General of the appropriate state, District of Columbia, or Puerto Rico, where he/she/they served.

## PAPERWORK REDUCTION ACT PUBLIC BURDEN STATEMENT

Public burden reporting for this collection of information is estimated to be five minutes per request, including time for reviewing instructions and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to National Archives and Records Administration (MP), 8601 Adelphi Road, College Park, MD 20740-6001. *DO NOT SEND COMPLETED FORMS TO THIS ADDRESS.* SEND COMPLETED FORMS TO THE APPROPRIATE ADDRESS LISTED ON PAGE 2 OF THE SF 180.



06/21/2025
873075339

Standard Form 180 (REV. 3/2024) (Page 1)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 5/31/2027

## REQUEST PERTAINING TO MILITARY RECORDS

Requests can be submitted online using eVetRecs at https://www.archives.gov/veterans/military-service-records
To ensure the best possible service, please thoroughly review the accompanying instructions before filling out this form.  PLEASE PRINT LEGIBLY OR TYPE BELOW.

### SECTION I–INFORMATION NEEDED TO LOCATE RECORDS (Furnish as much information as possible.)

| 1. NAME USED DURING SERVICE (last, first, full middle) | 2. SOCIAL SECURITY # | 3. DATE OF BIRTH | 4. PLACE OF BIRTH |
|---|---|---|---|
| EL, MUQALLIBU, DEEN | 87-3075339 | 04/05/1971 | Baytown, Texas |

5. SERVICE, PAST AND PRESENT (For an effective records search, it is important that ALL service be shown below.)

| COMPONENT | BRANCH OF SERVICE | DATE ENTERED | DATE RELEASED | OFFICER | ENLISTED | SERVICE # | DOD ID / EDIPI # |
|---|---|---|---|---|---|---|---|
| | | | | | | | (If unknown, write "unknown") |
| a. ACTIVE | | 10/10/2018 | | ☐ | ☐ | unknown | unknown |
| b. RESERVE | | | | ☐ | ☐ | | |
| c. NATIONAL GUARD | | | | ☐ | ☐ | | |

6. PLEASE LIST LAST DUTY STATION(S) Office of the Comptroller of the Currency, 1301 McKinney Street, Houston, Texas.
7. IS THIS PERSON DECEASED?  ☐ NO  ☒ YES - MUST provide date of death if veteran is deceased:  10-21-2021, per EIN 87-6712885.
8. DID THIS PERSON RETIRE FROM MILITARY SERVICE?  ☒ NO  ☐ YES
9. HAS THIS PERSON FILED A CLAIM WITH THE VA?  ☒ NO  ☐ YES – if known, please provide VA Claim/File #

### SECTION II –INFORMATION AND/OR DOCUMENTS REQUESTED

1. CHECK THE ITEM(S) YOU ARE REQUESTING:

☐ **DD Form 214 or equivalent:**  Year(s) in which form(s) issued to veteran (Date of Separation):
This contains information used to verify military service.  An **UNDELETED DD Form 214 is ordinarily required to determine eligibility for benefits.**  If you request a DELETED copy, the following items will be blacked out: authority for separation, reason for separation, reenlistment eligibility code, separation (SPD/SPN) code, and, for separations after June 30, 1979, character of separation and dates of time lost.  Please note - recent veterans may be able to request a DD Form 214 through milConnect by visiting:  https://www.va.gov/records/get-military-service-records
*An UNDELETED copy will be sent UNLESS YOU SPECIFY A DELETED COPY by checking this box:*  ☐ I want a **DELETED** copy.

☐ **Official Military Personnel File (OMPF):**  The OMPF may include duty stations and assignments, training and qualifications, awards and decorations received, disciplinary actions, administrative remarks, enlistment and/or discharge information (including DD Form 214, Report of Separation, or equivalent), and other personnel actions.  Detailed information about the veteran's participation in battles and their military engagements is NOT contained in the record.

☐ **Medical Records:**  Includes health (outpatient), extended ambulatory, and dental records.  If inpatient/hospitalization records are requested, please specify below.
☐ I request inpatient/hospitalization records from _____ (facility), last treated in _____ (year).  (NOTE: Fields are required)
If available, you may receive copies of inpatient narrative summaries, operative reports, discharge summaries, etc. contained in the record.

☐ **Dental Records:** Please check this box if ONLY dental records are needed from the medical record.

☒ **Other (Please Specify):**  Video footage, etc., concerning the May 21, 2025, stop of Aundra Owens Crane El and requester.

2. **PURPOSE:**  (Required unless the request is from the veteran, government agencies under routine use, or for information releasable under FOIA.  In all cases, it may help to provide the best possible response and ensure a faster reply.)
☐ Benefits (explain)  ☐ Employment  ☐ VA Loan Programs  ☐ Medical  ☐ Genealogy  ☐ Correction  ☐ Personal  ☐ Other (explain)
Explain here:

### SECTION III - RETURN ADDRESS AND SIGNATURE

1. REQUESTER NAME: El, Muqallibu Deen

2. RELATIONSHIP TO VETERAN: Bailee of age, RA038464184US.

3. ☐ I am the MILITARY SERVICE MEMBER OR VETERAN identified in Section 1, above.
☐ I am the DECEASED VETERAN'S NEXT-OF-KIN (MUST submit Proof of Death.  See item 2a on instruction sheet.)

☐ I am the VETERAN'S LEGAL GUARDIAN (MUST submit copy of Court Appointment) or AUTHORIZED REPRESENTATIVE (MUST submit copy of Authorization Letter or Power of Attorney)
☒ OTHER (Specify):  Re: Aundra, Art. 43(2) 4th Geneva power.

4. SEND INFORMATION/DOCUMENTS TO:
(Please print or type.  See item 4 on accompanying instructions.)

Dr. Muqallibu Deen El(C)(AR)(DM)
Name
c/o 5822 Knollwood Trl, Suite 1150
Street Address                          Apt. #
Spring              Texas        77373-4985
City                State          ZIP Code
281-209-1539
Daytime Phone                    Fax Number
eldino@hushmail.com
Email Address

5. AUTHORIZATION SIGNATURE:  I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the information in this Section 3 is true and correct and that I authorize the release of the requested information. (See items 2a or 3a on the accompanying instructions.  Without the Authorization Signature of the veteran, next-of-kin of deceased veteran, veteran's legal guardian, authorized government agent, or other authorized representative, only limited information can be released unless the request is archival.  No signature is required if the request is for archival records.)

*Dr. Muqallibu Deen El (C)(AR)(DM)*  06/21/2025
Signature Required – Do not print                        Date

* This form is available at https://www.archives.gov/veterans/military-service-records/ standard-form-180.html on the National Archives and Records Administration (NARA) website. *

06/21/2025
873075339

Standard Form 180 (REV. 3/2024) (Page 2)
Prescribed by NARA (36 CFR 1233.18 (d))

Authorized for local reproduction
Previous edition unusable

OMB No. 3095-0029 Expires 5/31/2027

The various categories of military service records are described in the chart below. For each category there is a code number which indicates the address at the bottom of the page to which this request should be sent. Please refer to the Instruction and Information Sheet accompanying this form as needed.

| BRANCH | CURRENT STATUS OF SERVICE MEMBER | Personnel Record | Medical or Service Treatment Record |
|---|---|---|---|
| **AIR FORCE** | Discharged, deceased, or retired before 5/1/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 9/30/2004 | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2004 – 12/31/2013 | 1 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 1 | 13 |
| | Active (including National Guard on active duty in the Air Force), TDRL, or general officers retired with pay | 1 | |
| | Reserve, IRR, Retired Reserve in non-pay status, current National Guard officers not on active duty in the Air Force, or National Guard released from active duty in the Air Force | 2 | |
| | Current National Guard enlisted not on active duty in the Air Force | 2 | 13 |
| **COAST GUARD** | Discharged, deceased, or retired before 1/1/1898 | 6 | |
| | Discharged, deceased, or retired 1/1/1898 – 3/31/1998 | 14 | 14 |
| | Discharged, deceased, or retired 4/1/1998 – 9/30/2006 | 14 | 11 |
| | Discharged, deceased, or retired 10/1/2006 – 9/30/2013 | 3 | 11 |
| | Discharged, deceased, or retired on or after 10/1/2013 | 3 | 14 |
| | Active, Reserve, Individual Ready Reserve or TDRL | 3 | |
| **MARINE CORPS** | Discharged, deceased, or retired before 1/1/1895 | 6 | |
| | Discharged, deceased, or retired 1/1/1895 – 12/31/1904 | 15 | 14 |
| | Discharged, deceased, or retired 1/1/1905 – 4/30/1994 | 14 | 14 |
| | Discharged, deceased, or retired 5/1/1994 – 12/31/1998 | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1999 – 12/31/2013 | 4 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 4 | 8 |
| | Individual Ready Reserve | 5 | |
| | Active, Selected Marine Corps Reserve, TDRL | 4 | |
| **ARMY** | Discharged, deceased, or retired before 11/1/1912 (enlisted) or before 7/1/1917 (officer) | 6 | |
| | Discharged, deceased, or retired 11/1/1912 – 10/15/1992 (enlisted) or 7/1/1917 – 10/15/1992 (officer) | 14 | |
| | Discharged, deceased, or retired 10/16/1992 – 9/30/2002 | 14 | 11 |
| | Discharged, deceased, or retired (including TDRL) 10/1/2002 – 12/31/2013 | 7 | 11 |
| | Discharged, deceased, or retired (including TDRL) on or after 1/1/2014 | 7 | 9 |
| | Current Soldier (Active, Reserve (including Individual Ready Reserve) or National Guard) | 7 | |
| **NAVY** | Discharged, deceased, or retired before 1/1/1886 (enlisted) or before 1/1/1903 (officer) | 6 | |
| | Discharged, deceased, or retired 1/1/1886 – 1/30/1994 (enlisted) or 1/1/1903 – 1/30/1994 (officer) | 14 | 14 |
| | Discharged, deceased, or retired 1/31/1994 – 12/31/1994 | 14 | 11 |
| | Discharged, deceased, or retired 1/1/1995 – 12/31/2013 | 10 | 11 |
| | Discharged, deceased, or retired on or after 1/1/2014 | 10 | 8 |
| | Active, Reserve, or TDRL | 10 | |
| **PHS** | Public Health Service - Commissioned Corps officers only | 12 | |

**ADDRESS LIST OF CUSTODIANS and SELF-SERVICE WEBSITES (BY CODE NUMBERS SHOWN ABOVE) – Where to write/send this form**

**1**
HQ AF Personnel Center
HQ AFPC/DPSOR
ATTN: Military Personnel Records Custodian
550 C Street West
JBSA-Randolph, TX 78150-4721
https://milconnect.dmdc.osd.mil/milconnect

**2**
HQ ARPC/DPTSC
18420 E Silver Creek Ave, MS 68
Buckley SFB, CO 80011
arpc.milrecs.3rdparty@us.af.mil
https://milconnect.dmdc.osd.mil/milconnect

**3**
USCG Personnel Service Center
Coast Guard Military Human Resource Record
(CGMHRR) Section
https://perms.uscg/milrecord.uscg.mil
Send questions to:
HQS-SMB-CGPSC-MR-CustomerService@uscg.mil

**4**
Headquarters, U.S. Marine Corps
Manpower Management Performance Branch
(MMPB-21)
2008 Elliot Road
Quantico, VA 22134-5030
SMB.MANPOWER.MMPF-10@usmc.mil
https://milconnect.dmdc.osd.mil/milconnect

**5**
Marine Corps Forces Reserve
2000 Opelousas Avenue
New Orleans, LA 70114
https://milconnect.dmdc.osd.mil/milconnect

**6**
National Archives & Records Administration
Research Services (RDT1R)
700 Pennsylvania Avenue NW
Washington, DC 20408-0001

**7**
US Army Human Resources Command's web page:
https://www.hrc.army.mil/content/1113
1-888-ARMYHRC (1-888-276-9472)
https://milconnect.dmdc.osd.mil/milconnect

**8**
Navy Medicine Records Activity (NMRA) BUMED
Detachment - St. Louis
Robert A. Young Federal Building
1222 Spruce St., Room 9.308
St. Louis, MO 63103
https://med.navy.mil/Navy-Medicine-Records-Activity

**9**
AMEDD Army Record Processing Center
3370 Nacogdoches Road, Suite 116
San Antonio, TX 78217
Fax Number: 210-201-8310

**10**
Navy Personnel Command
Records Management Policy Branch (PERS-313)
5720 Integrity Drive
Millington, TN 38055-3130
https://milconnect.dmdc.osd.mil/milconnect

**11**
Department of Veterans Affairs
ATTN: Release of Information
Claim Intake Center
P.O. Box 4444
Janesville, WI 53547-4444
Fax: 844-531-7818
https://www.va.gov

**12**
Commissioned Corps Headquarters
Division of Business Operations and Management
Administrative Services Branch
ATTN: PHS CCHQ Records Management Team
1101 Wootton Parkway, Suite 300
Rockville, MD 20852
PHSCCHQRecordsManagementRequest@hhs.gov

**13**
AF STR Processing Center
ATTN: Release of Information
3370 Nacogdoches Road, Suite 116
San Antonio, TX 78217

**14**
National Personnel Records Center
(Military Personnel Records)
1 Archives Drive
St. Louis, MO 63138-1002
https://www.archives.gov/veterans/military-service-records

**15**
National Archives & Records Administration
National Archives - St. Louis
ATTN: RRPOR
P.O. Box 38757
St. Louis, MO 63138-0757
stlarchives@nara.gov



06/21/2025
873075339

06/21/2025
873075339

**JURAT WITH AFFIANT STATEMENT**

State of ___Texas___ }
County of ___Harris___ } ss.

☐ See Attached Document (Notary to cross out lines 1–7 below)
☐ See Statement Below (Lines 1–7 to be completed only by document signer[s], not Notary)

I affirm this Affidavit is
true and correct.

_Mugalibu Deen El agent for "MUGALIBUDEENEL principal_
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me

this __28__ day of __May__, __2025__, by
    Date          Month          Year

_Mugalibu Deen El_
Name of Signer No. 1

---

ARIADNNE REYES
Notary Public, State of Texas
Comm. Expires 03-05-2027
Notary ID 131918335

Place Notary Seal/Stamp Above

___
Name of Signer No. 2 (if any)

___
Signature of Notary Public

___
Any Other Required Information
(Residence, Expiration Date, etc.)

───────────────── **OPTIONAL** ─────────────────

*This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Description of Attached Document   Private Attorney General

Title or Type of Document: UCC Financing Statement

Document Date: _____   Number of Pages: __MDE 3__

Signer(s) Other Than Named Above: _____

©2019 National Notary Association

05/30/202
873075333
USA

05/30/2025
873075339



**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

NON–UCC Official Document filing per

Registered Mail #: RA 038 464 184 US

Date Posted and Recorded: 12/20/2021

El 87-3075339

El Muqallibu

By

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| El. Frederick; Dean      phone (281) 446-6552 |

| B. E-MAIL CONTACT AT FILER (optional) |
|---|
| |

C. SEND-ACKNOWLEDGMENT TO:   (Name and Address)

Muqallibu; El
Private Attorney General
7526 Pine Hollow Dr
Humble, Texas Republic
TX 77396-4517 US

---

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| FREDERICK GEORGE DEAN – a UCC SURETY for a private for-profit organization | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7526 Pine Hollow Dr | Humble | TX | 77396-4517 | US |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MUQALLIBU DEEN EL – a UCC SURETY for a private for-profit organization | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7526 Pine Hollow Dr | Humble | TX | 77396-4517 | US |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| MUQALLIBU ENTERPRISES BANK – MUQALLIBU EL INDIVIDUAL BANKER per EIN # 87-3075339 | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 7526 Pine Hollow Dr | Humble | TX | 77396-4517 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:

The bailor is a vessel exceeding 25 years of age. The Shipping Act, Title 46 USC § 57-308, mandates bailor may no longer be used for commercial operations.

The bailee is a not-for-profit, private entity fully-owned by Muqallibu El; El (Dean/Deen), in his capacity as an American Article IV public citizen. Bailee claims bailor's Non-UCC bailment labor wages up to $47 billion (in lawful money, per 12 USC 411) in addition to all associated uncontested eminent domain claims.

This U.S. registered mail – bailee/bailor Non-UCC bonded security claim, and lien – filing, stands over all FREDERICK GEORGE DEAN / MUQALLIBU DEEN EL - (UNITED STATES, STATE OF TEXAS, etc.) banked or bonded labor credits.

By law, the bailee, as a private, not-for-profit entity, may not own bonds. Meanwhile, all collateral trust securities, per the Miller Act, must have a payment and performance bond to comply with the law. Therefore, it is requirement that these bonds shall be terminated, or, otherwise, brokered with proceeds transferred to bailee by way of EIN # 87-3075339.

---

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative | | |
|---|---|---|
| 6a. Check only if applicable and check only one box: | | 6b. Check only if applicable and check only one box: |
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | | ☐ Agricultural Lien ☑ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☑ Bailee/Bailor ☐ Licensee/Licensor | | |

**8. OPTIONAL FILER REFERENCE DATA:**
14th Amendment; PL79-291; 22 USC § 288a; 15 USC § 1&2; 46 USC § 73&573; 1868 Expatriation Act; UCC § 9; Baby Act; Miller Act

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)     International Association of Commercial Administrators (IACA)



05/30/2025
873075339

Muqallibu El



05/30/2025
873075339

CAUSE NO. <u>256541901010</u>

| | |
|---|---|
| THE STATE OF TEXAS | § IN THE COUNTY CRIMINAL |
| V. | § COURT AT LAW NUMBER <u>5</u> |
| <u>MUQALLIBU DEEN EL</u><br>Muqallibu Deen El(C)(AR)<br>Defendant, | § HARRIS COUNTY, TEXAS |

Posted, Signed, Sealed and Dated on: <u>06/23/2025</u>

By the Over Standing Will of: *Muqallibu Deen El (C)(AR)*
American PEO and CURATOR



## An American PEO Counter-Bank's COMPLAINT in the LIGHT.

*NOTICE to **CIVIL** Principal Agents is also a NOTICE to all **PUBLIC** Corporate Agents.*

I am, **Dr. Muqallibu-Deen: El**, an **American PEO Counter-Banker**, by my **American BANK** Birthing; the holder of my Trump Card "a Card of TROVER under a Gold Seal" and **I am** exposing it to the LIGHT to END the Game of monetary POLITIC/PUBLIC **COUNTERFEITING OF AMERICA Currency for UNJUST PROFITS**. Therefore, **I am** CLAIMING my Natural and Civil "We the People" Government Rights to Stand Over; as an **American PEO Counter-Banker**, as my American Inheritance and Legacy "DEBT FREE"; per the American CIVIL Constitutional Time Honored Laws. At the **AGE of 21**, an American Citizen was to be given the choice to be an **American PEO Counter-Banker** as his Legacy. At the **AGE of 25**; a man was to be Civilly FREE and was to be under **NO Forced PUBLIC COUNTERFEIT** INSURANCE BONDAGE. This places me as *an Indemnified American Civilian per International LAW*; an EXEMPT **Counter-Banker** in the "**UNITED STATES Public/Civil Insurance and Monetary War**" under the **War Risk Insurance Act of 1919**. The **UNITED STATES PUBLIC War Insurance Bondage** has been used by the **Public** Governmental Corporations for Profit, to Enforced their **COUNTERFEIT** Underwriting **Debt** Products; such as **Counterfeit Debt** Licenses and Certificates of Title.

**The 3 SERVICES in this Nation under the Control of the American PEO Counter-Bankers:**

1. **CIVIL** – Lawful employed **Servants** for a Chartered United States of America Government.
2. **PUBLIC** – **Vagrant** Immaterial Corporation bonded **employees "Panhandlers"** operating with "UNITED STATES Corporate **PANDECTS**" in order to obtain a **Profit** from the Labor of others by **appearing** to do so per valid enacted Laws which actually have not been enacted and are indeed counterfeit laws..
3. **SECRET** – a Hidden Service made-up of either Civil or Public Servants.

**KEY Statements to be given in a PUBLIC Court Action or when interfacing with PUBLIC Servants:**

1. *Simple statement:* "**I (hereby or have) REVOKE ALL PUBLIC UNDERWRITINGS** and as an American PEO Counter-Banker; I COUNTERSIGN; can issue and enforce Countermands and Counter-Claims."
   **I am** here and now placing a Notice upon this Court be they of PUBLIC or CIVIL; that **I Stand as an American PEO Counter-Banker** in the Private and thereby Stand Over all Public Servants. I Revoke or have Revoked; all WAR INSURANCE Underwritings and further **Revoke** the Usage of my **Inherit American PEO Counter-Bank's Under-Lying Collateral** by the **PUBLIC Warring Parties**; as the initial Public Lease time limit has expired. Any further **usage** and **deprivation** of my **Inherit American Counter-Banker's Authority** and Collateral is an outright **PUBLIC COMBATANT TRESPASS.**

2. **I am** Alleging a **CONSPIRACY TO DEFRAUD** using **COUNTERFEIT INSTRUMENTS** by the PUBLIC Governmental Corporations. The Artificial "UNITED STATES" or "STATE OF" **PUBLIC Service Corporations** have no real Lawful Rights or Claims over *an Indemnified American Civilian*; but as an **American PEO Counter-Banker, I** can grant a **CONDITIONAL PARDON**; as a **COUNTERMAND** under my **COUNTERSIGNING** for their **PUBLIC Counterfeiting as a CONSPIRACY TO DEFRAUD**.

3. **IF** and when required; as an American PEO Counter-Banker, I will be ordering all present items and all future Public War items of their Insurance **Counterfeiting Conspiracy**; to be moved to a valid American Constitutional Court for **Civil** and International Law resolution.



06/23/2025
87305339
*Muqallibu Deen El*
USA

06/23/2025
87-3075339

CAUSE NO. 256541901010

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| V. | § | COURT AT LAW NO. 5 |
| | § | |
| DEEN EL, MUQALLIBU | § | HARRIS COUNTY, TEXAS |

### CONVEYANCE INSTRUMENT OF ALL CREDITOR RIGHTS, TITLE AND DEED:

For the initial **MESNE DEBTOR/CREDITOR ASSIGNMENT** of Granted Leases per the **FREDERICK GEORGE DEAN** "Certificate of Live Birth" Recorded and Registered Creditor document over the UNITED STATES and STATE OF TEXAS Treasury SPECIAL FUND Bankrupt Debtor Accounts and the CHURCH OF ROME "CESTUI QUE TRUST FUND" Foreign Bankrupt Account held under or attached to account number: #**142-71-100208**.

**In Nomine Dei, Amen.** This CONVEYANCE is for the delivery of all Debtor/Creditor Rights, Title and Deed to the above Recorded and Registered Document – "Certificate of Live Birth" Treasury SPECIAL FUND and CESTUI QUE TRUST FUND Bankrupt Debtor Accounts for the Mesne Person; **FREDERICK GEORGE DEAN**, who is solely and totally transferring it per the Law to the State and Church Validated Inherit Alive Mortgage Holder: **Mr. Muqallibu-Deen: El**, the American Creditor, Encumbrancer and Fiduciary, per his real Birth Certificate and Baptism Certificate. All other Mesne Conveyances by Imaginary Mesne Creditor/Debtor Assignments are under the Color of Complex Debtor Fraud and their violations are addressed in the Uniform Fraudulent Conveyance Act; they also STAND as Expired Debtor Leases and their continuation is now VOIDED per the **LAW** as they have been exposed. Therefore all Mesne Creditor Conveyance Property, Assets and Interest held therein is to be restored in an Unalienable condition under the **Special Continuous Discharging Drawing Right** to the Mesne Person – **FREDERICK GEORGE DEAN** Bankrupt Debtor UNITED STATES TREASURY – "UST-COLB" SPECIAL FUND and STATE OF TEXAS TREASURY – "TT-COLB" SPECIAL FUND accounts within 3 (three) days. The CHURCH OF ROME "CESTUI QUE TRUST FUND" account as it is a Foreign depositary account, it is to be Terminated and Liquidated within 3 (three) days and given over to the Valid American Creditor – Mortgage Holder, **Mr. Muqallibu-Deen: El**. This Conveyance Will Stand, as a FACT; unless disproved by a Sworn Affidavit and submitted to the American Citizen's "**Courts of Bankruptcy**", the local court the District Court of the United States for the Southern District of Texas and the National court the District Court of the United States for the District of Columbia as the Supreme District Court of Bankruptcy and the Valid American Secured Creditor, **Mr. Muqallibu-Deen: El**.

**THEREUPON**, at the end of the 3 (three) day time period, all of the Mesne person Debtor/Creditor Property, Assets and Interest with all of the **Drawing Rights** attached to and held in the **FREDERICK GEORGE DEAN** Mesne "US-COLB" and "TT-COLB" Treasury Bankrupt Debtor accounts and the CHURCH OF ROME "CESTUI QUE TRUST FUND" account per this Certified Original Creditor Instrument is **Transferred** to **Mr. Muqallibu-Deen: El**; as his Free and Clear Unalienable Creditor's Property, per **Certified Mail # 7020 3160 0002 0369 1017**. This Conveyance is also Documented, Recorded and Supported by **IRS Form 56's** and **UCC3's**; assignment #**RA038464184US**. It stands as a Fact in LAW that all transactions by the Bankrupt Debtors are Taxing Transactions and as the Fiduciary over these Accounts, **Mr. Muqallibu-Deen: El** can demand the Taxing Records of the Bankrupt Debtor accounts and to call upon the IRS CID to review them for proof of any Criminal Fraud and Tax Evasion by the Bankrupt Debtor accounts and their Bankrupt Associates.

**I, FREDERICK GEORGE DEAN**; by will ORDER this Debtor/Creditor Conveyance Transfer of the 2 (two) Special Fund accounts and the Termination and Liquidation of the Cestui Que Trust Fund account. At this time it is also **my Will** to EXPATRIATE per the Law, thereby ceasing my membership existence under the Fraudulent UNITED STATES, STATE OF TEXAS and CHURCH OF ROME "country club" church and state governmental controlled citizenships.

Ordered by:  : Dean : Frederick

**FREDERICK GEORGE DEAN**, *Mesne Person*

**I, Mr. Muqallibu-Deen: El** by **My Will and Seal; Validate** this Debtor/Creditor Conveyance Transfer of the "UST-COLB", the "TT-COLB" and the "CESTUI QUE Trust Fund" Bankrupt Debtor accounts, thereby giving this action its required **Validity and Freedoms**.

Validated by: *Mr. Muqallibu-Deen: El*

**Mr. Muqallibu-Deen: El**, *Mesne Master*
**"The Alive Valid American Encumbrancer/Fiduciary"**

*(Under seal and bounded Landmarks – the two index witnesses of the Tribunal 13 of Man and Soul)*      LEFT          RIGHT

---

**ACKNOWLEDGEMENT OF NOTARY**      (as a *Governmental representative*)

State of **TEXAS**, County of **HARRIS**:      (For Verification Purposes Only)
Subscribed and sworn by **FREDERICK GEORGE DEAN** and **Mr. Muqallibu-Deen: El**; before me this ____ day of **June, 2025.**

_____
    Public Notary

My Commission Expires on: _____

06/25/2025
873075339

06/25/2025
873075339

CAUSE NO. 256541901010

| | |
|---|---|
| THE STATE OF TEXAS | § IN THE COUNTY CRIMINAL |
| V. | § COURT AT LAW NO. 5 |
| DEEN EL, MUQALLIBU<br>Muqallibu Deen El(C)(AR)<br>Defendant, | § HARRIS COUNTY, TEXAS |

## AFFIDAVIT and MOTION TO DISMISS 'TRAFFIC CITATION' FOR MALICIOUS PROSECUTION

Comes now Muqallibu Deen El(C)(AR), Defendant, in the above-captioned cause, and moves this Honorable Court to dismiss the ticket (or citation) (or international tax) as a targeted political or non-political act of aggression that speaks for itself causing injury to herein alleged executor who contests the court's jurisdiction for an 'interference with *his* duties as a public law servant' upon arrival on the afternoon of May 21, 2025 with, one, Aundra Owens Crane El to the 1301 McKinney Street, Houston Field Office destination of the Office of the Comptroller of the Currency [*See* Clerk's Record, *Estate of Crane*, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment), at Clerk's Record 20-28] to make a claim, which, quoting Nicholas Pendleton Mitchell, State Interests in American Treaties, himself, quoting Professor Hyde's, International Law Chiefly as Interpreted and Applied by the United States, Volume Two, 802 at 111 (Richmond: Garrett & Massie, Inc., 1936): states that not even "participation in local political affairs indicates, [whatso]ever, [any] impropriety of conduct which the State of residence[ may] find[] just cause to resent", much less, "retaliate", because [*See United States v. Arjona*, 120 U.S. 479, 484 (1887) ("law of nations requires every national government"), 487 (noting re: a "right given by the law of nations . . . what is law for one is, under the same circumstances, law for the other" and a "right secured by the law of nations . . . is one the United States . . . are bound to protect.")] as held [*See Jenner & Block, LLP v. U.S. Department of Justice, et al.*, Case 1:25-cv-00916-JDB, (.Dist. D.C., May. 23, 2025, Memorandum Order) quoting *Nat'l Rifle Ass'n of Am. v. Vullo*, 602 U.S. 175, 188 (2024) ("[R]etaliating against firms for the views embodied in their legal work—and thereby seeking to muzzle them going forward—violates the First Amendment's central command that government may not "use the power of the State to punish or suppress disfavored expression.")] and follows:

1.    **I am, Muqallibu**: a Free American Post-Master for the Trading House or Province of **Dean Bey** or **Deen El**; a **Moorish American National** and **native inhabitant** with a 'singular status' by the Jurisdictional Rights afforded to a living individual **borne** within, **birthed upon**, and **adopted by** the Great Prophet Ali in the non-ceded, farthest West, Territorial boundary lands of Texas; this is per the foundational Laws and Treaties of Texas.

2.    **Commercial Governmental TRESPASS VI ET ARMIS**; by the **STATE OF TEXAS** Governmental "**Judicial Banking**" **Corporations** under the TEXAS Attorney **General** along with the **UNITED STATES** Governmental "**Judicial Banking**" **Corporations** under the **UNITED STATES Attorney General** by the usage of **Pawning Titles** to acquired control over the Artificial Financial Corpus "**FREDERICK DEAN - Living ESTATE**" by

06/25/2025
873075339

06/25/2025

873075339

virtue of several **SPECIES** of **TITLE; Certificates, Licenses and/or other STATE Corporate account controlling documents**. Thus, it is to be said that the STATE OF TEXAS Governmental "Judicial Banking" Corporations along with the UNITED STATES Governmental "Judicial Banking" Corporations were to *"TAKE* a **LIFE-interest** under their **DEVISES"** from the Artificial Financial Corpus **"FREDERICK DEAN ~ Living ESTATE"** while he remained **ALIVE**. The STATE OF TEXAS Governmental "Judicial Banking" Corporations have by **Identity Theft** taken the Identity of the living **American National, Native Texian** and **Texas Sovereign** by fraudulent contracting actions and given it to the Artificial Financial Corpus **"FREDERICK DEAN ~ Living ESTATE"**.

3. **Therefore, the Commercial Governmental "TAKE" was to Seize and to Deprive** the Inherit Living Grantor of the possession of his property for the beneficial usage of the Commercial Governmental "Judicial Banking" Corporation's **Trespass vi et armis** by forced deceit and fraudulent deceptions, claims and controls built into the commercial contract codes of their Pawning Contracts; without giving the required just compensation in return to the Living Owner.

4. **But** for the last 4 years; the **ESTATE Person,** the Artificial Financial Corpus **"FREDERICK DEAN"** has been officially **Declared DEAD** by **Executor** per the recorded **IRS Form SS-4** and the **IRS Issuance** of a **DEAD ESTATE ~ EIN# 87-6712885; dated 10-21-2021. Therefore,** the STATE OF TEXAS Governmental "Judicial Banking" Corporations along with the UNITED STATES Governmental "Judicial Banking" Corporations are to be charged under **"TRESPASS FOR MESNE PROFITS" and "Commercial Grave Robbery"**; because they have been acquiring **AFTER LIFE-Interest Profits. Both** the *"Trespass for Mesne Profits"* and *"Grave Robbery"* are *punishable by imprisonment and fines;* of which they were not contractually entitled to them, as they know the property of and belonged to the recorded **EXECUTOR** yet, released, Aundra to proceed away in the very, asserted illegal conveyance as the cause warranting the initial stop.

I affirm this Affidavit is true and correct.

Subscribed and affirmed to before me
this 25th day of June 2025

*Muqallibu Deen El, agent for" MUQALUBUDEENEL, principal*
Muqallibu Deen El©, Authorized Representative

_____

Aundra Owens Crane El©, Authorized Representative

_____

Signature of Notary Public



06/25/2025
873075339

06/25/2025
873075339







Canada Border Services Agency / Agence des services frontaliers du Canada

Resident / Résident
Non-resident / Non-résident
Other (specify) / Autres (précisez)

Length of absence / Durée de l'absence
Length of stay / Durée du séjour

Value - Montant    No - Non

Goods declared / Marchandises déclarées
Currency / Monetary Instruments / Espèces / Effets
Commercial goods / Marchandises commerciales
Gifts / Cadeaux

Yes - Oui

Firearms/weapons / Armes à feu/armes
Cannabis
Food, Plants and Animals / Produits alimentaires, végétaux et animaux
Duty free shop purchase / Achats d'une boutique hors-taxes

Remarks - Observations

Immigration    ORIF

Seeking Asylum?

T/T    E/E    L/S    O/A

MAN / OBL    SEL / SÉL ✓

Licence / License    CJ2 CS86

Time of referral / Temps de renvoi    20:04
Province/State / Province/État    TX
Lane - Voie    P3

NATC

30432

Border Services Officer - Agent des services frontaliers

Released / Délivré
Documentation

Enforcement action / Exécution
Returned to the U.S. / Retourné aux É.-U.

BSF235 (24)    (See reverse - Voir au verso)

NTD.
$
$
$



04/24/2025
873075339
USA







04/24/2025
873075339

Primer of MDEI_142pp - Muqallibu Deen El (eldino@hushmail.com) - Hushmail                3/28/25, 1:35 PM

# Primer of MDEI_142pp

| | |
|---|---|
| From | **Muqallibu Deen El** <eldino@hushmail.com> |
| To | **birdie.kelley** <birdie.kelley@senate.texas.gov> |
| Sent | Friday, March 28, 2025 at 1:32 PM |
| Encrypted | Yes |
| Signed | Yes, by eldino@hushmail.com |
| Attachments | Primer of MDEI_142pp.pdf |

Islam Mrs. Kelley:

In follow-up to the visit by Mrs. Walter Stanley Crane, Jr. El to the office of State Senator Borris L. Miles of District 13 yesterday, please find the enclosed for your urgent attention.

The appendix of photographs of cruelty to un-life her are to follow in a separate email.

Sincerely,
M.D. El

281.209.1539



03/28/2025
873075339



03/28/2025
873075339



**UNITED STATES POSTAL SERVICE.**

HUMBLE
1202 E 1ST ST
HUMBLE, TX 77338-9998
(800) 275-8777

02/28/2025                                    02:41 PM

Date Stamp

0338
9

2025

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Mailer 12.5x19 | 3 | $3.39 | $10.17 |

Priority Mail®           1                    $18.55
  Washington, DC 20530
  Weight: 2 lb 4.80 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance
    Up to $100.00 included        $0.00
  Registered Mail®
    Amount: $30.00                $19.30
    Tracking #:
      RF773752075US
Total                            $37.85

Priority Mail®           1                    $18.55
  Washington, DC 20520
  Weight: 2 lb 3.30 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance
    Up to $100.00 included        $0.00
  Registered Mail®
    Amount: $30.00                $19.30
    Tracking #:
      RF773752090US
Total                            $37.85

Priority Mail®           1                    $18.55
  Washington, DC 20260
  Weight: 2 lb 4.60 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance
    Up to $100.00 included        $0.00
  Registered Mail®
    Amount: $30.00                $19.30
    Tracking #:
      RF773752107US
Total                            $37.85

Grand Total:                    $123.72

Credit Card Remit                $123.72
  Card Name: VISA
  Account #: XXXXXXXXXXXX4298
  Approval #: 028387
  Transaction # 269
  AID: A0000000031010
  AL: VISA CREDIT          Chip
  PIN: Not Required

Estate

Domestic insurance up to $50,000
included based upon the
insured value. International
Indemnity is limited. (See Reverse).

Copy 1 - Customer
Claim Information on Reverse)
www.usps.com ®

The Maximum Indemnity Insurance
compensation for loss, damage, or missing
contents is limited to $50,000.00 for
Registered Mail®.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

02/28/2025
873075339



| | | Price | Price |
|---|---|---|---|
| Mailer 12 5x19 | 3 | $3.39 | $10.17 |

Priority Mail®        1                    $18.55
  Washington, DC 20530
  Weight: 2 lb 4.80 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance                               $0.00
    Up to $100.00 included
  Registered Mail®                        $19.30
    Amount: $30.00
    Tracking #:
      RF773752075US
Total                                     $37.85

Priority Mail®        1                    $18.55
  Washington, DC 20520
  Weight: 2 lb 3.30 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance                               $0.00
    Up to $100.00 included
  Registered Mail®                        $19.30
    Amount: $30.00
    Tracking #:
      RF773752098US
Total                                     $37.85

Priority Mail®        1                    $18.55
  Washington, DC 20260
  Weight: 2 lb 4.60 oz
  Expected Delivery Date
    Mon 03/03/2025
  Insurance                               $0.00
    Up to $100.00 included
  Registered Mail®                        $19.30
    Amount: $30.00
    Tracking #:
      RF773752107US
Total                                     $37.85

Grand Total:                             $123.72

Credit Card Remit                        $123.72
  Card Name: VISA
  Account #: XXXXXXXXXXXX4298
  Approval #: 028387
  Transaction #. 209
  AID: A000000003101O            Chip
  AL: VISA CREDIT
  PIN: Not Required

    The Maximum Indemnity Insurance
compensation for loss, damage, or missing
  contents is limited to $50,000.00 for
          Registered Mail®.

  In a hurry? Self-service kiosks offer
  quick and easy check-out. Any Retail
     Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
https://www.usps.com/help/claims.htm
      or call 1-800-222-1811

       Preview your Mail
       Track your Packages
       Sign up for FREE @
  https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business

   Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

      or call 1-800-410-7420.

UFN: 484190-0338
Receipt #: 840-57700068-2-9745897-1
Clerk: 9

02/28/2025
873075339



RF 737752107US

Postage $  $18.55

Extra Services & Fees

☐ Registered Mail  $19.30
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $  $0.00
☐ Restricted Delivery  $0.00
Customer Must Declare  $0.00
Full Value

$  $30.00

Extra Services & Fees
☐ Signature Confirmation $
☐ Signature Confirmation Restricted Delivery $

Date Stamp

0338
9

FEB 28 2025

Total Postage & Fees
$  $37.85

Received by  02/28/2025

To Be Completed By Post Office

OFFICIAL USE

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FROM  Mrs. Walter Stanley Crane Jr. El
Walter Stanley Crane Jr. El Estate
5822 Knollwood Tr!
Spring, Texas 77373-4985

TO  Louis DeJoy
Washington, DC 20260

To Be Completed By Customer (Please Print)  All Entries Must Be In Ballpoint or Typed

Form 3806, Registered Mail Receipt
2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com

Copy 1 - Customer
(See Information on Reverse)



02/28/2025
873075339

RF773752098US

**Date Stamp**

0338
9

| Postage $ **$18.55** | Extra Services & Fees _(prepaid)_ USPS |
|---|---|
| Extra Services & Fees **$9.30** | ☐ Signature Confirmation $ |
| ☐ Registered Mail | ☐ Signature Confirmation Restricted Delivery $ |
| ☐ Return Receipt _(hardcopy)_ $ **$0.00** | |
| ☐ Return Receipt _(electronic)_ $ **$0.00** | Total Postage & Fees **$27.95** |
| ☐ Restricted Delivery $ **$0.00** | Received By |
| Customer Must Declare Full Value $ **$30.00** | 02/28/2025 |

**To Be Completed By Post Office**

FEB 2 8 2025

Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
Mrs Walter Stanley Crane Jr. El
Walter Stanley Crane Jr. El Estate
5822 Knollwood Trl
Spring, Texas 77373-4985

**TO**
Marco Rubio
Department of State
Harry S Truman Station
2201 C. Street NW
Washington, District of Columbia USA 20520

PS Form **3806**, Registered Mail Receipt          Copy 1 - Customer
April 2015. PSN 7530-02-000-9051                (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

02/28/2025
873075339

1A ☐ +

...

_ No.

RF773752075US

**Date Stamp**

0338
9

| Postage $ $18.55 | Extra Services & Fees (check box) | |
| Extra Services & Fees | ☐ Signature Confirmation $ | |
| ☐ Registered Mail $ 09.30 | ☐ Signature Confirmation Restricted Delivery | |
| ☐ Return Receipt (hardcopy) $ | | |
| ☐ Return Receipt (electronic) $ $0.00 | **Total Postage & Fees** | |
| ☐ Restricted Delivery $ $0.00 | $ $37.85 | |
| Customer Must Declare Full Value | **Received by** | |
| $ $30.00 | 02/28/2025 | |

Domestic insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

OFFICIAL USE

FROM  Mrs Walter Stanley Vanek Jr El
Walter Stanley Vanek El Estate
5822 Knollwood TRL
Spring, Texas 77373-4985

TO  James McHenry
Department of Justice
950 Pennsylvania Avenue
Washington, District of Columbia U.S.A. 20530

Registered Mail Receipt

RF 773 752 075 US

Copy 1 - Customer
(See Information on Reverse)
usps.com ®

02/28/2025
873075339

USA



02/28/2025
873075339

## RE: Application of EIMD

| | |
|---|---|
| From | **Applications** <applications@volterrafietta.com> |
| To | **Muqallibu Deen El** <eldino@hushmail.com> |
| Sent | Monday, January 20, 2025 at 7:52 AM |
| Encrypted | No |
| Signed | No |
| Attachments | image694387.png |

Dear Sir

Thank you for your interest in Volterra Fietta.

Your application has been reviewed and whilst your credentials are commendable, we are not in a position to proceed further with your application.

We wish you all the best in your future endeavours.

Please note, due to the high volume of applications we receive, we are not able to provide feedback.

Yours sincerely

Applications

**Volterra Fietta**
8 Mortimer Street
Fitzroy Place
London  W1T 3JJ
United Kingdom

 Direct
+44 207 380 3890 Main
www.volterrafietta.com

Block
Volterra Fietta is authorised and regulated by the Solicitors Regulation Authority (SRA number 559849).
Registered office: 8 Mortimer Street, Fitzroy Place, London, W1T 3JJ, United Kingdom

This communication and any attachments contain information which is confidential and may be subject to legal privilege. It is for intended recipients only. If you are not the intended recipient you must not copy, distribute, publish, rely on or otherwise use it without our consent. We have taken all reasonable precautions to ensure that no viruses are transmitted from Volterra Fietta to any third parties. Volterra Fietta accepts no responsibility for any loss or damage resulting directly or indirectly from use of this email or the contents. If you have received this email in error please notify info@volterrafietta.com immediately and delete the email from your computer.

**From:** Muqallibu Deen El <eldino@hushmail.com>
**Sent:** 03 January 2025 13:33
**To:** Applications <applications@volterrafietta.com>
**Subject:** Application of EIMD


01/20/2025
873075339
USA

October 1, 2024

Welcomes Gunjan:

In what, for me, has been the experience of a harrowing rescue of a faith healer and investor (i.e., advowson paramount), it turns out, for Aundra, has been a subject of refoulement for nearly as long as the alleged sovereign wealth fund at Northern Trust Bank is old. *See* Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment). Was it only a ruse?

Aside from Northern Trust and Lakewood Church, minimally, to be listed in a conflicts check is First National Bank of Lake Jackson, Brazoria Branch, and because the funds were and, perhaps, never were transferred in its entirety from the Federal Reserve Bank of Dallas, circa 1983, to Northern Trust is how the United States, itself, may also be considered as adverse, despite the fact that '[a] number of national courts have clearly expressed their opinion that enforcement immunity is no longer absolute.'[1]

Aundra born in Texas, 1969, was ordained a saint around about 1976 in Brazil by the Vatican. It is that said year that she as a citizen of Brazil was married to Walter Stanley Crane, Jr. El by the law of Brazil upon fact evidence received of a bond at common law.

As for what may be best understood as an ordained role of my own amidst alleged guerilla tactics, I have been an adept in the MSTA-1928 since May 14, 2011 with Dean Law Office, PC as part of the rotarion complexion that as a follower of Prophet Noble Drew Ali we are once again blessed to adhere to as a people of the book.

Whether standing to sue in exercise of rights in foreign affairs according to Louis Henkin[2] in general, or Flegenheimer Claim *(United States v. Italy) (1959) 25 I.L.R. 9*, Certain Iranian Assets *(Islamic Republic of Iran v. United States of America)* Judgment, 30 March 2023, ICJ Reports 2023 and Paul Hoffman[3] citing *American Baptist Churches in the U.S.A. v. Meese*, 666 F.Supp. 1358, 1366-69 (N.D.Cal.1987) (leave granted to establish associational standing), in particular, leads me to Volterra Fietta to champion.

Islam,
Deen
281.209.1539

1  Tom Ruys et al. ed., <u>The Cambridge Handbook of Immunities and International Law</u>, in Jean-Marc Thouvenin and Victor Grandaubert, Chapter 13, The Material Scope of State Immunity from Execution, at 255 (Cambridge: Cambridge University Press, 2019).
2  <u>Constitutionalism, Democracy, and Foreign Affairs</u>, at 99 (New York: Columbia University Press, 1990): During the next century we will doubtless be inquiring increasingly into the relevance for our jurisprudence of international human rights standards.
3  The Blank Stare Phenomenon: Proving Customary International Law in U.S. Courts, 25 GA. J. INT'L & COMP. L. 181, 185 (1995).



CAUSE NO. 256541901010

| THE STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| V. | § | COURT AT LAW NUMBER 5 |
| MUQALLIBU DEEN EL<br>Muqallibu Deen El(C)(AR)<br>Defendant, | § | HARRIS COUNTY, TEXAS |

### AFFIDAVIT and MOTION TO DISMISS 'TRAFFIC CITATION' FOR MALICIOUS PROSECUTION

Comes now Muqallibu Deen El(C)(AR), Defendant, in the above-captioned cause, and moves this Honorable Court to dismiss the traffic ticket (or citation) (or international tax) issued to Defendant some sixteen hours after being detained without consular access or right of embassy upon request for same of the arresting constable, among others, to Moorish Science Temple of America Grand Temple #2 Grand Sheik, the afternoon of May 21, 2025, under threat, duress, and coercion preceding an unlawful search and failure to Mirandize with the copy of said ticket (or citation) ( or international tax) in the form of a GENERAL ORDER BOND for COURT APPEARANCES being attached hereto as Exhibit A, and as grounds for said Motion, Defendant would show a politically motivated attack against said Defendant [*See* Clerk's Record, *Estate of Crane*, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment), at Clerk's Record 20-28] occurring at 1301 McKinney Street, as held [*See Jenner & Block, LLP v. U.S. Department of Justice, et al.*, Case 1:25-cv-00916-JDB, (.Dist. D.C., May. 23, 2025, Memorandum Order) quoting *W. Va. State Bd. of Educ. v. Barnette*, 319 U.S. 624, 642 (1943)] and follows:

1.    **I am, Frederick**: a Free American Post-Master for the Trading House **Dean Bey** (*See* MSTA Nationality and Identification Card, October 15, 2010); an **American National**, a **Native Texian** and an **Texas Sovereign** by the Jurisdictional Rights afforded to a living individual, who was **borne** within and **birthed upon** the Territorial boundary lands for the Republic of Texas and therefore being foundationally **derived** from the Texas Territorial Sovereign Lands; this is per the foundational Laws and Treaties of Texas.

2.    **Commercial Governmental TRESPASS VI ET ARMIS;** by the **STATE OF TEXAS** Governmental "**Judicial Banking**" **Corporations** under the **TEXAS Attorney General** along with the **UNITED STATES** Governmental "**Judicial Banking**" **Corporations** under the **UNITED STATES Attorney General** by the usage of **Pawning Titles** to acquired control over the Artificial Financial Corpus "**FREDERICK DEAN - Living ESTATE**" by virtue of several **SPECIES** of **TITLE; Certificates, Licenses and/or other STATE Corporate account controlling** documents. Thus, it is to be said that the STATE OF TEXAS Governmental "Judicial Banking" Corporations along with the UNITED STATES Governmental "Judicial Banking" Corporations were to "*TAKE* a **LIFE-interest** under their **DEVISES**" from the Artificial Financial Corpus "**FREDERICK DEAN - Living ESTATE**" while he remained **ALIVE**. The STATE OF TEXAS Governmental "Judicial Banking" Corporations have by **Identity Theft** taken the Identity of the living **American National, Native Texian** and **Texas Sovereign** by fraudulent contracting actions and given it to the Artificial Financial Corpus "**FREDERICK DEAN - Living ESTATE**".

05/30/2025
873075339



05/30/2025
873075339

Primer of MDEI_142pp - Muqallibu Deen El (eldino@hushmail.com) - Hushmail                    3/28/25, 1:35 PM

# Primer of MDEI_142pp

| | |
|---|---|
| From | **Muqallibu Deen El** <eldino@hushmail.com> |
| To | **birdie.kelley** <birdie.kelley@senate.texas.gov> |
| Sent | Friday, March 28, 2025 at 1:32 PM |
| Encrypted | Yes |
| Signed | Yes, by eldino@hushmail.com |
| Attachments | Primer of MDEI_142pp.pdf |

Islam Mrs. Kelley:

In follow-up to the visit by Mrs. Walter Stanley Crane, Jr. El to the office of State Senator Borris L. Miles of District 13 yesterday, please find the enclosed for your urgent attention.

The appendix of photographs of cruelty to un-life her are to follow in a separate email.

Sincerely,
M.D. El

281.209.1539



03/28/2025
873075339

3.    **Therefore, the Commercial Governmental "TAKE" was to Seize** and **to Deprive** the Inherit Living Grantor of the possession of his property for the beneficial usage of the Commercial Governmental "Judicial Banking" Corporation's **Trespass vi et armis** by forced deceit and fraudulent deceptions, claims and controls built into the commercial contract codes of their Pawning Contracts; without giving the required just compensation in return to the Living Owner.

4.    **But** for the last 4 years; the **ESTATE Person,** the Artificial Financial Corpus **"FREDERICK DEAN"** has been official **Declared DEAD** by **Executor** per the recorded **IRS Form SS-4** and the **IRS Issuance** of a **DEAD ESTATE – EIN# 87-6712885; dated 10-21-2021. Therefore,** the STATE OF TEXAS Governmental "Judicial Banking" Corporations along with the UNITED STATES Governmental "Judicial Banking" Corporations are to be charged under **"TRESPASS FOR MESNE PROFITS" and "Commercial Grave Robbery"**; because they have been acquiring **AFTER LIFE-Interest Profits. Both** the *"Trespass for Mesne Profits"* and *"Grave Robbery" are punishable by imprisonment and fines;* of which they were not contractually entitled to them, as they know the property of and belonged to the recorded **EXECUTOR.**

I affirm this Affidavit is true and correct.

Subscribed and affirmed to before me

this 28th day of May 2025

*Muqallibu Deel Grant "for" MUQALLIBU DEEN EL, principal*

Muqallibu Deen El©, Authorized Representative

*Aundra Owens Crane El©(AR)*

Aundra Owens Crane El©, Authorized Representative

_____

Signature of Notary Public

ARIADNNE REYES
Notary Public, State of Texas
Comm. Expires 03-05-2027
Notary ID 131918335



05/30/2025
873075339

05/30/2025
873075339

Per Registered U.S. Mail Filing # RA 038 464 241 US

 

# WE THE PEOPLE:
## An AMERICAN PUBLIC CITIZEN'S
## PROOF OF PUBLIC Law - Identification.

> **Constitution Article IV:**
> Section 2. The Citizens of each State SHALL BE ENTITLED to all Privileges and Immunities of Citizens in the several States.

*An American Public Citizen's Rights and Freedoms; as a Privilege is a Right to Contract using an implied SURETY (fictional Slave) person and an Immunity means you are NOT to be FORCED into a Contract.*



"American" Article 4 - Public Citizen Owner – Identification

Issued by the Public American Citizen on:
**October 13, 2021**
Expiration:
**Upon his Death**

**United State Republic Citizen of Age**
Republic Birthing Date:    **05 April 1971**
Weight:    135#    Height:    5'11"
Haircolor:    Brown    Eye color:    Hazel
Blood Type:    A+

Republic Citizen/Owner - El Muqallibu; Dean

Left Index    Right Index

Article 4 - Protected Rights and Powers.

### El Muqallibu; Dean
"American" Article 4 - Public Citizen Owner – ID
7526 Pine Hollow Dr ; Humble, Texas Republic 77396-4517



Rights of Life, Liberty and Pursuit of Happiness.
United States Republic Executive Owner:

Per the Republic Establishment Clause; as an American Republic Guarantor of Protected SAFE PASSAGE and SAFE HARBOR.

Date: _Oct. 13, 2021_

Signed and Sealed By: _El Muqallibu; Deen_
El Muqallibu; Dean, Authorizing Public Signature
Individual Public Banker: per EIN # 87-3075339

Page 1 of 1



03/28/2025
873075339
USA

Attorney Online Services - Search Results

https://iapps.courts.state.ny.us/attorneyservices/wicket/page/SearchResu...



New York State Unified Court System

Skip To:   Content | Navigation

### Attorney Online Services - Search

**Search**
Attorney
Legal Consultant
In-House Counsel

**Resources**
Attorney Registration
Legal Consultant Registration
In-House Counsel Registration
E-Courts
Resources
Contact Us
Terms of Use

## Attorney Search Results

**Search Criteria:**

| First Name | Middle Name | Last Name |
|---|---|---|
| MUQALLIBU | DEEN | EL |

Back to Search Criteria | New Search

Click on a name below to view additional details.

Registration Status definitions can be found here.

1 record found.

Showing 1 to 1 of 1

| Name | Registration Number | City | State | Oath Date | Registration Status | Disciplinary History |
|---|---|---|---|---|---|---|
| EL, MUQALLIBU DEEN | 3026697 | | | 2000 | Currently registered | |

Showing 1 to 1 of 1

**Attorney Services**

**Search**
Attorney Search
Legal Consultant Search
In-House Counsel Search

**Resources**
Attorney Registration
Legal Consultant Registration
In-House Counsel Registration
E-Courts
Resources
Contact Us
Terms of Use



03/28/2025

873075339

2/15/2024, 2:28 PM

OCTOBER TERM 2008

REFERENCE INDEX

Contents:

| | Page |
|---|---|
| Statistics | II |
| General | III |
| Appeals | III |
| Applications | III |
| Arguments | III |
| Attorneys | IV |
| Briefs | IV |
| Certiorari | V |
| Costs | V |
| Granted Cases | V |
| Motions | VI |
| Opinions | VI |
| Original Cases | VII |
| Rules | VII |
| Stays | VII |
| Conclusion | VIII |

(I)



03/28/2025
873075339

772                    MONDAY, APRIL 20, 2009

No. 08–8485. Anthony Gagliardi, aka Tony Gags, Petitioner *v.* United States. Petitions for rehearing denied.

### ADMISSIONS TO THE BAR ON WRITTEN MOTIONS

| Applicant | City and State | Movant |
|---|---|---|
| Frank Agostino | Hackensack, NJ | Dennis Calo |
| John J. Belanger | Phoenix, AZ | Asa William Markel |
| Robyn M. Blake | Miami, FL | Bruce S. Rogow |
| Richard A. Bonner | El Paso, TX | Milton Carey Colia |
| Katarzyna Brozynski | Dallas, TX | Robert D. Ramage |
| Jean-Jacques Cabou | Phoenix, AZ | Lawrence Austin Hammond |
| Jodi S. Casey | Oklahoma City, OK | Christopher James Collins |
| Odalyse Cedeno-Morales | San Juan, PR | Luis Mariano Negron |
| John Nelson Childs | Akron, OH | Donald William Davis, Jr. |
| Paul Douglas Cross | Monteagle, TN | Rita Carol LaLumia |
| Curt Waide Crum | Fort Worth, TX | Ricardo De Los Santos |
| Daniel Bart De Jong | Washington, DC | Eli Jay Dicker |
| Frederick Dean | New York, NY | Marilyn J. Flood |
| Charles Brent Dishman | Oklahoma City, OK | Joseph T. Thai |
| Jodi Warmbrod Dishman | Oklahoma City, OK | Joseph T. Thai |
| Billy M. Donley | Houston, TX | James C. Winton |
| Natalie A. Schmid Drummond | Trenton, NJ | Robert E. Bonpietro |
| Jenny L. Evans | Oklahoma City, OK | Christopher James Collins |
| R. Bradford Fawley | Brattleboro, VT | Patricia M. Sabalis |
| Linda Rose Fessler | Los Angeles, CA | J. Lawrence David |
| David Scott Foster | San Francisco, CA | David Lee Bacon |
| Kathleen M. Foster | New Haven, CT | Victor Allen Bolden |



03/28/2025
873075339

United States Patent and Trademark Office          https://oedci.uspto.gov/OEDCI/practitionerSearchEntry

Practitioner search

# Find a patent practitioner

Search results

Practitioner roster

| Last name | First name | Middle name | Phone number | City | State/province | Postal code | Country |
|-----------|-----------|-------------|--------------|------|----------------|-------------|---------|
| Dean | Frederick | G | (203) 327-4500 | Stamford | CT | 06901 | US |

**Start a new search**

Print selected

03/28/2025
873075339



9/2/21, 12:04 PM

*Certificate of Attendance*



*TRANSCEND hereby certifies that*

# Fred Dean

*has completed the requirements for the TRANSCEND course*

### Deep Culture:
## An Approach to Conflict and Conflict Transformation

Place: New York      Date: March 16-17, 2002      Number of Hours: 12

Course Administrator: *Dietrich Fischer*

Course Instructor: *Johan Galtung*



03/28/2025
873075334

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

**Overview**

1.    *Cuba Railroad Company v. Crosby*, 222 U.S. 473, 478 (1912) ("[As if, in Texas,] [t]he law of the forum is material only as setting a limit of policy beyond which such obligations will not be enforced there[ ... in the Black Belt region in the pre-Foreign Agents Registration Act case of *Herndon v. Lowry*, 301 U.S. 242 (1937).]") or, rather, in the grandfathered post-1924 establishment by Prophet Noble Drew Ali of his first Temple in Chicago, with unreasoned opposition [[*See* Clerk's Record, 120-124, ₵ 6, Exhibit VII, cites 8 Stat. 484, **Art. 5** as distinct treaty obligation, at 120 (March 5, 2020): re: "injury done, without reason".; *Wiwa v. Royal Dutch Petroleum Co.,* 392 F.3d 812 (5th Cir. 2004) (Where a district court fails to give reasons or, adequate reasons, for an issue that is subject to an abuse of discretion standard of review, the failure is *per se* abuse of discretion.); *Doerschuck v. Mellon*, 55 F.2d 741 (1931) (The [here, Clerk's Record, 120-124] true bill in equity, below, "alleges that Zimmerman & Forshay were trustees and never had any right, title, or interest in or to the fund, and that it equitably belongs to plaintiff. These allegations are sufficient to put in issue the question of title, and to make it necessary that the Z. & F. Corporation should be made a party defendant[.]"); *Meyer v. WMCO-GP, LLC*, 211 S.W.3d 302 (Tex. 2006) (Held that the trial court had to apply equitable estoppel.), 308 quoting *Walker v. Packer*, 827 S.W.2d 833, 840 (Tex.1992) ("A trial court has no 'discretion' in determining what the law is or applying the law to the facts."); *Arthur Andersen LLP et al. v. Carlisle et al*, 556 U.S. 624, 631 (2009) ("[T]raditional principles" of state law allow a contract to be enforced by or against nonparties to the contract through "assumption, piercing the corporate veil, alter ego, incorporation by reference, third-party beneficiary theories, waiver and estoppel," 21 R. Lord, Williston on Contracts § 57:19, p. 183 (4th ed. 2001).); *Shah v. Moss*, 67 S.W.3d 836, 841 (Tex. 2001) (TEX. CONST. art. I, § 13 guarantees that no party seeking redress under a common law claim will be denied access to court unreasonably or arbitrarily[.]) in State Bar of Texas, <u>17th Annual Advanced Administrative Law Course</u>, at 8, Mary A. Kenney and Susan G. Conway, Chapter 16, Constitutional Challenges to State Statutes and Rules.; *Talbot v. Commanders and Owners of Three Brigs*, 1 U.S. (1 Dall.) 95 (Pa. 1787) (common law court refusal to distinguish jurisdiction of prize court and itself) in Jordan J. Paust, <u>International Law as Law of the United States</u>, (Durham: Carolina Academic Press, 1996), 280 n. 556.; William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume II, at 884 (Chicago: University of Chicago Press, 1953): In equity, on the other hand, he had a perfect right of full recovery against that estate. *See, e.g.,* Miss. Code Ann. § 41-57-23(2)(a) (recognizing that tribal court has the same authority as chancery court to make changes to birth certificates and requiring State Board of Health to comply with tribal court decrees under this section[.]) in *Dollar General Corporation, et al., Petitioners v. Mississippi Band of Choctaw Indians, et al.*, 13-1496, States of Mississippi, Colorado, New Mexico, North Dakota, Oregon, and Washington, *Amici Curiae* in support of Respondents, n. 12 at 15.; H.F. Van Panhuys, <u>The Role of Nationality in International Law</u>, at 92 (Leyden: A.W. Sythoff, 1959): So, why should this opportunity for alleging chicanery be given to the (presumably) offending State?; Yussuf Naim Kly, ed., <u>New Perspectives for Intercultural Dialogue and an Alternative Economic Order</u>, at 8 (Atlanta: Clarity Press, Inc., 1999): Every effort has been made to remove this war—referred to in mainstream histories as "the Seminole wars"—and what became of those who fought them, from the annals of American history.; Clerk's Record, 120, ₵ 6, one, Eugene Di



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Bradshaw [as putative Moslem *see* Prophet Drew Ali, The Holy Koran of the Moorish Science Temple of America, [hereinafter The Divine Instructions], 56-57 Chapter XLV The Divine Origin of the Asiatic Nations, (Chicago: The Prophet Ali, 1927)] is, herein alleged, founding owner of The Alabama-Coushata Casino.; *Contrast Bayard v. Singleton*, 3 N.C. 42; 1787 N.C. LEXIS 4; 1 Martin 48 (1787) ("That Calvin's case reported in Coke, does by no means reach the leading and characteristic circumstances of this case."); The Moorish Guide, National Edition, p. 1, Organization's Growth Enormous, Moorish Temples in all Principal Cities, Friday, August 24th, 1928 ("This religious organization is secured and safeguarded by the very constitution of the United States for in reality it makes of the ordinary man or woman a better citizen for they realize what citizenship means. It teaches loyalty to the nation and the utmost respect for law and order.")]] and full blown [No. 2] [i.e., of or concerning guardianship proceedings] secrecy [Reporter's Record, 4-8-21, at 18, ln. 14 – 16, **Ms. Crane**: And so with those paperworks I was trying to turn in also to Harris County because they (in Brazoria County) stated that the guardianship (of Walter Stanley Crane, Jr. El over the person and estate of Aundra) was done in Harris County.; Thomas M. Cooley, A Treatise on the Constitutional Limitations which rest upon the Legislative Power of the States of the American Union, 485-486, at 486 (Boston: Little, Brown, and Co., 1903): The appointment commonly has reference to property by the ward, and over this property the guardian is given a power of control which is not possessed by the father, as such, over the property owned by his child.; Texas Probate Forms and Procedures § 5:17 Power to Snatch.; *See* Clerk's Record, at 541, in the legal entity's Statement of Ownership and, again, at 561-562 in the Certificate of Authority and, yet again, at 568 in the Contractor Submission List of the 2001 Fair Campaign Request for Proposal to the City of Houston, marked Exhibit XXII, states, one, Dolores A. Osteen as Officer/Vice President of the legal entity.; Clerk's Record, at 889, and also, at 898, of declarant's, self-same declaration states: "I also am not a vice-president of Lakewood Church." C.R. 888-889, and Reporter's Record, 4-8-21, at 34, lines 19-20, movant's attorney states: She's never been a vice president of Lakewood Church.; *Moore v. Harper,* 600 U.S. ___ (2023) ("We are asked to decide whether the Elections Clause carves out an exception to this basic principle. We hold that it does not. The Elections Clause does not insulate state legislatures from the ordinary exercise of state judicial review."); Clerk's Record, 338-345 of Exhibit XVII: Re: Public Information Act Letter Ruling unopposed by Crescent Real Estate LLC and Lewis Realty Advisors, while opposed by Lakewood, from Attorney General of Texas Warren Kenneth Paxton, dated December 9, 2019: Upon review, we find Lakewood has not shown any of the information at issue meets the definition of a trade secret or demonstrated the necessary factors to establish a trade secret claim. We also find Lakewood has failed to establish release of the information at issue would cause it substantial competitive harm. (citations omitted); Louis Henkin, Constitutionalism, Democracy, and Foreign Affairs, at 76 (New York: Columbia University Press, 1990): For the[] [framers], courts were the instruments of constitutionalism…, inter alia, a safeguard against the excesses of democracy[.]] that shirks sworn duty [*See Palmore v. Sidoti*, 466 U.S. 429, 433 quoting *Palmer v. Thompson*, 403 U. S. 217, 260-261 (1971) (WHITE, J., dissenting) (1984) ("Public officials sworn to uphold the Constitution may not avoid a constitutional duty by bowing to the hypothetical effects of private racial prejudice that they assume to be both widely and deeply held.")] and law of the union [*See* 1 Stat. 73, 77 (1789) (later codified as 28 U.S.C. § 1350 (1982)) in Joseph Modeste Sweeney, A Tort Only in

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Violation of the Law of Nations, 18 Hastings INT'L & COMP. L. REV. 445, 450 (1995) (makes plain in reading the current text of the "tort only" clause from whence the several states jurisdiction in "tort only" prize cases arises: "The courts of the several states did not receive their jurisdiction from the clause; it belonged to them already as courts of newly sovereign states. The clause merely acknowledged that the jurisdiction of the federal district courts over this class of causes would be concurrent with the existing jurisdiction of the courts of the several states. The courts of the several states would have lost their jurisdiction if the changes in the text of the clause had given the federal district courts exclusive jurisdiction over this class of causes. But they did not."); Louis Henkin, <u>Constitutionalism, Democracy, and Foreign Affairs</u>, at 76-77 (New York: Columbia University Press, 1990): [T]he framers did not see such judicial review as invalidating the will of the people. They saw the Constitution, too —or the Constitution in particular—as representing the will of the people. One might say they saw the Constitution as representing the people as "constitutors," whereas the legislature represents the people in a lesser capacity, the people as legislators. The courts represent the people in their authentic sovereign capacity, the people as constitutors.; John M. Rogers, <u>International Law and United States Law</u>, quotes *Boyle v. United Technologies Corp.*, 487 U.S. 500, 507 (1988), re: of two determining factors whether federal common law is to displace State law, at 149 (Brookfield: Dartmouth Publishing Company Limited, 1999): [T]he application of state law would frustrate specific objectives of federal legislation.; *United States v. Little Lake Misere Land Co., Inc., et al*, 412 U.S. 580, 596 (1973) quoting *RFC v. Beaver County*, 328 U. S. 204, 210 (1946) ("[S]o long as it is plain ... that the state rules do not effect a discrimination against the Government, or patently run counter to [rights federal, then no independent body of federal law need be fashioned for the issue at bar]."); William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume I, at 699 (Chicago: University of Chicago Press, 1953): This would account for what, otherwise, would be very puzzling remarks by Kent and Story, in the foregoing cases; and it would seem, without more, to make virtually certain that, in the Tenth Amendment, "delegated" was intended to have the sense of "vested *exclusively* in" the United States. And if this be true, the fact, in itself, is enough to settle that the "reservation" of powers to the states, in the Tenth Amendment, was *not* a "reservation" of powers that were sovereign.; Vicki C. Jackson, Seductions of Coherence, State Sovereign Immunity, and the Denationalization of Federal Law, 31 Rutgers L.J. 691, 696-97 n. 38 (2000) (*See*, e.g., *Bank of United States v. Planters' Bank of Georgia*, 22 U.S. (9 Wheat.) 904, 907 (1824) ("It is, we think, a sound principle, that when a government becomes a partner in any trading company, it divests itself, so far as concerns the transactions of that company, of its sovereign character, and takes that of a private citizen."); William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume I, at 198 (Chicago: University of Chicago Press, 1953): So, Madison's speech against the Bank put him in this unenviable dilemma: that he had either misrepresented the Tenth Amendment in his speech against the Bank, or, else, had misrepresented it in his speech when the amendment had first been proposed to Congress.; Prophet Drew Ali, <u>Moorish Science Temple of America's Oral Statements of the Prophet</u>, [hereinafter Oral Statements]: Bro. B. Jones El of Temple 43 heard the Holy Prophet said, "Children, you are just plain rich."; *United States Bank Nat'l Ass'n v. Robinson*, 2018 U.S. Dist. LEXIS 184005, at 3, quoting *St. Paul Mercury Ins. Co. v. Fair Grounds Corp.*, 123 F.3d 336, 339 (5th Cir. 1997) ("[Since] the Federal

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Rules of Civil Procedure do not recognize a general motion for reconsideration, we shall treat [here, Clerk's Record, at 925, May 5th, 2021, Request for Findings of Fact and Conclusions of Law] as a Rule 59(e) motion to alter or amend judgment[.]")] and the international standard [*See* Clyde Eagleton, <u>The Responsibility of States in International Law</u>, Appendix I, Annex to Questionnaire No. 4, pp. 235-260, re: quoting Article 4 of the Regulations adopted by the Institute of International Law at its session of September 10, 1900, at 242 (New York: New York University Press, 1928): [T]he government of a federal State composed of a certain number of small States, which it represents from an international point of view, may not plead, in order to avoid the responsibility resting upon it, the fact that the constitution of the federal State does not give it the right to control the member States, nor the right to exact from them the discharge of their obligations[, which, here, is not so under Article 6(1) of the Constitution for the United States of America: All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.]; Jacob A. Stein, The Quest for Colonel Wigmore, 19 LITIG. 43, quoting Wigmore II, The Principles of Judicial Proof, at 45 (1992) ("In this field no one can afford to let another do his thinking for him.")] thereby impugning [*See Wildenhus's Case*, 120 U.S. 1, 17 (1887) ("Considering that every state is interested in the repression of crimes and offences that may be committed in the ports of its territory... whenever the act is of a nature to compromise the tranquillity of the port, or the intervention of the local authority is invoked ... the gravity of which does not permit any nation to leave it unpunished, without impugning its rights of jurisdictional and territorial sovereignty, because that crime is in itself the most manifest as well as the most flagrant violation of the laws which it is the duty of every nation to cause to be respected in all parts of its territory.") (internal quotation marks omitted); *United States v. Bowman*, 260 U.S. 94, (1922) (The court declared "the same rule of interpretation should not be applied to criminal statutes which are, as a class, not logically dependent on locality for the government's jurisdiction ... to limit their locus to the strictly territorial jurisdiction would be greatly to curtail the scope and usefulness of the statute and leave open a large immunity for frauds as easily committed by citizens on the high seas and in foreign countries as at home."); Clerk's Record, 921, Proof of Service to County Attorney, Vince Ryan, whose office failed to appear for the May 12, 2020 hearing.; April 23, 2020, email to Paul Lartey.; April 24, 2020, email to Michael Doyle, Esq.; Harris County Sheriff's Office (HCSO): 39-year-old man wanted after he shot, killed his wife overnight, child unharmed, by KHOU 11 Staff, August 26, 2020, with pertinent Google Map; *Crane v. Texas, infra*; Lung-Chu Chen, Art. 101 of the Law of the Sea Convention of 1982, *infra* via "constructive engagement" [*See United States v. Goines*, CRIMINAL ACTION NO. 4:19-CR-832 (S.D. Tex. Dec 04, 2019); Alexander M. Bickel, <u>The Morality of Consent</u>, quoting Justice Holmes, here, *arguendo*, as double-standard, at 48 (New Haven: Yale University Press, 1975): Patriotism is the demand of the territorial club for priority, and as much priority as it needs for vital purposes, over such tribal groups as the churches and trade unions. I go the whole hog for the territorial club—and I don't care a damn if it interferes with some of the spontaneities of the other groups.; John Givings El, compiled, <u>Moorish Literature</u>, pp. 18-21, Moorish Leader's Historical Message to America, at 20 ("The door of religious freedom made by the American Constitution swings open to all, and people may enter through it and worship as they desire."); Yet, Eugene Kontorovich describes in The Piracy Analogy: Modern Universal Jurisdiction's Hollow Foundation,

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

16, at 120 (Indianapolis: The Bobbs-Merrill Company, 1962); *Asakura v. City of Seattle, infra*; *Baldwin, Commissioner of Agriculture & (and) Markets, et al. v. G. A. F. Seelig, Inc, infra*; *Supreme Court of New Hampshire v. Piper, infra*; Francis Anthony Boyle, <u>Defending Civil Resistance Under International Law</u>, re: "constructive engagement", at 213 (Dobbs Ferry: Transnational Publishers, 1987): According to the jurisprudence of Anglo-American criminal law, legal responsibility is created by the mere intention to purposefully or knowingly engage in "constructive" behavior with a criminal enterprise, irrespective of the supposed motive for being "constructive."; John M. Rogers, <u>International Law and United States Law</u>, re: *Saudia Arabia v. Nelson*, 507 U.S. 349, 367-68 n. 3 White, J., concurring (1993), at 63 (Brookfield: Dartmouth Publishing Company Limited, 1999): Justice White in turn relied on a State Department refusal to recognize immunity for false arrest, false imprisonment, and blacklisting of Jamaican workers in the United States by a Jamaican Government labor organization. The majority distinguished that instance on the ground that no foreign state police were involved.; Clerk's Record, at 356 of Exhibit XVIII: Adverse Dedication (i.e., Purchase Agreement between City of Houston and Lakewood Church), ¶ 8 states: 8. IRS SECTION 1445 The City shall furnish to the Buyer on or before the Closing Date a sworn affidavit (the "Non-Foreign Affidavit") stating under penalty of perjury that the City is not a "foreign person" as such term is defined in Section 1445 of the Internal Revenue Code of 1986, as amended (the "Code"); Ian Brownlie, <u>Principles of Public International Law</u>, re: duty not to expel nationals, at 397 (New York: Oxford University Press, 1990): ("[Although] *ad hoc* denationalization would provide a ready means of evading these duties[,] [i]n appropriate circumstances [however] responsibility would be created for the breach of duty if it were shown that the withdrawal of nationality was itself a part of the delictual conduct, facilitating the result.") in Luke T. Lee, The Right to Compensation: Refugees and Countries of Asylum, 80 Am. J. Int'l L. 532, 556 n. 103 (1986); Clyde Eagleton, <u>The Responsibility of States in International Law</u>, Appendix I, Annex to Questionnaire No. 4, pp. 235-260, at 260 (New York: New York University Press, 1928): The State would become directly responsible for such damage if, by a general or individual amnesty[ here, *arguendo*, granted to Respondent, or, otherwise], it[ provided derivative immunity, *See Dennis v. Sparks, infra*,][and] deprived[ Claimant with Article 114, Código Bustamante, "necessary heirs", *infra*] of the possibility of obtaining compensation[]] and discontinue the injurious activity.

**Introduction**

2.    *Grable & Sons Metal Products, Inc. v. Darue Engineering & Manufacturing*, 545 U.S. 308, 321 Thomas, J., concurring (2005) ("Jurisdictional rules should be clear."); John Givings El, compiled, <u>Moorish Literature</u>, pp. 7-8, Prophet Makes Plea to Nation, at 8 ("For without a free national name, with a descent flag of your forefathers, there is not a divine title of the government in which we live."); *Slater v. Mexican National R.R. Co.*, 194 U.S. 120, 123 (1904) ("The question is one for the determination of the sovereign appealed to, to enforce such foreign law."); John Brown, 44.1 Ways to Prove Foreign Law, 9 MARQ. L. REV. 179 (1984).; Prophet Drew Ali, <u>Koran Questions for Moorish Americans</u>, re: here, cited, applicably, back cover, **OUR AUTHORITY**: The Moorish Science Temple of America deriving its power and authority from the Great Koran of Mohammed to propogate the faith and extend the learning and truth of the Great Prophet of ALI in America. To appoint and consecrate missionaries of the prophet and to establish the faith of Mohammed in America.; The

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Federalist No. 82 (A. Hamilton) ("The judiciary power of every government…in civil cases lays hold of all subjects of litigation between parties within its jurisdiction though the causes of dispute are relative to the laws of the most distant part of the globe.") in Jordan J. Paust, International Law as Law of the United States, (Durham: Carolina Academic Press, 1996), 280 n. 556.; James Muldoon, Popes, Lawyers, and Infidels: The Church and the Non-Christian World 1250-1550, re: Donatist understanding labeled as heresy, at 16 (Philadelphia: University of Pennsylvania Press, 1979): [T]he efficacy of a sacrament depend[s] upon the personal qualities of the minister.; Prophet Drew Ali, Koran Questions for Moorish Americans, at 3: Did the Angel give to the Child that was called Jesus a Holy name? Yes, but it cannot be used by those who are slaves to sin.; Clyde Eagleton, The Responsibility of States in International Law, Appendix I, Annex to Questionnaire No. 4, pp. 235-260, at 235 (New York: New York University Press, 1928): For many years the juridical nature of international relations was denied by a number of authorities, but now the contrary view is almost universally accepted…, ₵ however, is by no means founded on an idea substituted for that of *jus naturale*. [*See* e.g., Robert Vitalis, White World Order, Black Power Politics: The Birth of American International Relations, at 174-75 (Ithaca: Cornell University Press, 2015): It is hard for readers today to accept the idea that race or the color line is where academic ancestors located the "international" in international relations. It shouldn't be. After all, the first U.S. Christian missionary association, the American Board of Commissioners of Foreign Missions, sent its agents to India, Hawaii, China, and Tennessee, among the Cherokee in the 1820s and 1830s. However, missionaries couldn't settle in the Black Belt; it was illegal for slaves to read and write.; Vital Speeches of the Day, Walk in Dignity, by Don Warden, delivered before the House of Delegates, United Republicans of California, Bakersfield, California, May 2, 1964, Vol. 30, Iss. 13, July 1, 1964: If desegregating schools were the answer as Lyndon Johnson seems to think, as the present administration seems to think, then we could look to those areas where the schools are desegregated, and we would find educational progress. *But see, Santa Clara Pueblo v. Martinez*, 436 U.S. 49, 55 (1978) (explaining that Native American tribes are "distinct independent political communities, retaining their original natural rights in matters of local self-government") in *Dollar General Corporation, et al., Petitioners v. Mississippi Band of Choctaw Indians, et al.*, 13-1496, States of Mississippi, Colorado, New Mexico, North Dakota, Oregon, and Washington, *Amici Curiae* in support of Respondents, p. 9.; James Muldoon, Popes, Lawyers, and Infidels: The Church and the Non-Christian World 1250-1550, re: argument of Innocent, at 10-11 (Philadelphia: University of Pennsylvania Press, 1979): [T]he pope could judge infidels in cases where they violated the natural law if their own rulers failed to punish them first.; Nicholas Pendleton Mitchell, State Interests in American Treaties, quoting *Collins v. Loisel*, 259 U.S. 309 (1922) at 136 (Richmond: Garrett and Massie, 1936): The law of foreign extradition does not require that the name by which the crime is described in the two countries shall be the same in both countries. It is enough if the particular act charged is criminal in both jurisdictions.; *Kansas v. Colorado et al. Defendants, and the United States, Intervenor*, 20 US 46, 75 (1907) ("[W]ithin the maxim *salus populi est suprema lex*[,] [t]he rule to be applied should be the of enforcement and of uniform application in both States."); Anthony J. Bellia Jr. & Bradford R. Clark, The Federal Common Law of Nations, 109 COLUM. L. REV. 1, 24 text and n. 96, re: the law of state-state relations citing *The Recovery*, (1807) 165 Eng. Rep. 955, 958 (Adm.), (2009) (asserting that "this is a Court of the Law of

03/28/2025
873075339
2c

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

45 HARV. INT'l L.J. 183 (2004), at 215 as a "paroxysm of fear through Virginia" may have been systematically orchestrated prior to the First Court of Appeals Cause No: 01-21-00389-CV decision May 11, 2023, wherein several civilians, including Clerk's Record, 624-625, material witnesses i.e., Josephine Owens Granville, deceased February 20, 2023 and, one, Mrs. Jackson, also deceased February 2023, who held the log of child births of Mrs. Walter Stanley Crane, Jr., El, as victims of *erga omnes* "ethnic cleansing" violations, not waivable [*See* Jordan J. Paust, The Unconstitutional Detention of Mexican and Canadian Prisoners by the United States Government, 12 VAND. J. TRANSNAT'l L. 67 (1979), nn. 9-11] despite [*See* Theodor Meron, Editorial Comment Rape as a Crime Under International Humanitarian Law, 87 Am. J. Int'l L. 424, 425 (1993) (The special rapporteur appointed by the UN Commission on Human Rights, Tadeusz Mazowiecki, highlighted the role of rape both as an attack on the individual victim and as a method of "ethnic cleansing" "intended to humiliate, shame, degrade and terrify the entire ethnic group.")] for whom Prophet Drew Ali, in The Divine Instructions, at 59, 48:6 (Chicago: The Prophet Ali, 1927) redeemed as a "clean and pure nation".; Ali Ozek, <u>The Glorious Qur'an: The Human User Manual</u>, at 82 (Istanbul: Server Yayinlari, 2018): 37:35: For when it was said unto them, "There is no god save Allah" they were scornful. (Selfish arrogance was the seed of sin and rebellion: 2:34 (of Satan): 27:39 (of Pharaoh); etc. It is that kind of arrogance which prevents man from mending his life and conduct. When he speaks of ancestral ways, or public opinion, or national honour, he is usually thinking of himself or of a small clique which thrives on injustice. The recognition of Allah, the one true God, as the only standard of life and conduct, the eternal Reality, cuts out Self, and is therefore disagreeable to Sin. If false gods are imagined, who themselves would have weaknesses that fit in with sin, they give countenance to evils, and it becomes difficult to give them up, unless Allah's grace comes to our assistance.); Nicholas Pendleton Mitchell, <u>State Interests in American Treaties</u>, pp. 140-147, § 3. Possible Limitations on Extradition Proceedings, cites Art. III, 33 Stat. (pt. 2), 2094 United States treaty with Brazil re: "political" offenses clarified, at 142 (Richmond: Garrett & Massie, Inc., 1936): The following shall not be considered political crimes when they are unconnected with political movements, and are such as constitute murder, or willful and illegal homicide, as provided for in Section 1 of the preceding article: 1. An attempt against the life of the President of the United States of America, or against the life of the Governor of any of the States; an attempt against the life of the President of the United States of Brazil, or against the life of the President or Governor of any of the States thereof.[ Of course, 'Bey' means governor.]; Austin Sarat, et al. eds., <u>The Place of Law</u>, Austin Sarat, et al., Where (or What) Is the Place of Law? An Introduction, at 3 (Ann Arbor: University of Michigan Press, 2003): To what extent does the reality—or even fantasy—of a space beyond law trouble law's legitimacy?; Icecreamconvos.com, Joel Osteen: Plumber Discovers Money, Checks in Wall of Lakewood Church Years After $600k Burglary, by Xaviera Bryant, December 3, 2021: The discovery [made on November 10, 2021] comes 7 years after $600,000 in check and cash disappeared from the church's safe in 2014. No arrests were made in the case, which is still open with the Houston Police Department. *See* Immunities and Criminal Proceedings (*Equatorial Guinea v. France*), Judgment, 11 December 2020, ICJ Reports 2020, p. 300, at 314, para. 39 quoting its 2018 Judgment on France's preliminary objections: [T]he Court concluded that "it has jurisdiction to entertain the aspect of the dispute relating to the status of the building, including any claims relating to the furnishings and other property present on the premises be it[ 3700

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Southwest Freeway][ or 3700 Colquitt Street] in [Houston]" (citation omitted)[']]
with "armed force" [*See* Parry and Grant Encyclopaedic Dictionary of International
Law, re: G.A. Res. 3314 (XXIX) of 14 December 1974, at 15-16 (Dobbs Ferry:
Oceana Publications, 2004): **aggression** re: evidentiary standard "The first use of
armed force. . . shall constitute *prima facie* evidence of an act of aggression[]"; *In re
State ex rel. Ogg*, 630 S.W.3d 67 (Mem) (Tex. Crim. App. 2021) ("This case started
with a law enforcement raid on the residence at 7815 Harding Street that resulted in
the death of the two residents[ on January 28, 2019]."); *Id.*, Hervey, J., concurring,
cites the Michael Morton Act, n. 14 (*See* Acts 2013, 83rd Leg., ch. 49 (S.B. 1611), §
2, eff. Jan. 1, 2014.)] and is responsible to account [*See* Clyde Eagleton, The
Responsibility of States in International Law, n. 71, re: citing the *Davy Case*, at 65
(New York: New York University Press, 1928) ("The creator of these methods and
means of internal administration, viz., the nation, must always be responsible to the
other government for the creatures of its creation."); Akhil Reed Amar; Daniel
Widawsky, Child Abuse As Slavery: A Thirteenth Amendment Response to
DeShaney, 105 Harv. L. Rev. 1359, 1380 (1992) ("Under the principles of *Bivens* and
42 U.S.C § 1983, state officials can and should be held liable for the violation of their
constitutional duties.") (footnotes omitted) *Contrast Bey v. Dominguez*, 2020 U.S.
Dist. LEXIS 244000, 10 ("The allegations of banking, securities, mail, and wire fraud
do not fall within the scope of litigable Section 1983 claims, so the Court does not
address those claims in detail here."); *Little et al., v. Barreme et al.*, 6 U.S. 170, 179
(1804) in Philip Quincy Wright, The Enforcement of International Law through
Municipal Law in the United States, 104 (Miami: HardPress Publishing, 2013): The
usual principles of liability of officers apply in suits brought by aliens as well as by
citizens. In principle Anglo-American law considers officers liable for wrongful acts,
in which case they would be liable for torts violating international rights of foreign
states or persons.; Shannon Joyce Prince, Tactics for Racial Justice, quoting Christian
Tomuschat re: crimes against humanity, at 87 (London: Routledge, 2022): "[C]rimes
against humanity have deep roots in the minds of all human beings.... There cannot be
the slightest doubt that all the offences set out under the title 'crimes against
humanity' are not only morally objectionable, but deserve to be punished because of
there abhorrent character if peaceful coexistence in human society is to be maintained.
Nobody can legitimately claim that he believed that such actions in which he
participated and that are to be classified as 'crimes against humanity' were perfectly
lawful." (internal quotations omitted); Francis Anthony Boyle, Defending Civil
Resistance Under International Law, The Genocide Convention, pp. 259-260, at 259
(Dobbs Ferry: Transnational Publishers, 1987): And, so what happened with the
Genocide Convention is that the U.N. General Assembly attempted somewhat to
elaborate upon the Nuremberg principle of crime against humanity. And so, in Article
2 of the Genocide Convention, you will note genocide means any of the following acts
committed with intent to destroy in whole or in part, a national, ethnical, racial or
religious group, as such.; *American Baptist Churches in the U.S.A. v. Meese*, 666
F.Supp. 1358, 1366-69 (N.D.Cal.1987) (leave granted to establish associational
standing) cited in Paul L. Hoffman, The Blank Stare Phenomenon: Proving Customary
International Law in U.S. Courts, 25 GA. J. INT'L & COMP. L. 181, 185 (1995);
*Joint Anti-Fascist Refugee Committee v. McGrath, Attorney General, et al.*, 341
U.S. 123 (1951) (The competition was declared unlawful in its form where an
unincorporated organization's ability to recruit members and otherwise operate
effectively was damaged.) in Alexander M. Bickel, The Least Dangerous Branch, n.

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Nations, though sitting here under the authority of the King of Great Britain," and it thus administers "the law of nations, simply, and exclusively of the introduction of principles borrowed from our own municipal jurisprudence" (emphasis omitted)).] *Cuba Railroad Company v. Crosby*, 222 U.S. 473, 476 (1912) ("Absence of non-movant proof is immaterial where the invasion of a generally known right is the same as that in the trial forum."); Clerk's Record, 671-676 of Exhibit XXXVI: Ellis storing African artworks in Precinct 1 warehouse, but county cannot say who owns them, by Zach Despart, February 24, 2020: at 672 ("The provenance, ownership and value of the artworks remain a mystery the county attorney's office is attempting to unravel."); Clerk's Record, Movant's declaration, 888-889, 897-898, at, ¶ 3, respectively, of 888 and 897: re: bland assertion of an international public order (*See* Article 117, Código Bustamante, *infra*), "[H]is Estate consisted solely of non-probate assets."; Akhil Reed Amar; Daniel Widawsky, Child Abuse As Slavery: A Thirteenth Amendment Response to DeShaney, 105 Harv. L. Rev. 1359, 1381-1382 n. 95 (1992) ("[T]he central demand of the [Thirteenth] Amendment is freedom and personhood for [Aundra], not imprisonment of [anyone, *per se*]."); Goldenhammer.net, Jaggers' Release From Jail After 12 Hours, Commissioners Court Corruption Headline Spectacular Week for Montgomery County Corruption, June 27, 2019: [W]ith her guilty plea to a felony conviction for Misapplication of Fiduciary Funds and a misdemeanor conviction for Theft[,] Jaggers admitted that she stole more than $110,000 from orphans and children in foster care[.]; FOIA request DOI-BIA-2021-006410 from the Department of Interior's Bureau of Indian Affairs as evidence of detrimental non-recognition per Frowein, at **4. Legal Effects in Domestic Law**, ¶ 11, *infra*.; Julius I. Puente, <u>Foreign Consul: His Juridical Status in the United States</u>, at 94 (Chicago: Burdette J. Smith, 1926): If the [movant] country[ here, *arguendo*, Osteen of Ireland] claim[ed] through its consular representative here the benefit of the *most-favored-nation* pledge should not, either by treaty or its municipal legislation, provide for the administration of the estates of American citizens by our consuls, there would arise a serious condition of inequality and discrimination. Conventions would thus be perverted from their usual purpose of securing benefits for concessions, to record the exchange of gifts. (footnote omitted); Clerk's Record, 917-919, **Art. 37(2)** ICSID Convention non-disputing party *Amicus Curiae* brief, at 918 citing, Exhibit CXIX: *Kolovrat v. Oregon*, 366 U.S. 187 (1961) (a "most-favored nation" treaty provision requires the United States to extend the same trade terms to the other party that it gives our most-favored trading partners); Edward C. Halbach, Jr., et al., <u>Gilbert Law Summaries: Trusts</u>, re: Constitutional Limitations on Charitable Purposes, pp. 111-112, at 111 (Eagan: Thomson/West, 14th ed. 2023): **c. No Public Trustee** Where a public agency does not and has not served as a trustee so as to provide state action in that manner, it remains ***uncertain*** whether state action is so inherently a characteristic of all charitable trusts today (via the state Attorney General's duty and power of enforcement, state and federal tax immunities, and various other special privileges not available to private trusts) that a charitable trust is by its very nature a form of state action precluding discriminatory provisions and their enforcement. Regardless of state action, public policy under state trust law may invalidate trusts or trust provisions that involve "invidious" discrimination. (emphasis retained); James Brown Scott, ed., <u>The International Conferences of American States: 1889-1928</u>, Sixth International Conference of American States, Code of Private International Law, [hereinafter Código Bustamante], re: Book I, International Civil Law, Title II, Property, Chapter II, *Possession or De la propiedad*, pp. 337-340 at 338 (New York: Oxford University

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Press, 1931): Article 117. The general rules relating to property and the manner of acquiring it or alienating it *inter vivos*, including those applicable to treasure trove, as well as those governing the waters of public and private domain and the use thereof, are of an international public order.; H.F. Van Panhuys, The Rôle of Nationality in International Law: An Outline, *Section 3*. The Validity of Nationality Rules Which are Not Consistent With International Law, pp. 168-171, n. 13, at 168 (Leyden: A.W. Sythoff, 1959): re: The French Court of Cassation property seizure: This verdict (dated May 14, 1923, *Dalloz Périodique* 1923, I, 105) is another example of the "functional approach" to nationality; it has met with severe criticism[.]; John M. Rogers, International Law and United States Law, quoting *Japan Line v. County of Los Angeles*, 441 U.S. 434 (1979), at 148 (Brookfield: Dartmouth Publishing Company Limited, 1999): [A] novel state tax [must not] create[] an asymmetry in the international tax structure[.]; October 28, 2021 Letter from Kim Ogg to Christian Menefee regarding criminal investigation into a loan of African Art[ which says nothing of when and from where the entire lot of art came to be possessed by Harris County].; John Jay McKelvey, Principles of Common-Law Pleading, pp. 136-137 *(e)*. *Detinue.*, at 137 (New York: Baker, Voorhis & Co., 1894): **§ 222.** The only important specific traverse to the declaration in detinue is *not possessed*. Its effect is to deny the plaintiff's right of possession, *i.e.*, the inducement.; *Lamont v. Postmaster General, infra; Texas Health Care Info. Council v. Seton Health Plan, Inc.*, 94 S.W.3d 841, 849 (Tex. App. -- Austin 2002, pet. denied) (where an agency official fails to make a "binding admission or [take] extrajudicial action that would prevent a recurrence of the challenged action" a declaratory judgment action remains justiciable) in State Bar of Texas, 17ᵗʰ Annual Advanced Administrative Law Course, at 1, Mary A. Kenney and Susan G. Conway, Chapter 16, Constitutional Challenges to State Statutes and Rules.; Joseph Dellapenna, Suing Foreign Governments and Their Corporations, Chapter 1 Introduction, **§ 1.5 Development of the Restrictive Theory in the United States**, pp. 26-31, n. 219, at 26 (Ardsley: Transnational Publishers, Inc., 2003): *California v. Deep Sea Research, Inc.*, 523 U.S. 491 (1998) (California is not immune under the 11ᵗʰ Amendment in an *in rem* admiralty action where the state is not in possession of the vessel); Lung-Chu Chen, An Introduction to Contemporary International Law: A Policy Oriented Perspective, Chapter 24 HORIZONTAL ALLOCATION OF AUTHORITY, The Principle of Universality, pp. 231-234, re: piracy defined, **Art. 101** of the Law of the Sea Convention of 1982, at 231 (New Haven: Yale University Press, 2000): "Piracy," as defined by Article 101, "consists of any of the following acts": (a) any illegal acts of violence or detention, or any act of depredation, committed for private ends by the crew or the passengers of a private ship or a private aircraft, and directed: (i) on the high seas, against another ship or aircraft, or against persons or property on board such ship or aircraft; (ii) against a ship, aircraft, persons or property in a place outside the jurisdiction of any State; (b) any act of voluntary participation in the operation of a ship or of an aircraft with knowledge of facts making it a pirate ship or aircraft; (c) any act of inciting or of intentionally facilitating an act described subparagraph (a) or (b).; Clerk's Record, in The Site and Landscaping of Exhibit XXII: 2001 Fair Campaign Request for Proposal to the City of Houston, makes terse reference to, at 530: ... **flags of all nations**[.] (emphasis added); *United States v. Smith*, 18 U.S. (5 Wheat.) 153 (1820) (A statute punishing 'piracy, as defined by the law of nations' was held sufficiently explicit.) cited in Louis Henkin, Foreign Affairs and the United States Constitution, n. 21, at 359 (Oxford: Clarendon Press, 2nd ed. 1996), and in Jordan J. Paust, et al.,

03/28/2025
873075339
2ᶜ March 27ᵗʰ, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

International Criminal Law: Cases and Materials, Chapter 4 U.S. Incorporation, Competencies and Fora, Section 3, Incorporation by Reference, at 262 (Durham: Carolina Academic Press, 4th ed. 2013): If a statute had referred to "treaties" or to the "law of nations," would such a terse reference be a constitutionally sufficient exercise of congressional power to "define and punish"—or a vague and improper attempted incorporation of international law for criminal sanction purposes?; The Moorish Guide, National Edition, p. 1, Trips of the Prophet, Friday, August 24th, 1928 ("The Conference that was held in Havana, Cuba, Jan. 1928, was attended by the Prophet…"); Antonios Tzanakopoulos, The Right to Be Free from Economic Coercion, 4 CAMBRIDGE J. INT'l & COMP. L. 616, 620 n. 20 (2015): The PCIJ has found that the assumption of international obligations is an exercise of sovereignty, rather than its denial. See SS 'Wimbledon' (*United Kingdom v. Japan*) PCIJ Rep Series A No 1, 25: The Court declines to see in the conclusion of any Treaty by which a State undertakes to perform or refrain from performing a particular act an abandonment of its sovereignty. No doubt any convention creating an obligation of this kind places a restriction upon the exercise of the sovereign rights of the State, in the sense that it requires them to be exercised in a certain way. But the right of entering into international engagements is an attribute of State sovereignty.; Walter Scott Penfield, The Legal Status of the Pan American Union, 20 AM. J. INT'l L. 257 (1926) ("Substantially this entire article is taken from the author's trial brief, prepared by him for his use as attorney of the Pan American Union in defense of the garnishee proceedings[]" wherein without written decision in favor of defendant, Pan American Union, re: here, cited applicably (re: the Holy Prophet and Founder of the MSTofA) "[t]he case was tried on December 16, 1925, before Judge Charles V. Meeham of [the Municipal Court of the District of Columbia]").

## § 130 McKelvey Claim

3.     John Jay McKelvey, Principles of Common-Law Pleading, at 92 (New York: Baker, Voorhis & Co., 1894): **§ 130.** (2). The plea in suspension was a plea which showed matter, such as the excommunication or outlawry of the plaintiff, by reason of which he was not entitled to prosecute the action at the time. A judgment for the defendant upon such a plea amounted practically to an adjournment of the case indefinitely. In the language of the time, it was that he "go quit without day," but the action was not abated, and upon an ending of the disability by pardon, the plaintiff could proceed with the action. (footnote omitted). *See* USPS Certified Mail ## - 7020 2450 0000 2557 2344 and 7020 2450 0000 2557 2351, re: Muqallibu, since October 9, 2021, or, rather, May 14, 2011, as herein asserted, *infra*.; Eileen Denza, Diplomatic Law: Commentary on the Vienna Convention on Diplomatic Relations, [hereinafter VCDR], Art. 33(1) VCDR, at 524 (New York: Oxford University Press, 2008): Subject to the provisions of paragraph 3 of this Article, a diplomatic agent shall with respect to services rendered for the sending State be exempt from social security provisions which may be in force in the receiving State.; USPS Certified Mail ## - 7020 2450 0000 2557 2368 and 7020 2450 0000 2557 2375, re: Aundra, since October 13, 2021.; January 23, 2020 email to Reverend Daniel Dinardo; Julius I. Puente, International Law as Applied to Foreign States, citing re: acts of herein alleged Joseph Alois Ratzinger (in addition to John Hillery Osteen alleged on Record) "for its national[][or, *curia*]" are unusual, citing *Great Western Insurance Co. v. United States*, 19 Court of Claims Rep. 206, affirmed in 112 U.S. 193, n. 64, at 81 (Chicago: Burdette J. Smith & Co., 1928): The nation does not act,

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

actually or constructively, as the agent, or trustee, for its nationals[.]; Brad R. Roth, The First Amendment in the Foreign Affairs Realm: Domesticating the Restriction on Citizen Participation, 2 TEMP. POL. & CIV Rts. L. REV. 255, text and n. 180, citing *Lamont v. Postmaster General*, 381 U.S. 308-09 (1965) (Brennan, J., concurring) (applying the "compelling governmental interest" test to interference with the right to receive information from abroad) at 286-287 (1993) ("[Whether] suppression of debate is the avowed purpose[ or not]; strict scrutiny should be applied wherever the effect of governmental action is to deny the right to receive information from foreign sources."); Elaine E. Sutherland et al. eds., <u>Implementing Article 3 of the United Nations Convention on the Rights of the Child: Best Interests, Welfare and Well-being</u>, pp. 310-325, Ioana Cismas, Chapter 18, The Child's Best Interests and Religion, text and nn. 19-21, at 314-315 (Cambridge: Cambridge University Press, 2016): [A] systematic study[ by the author] of the question of the personality of the Holy See… has shown that the Holy See-Vatican construct enjoys the rights [but also] incurs the obligations of a state.; W. Michael Reisman, <u>Nullity and Revision: The Review and Enforcement of International Judgments and Awards</u>, at 542 (New Haven: Yale University Press, 1971): Whether a tribunal chooses to apply the plenum of international law or to restrict itself to the special rules put forward by the parties, it is authorized and expected to know the law; hence it must bear responsibility for decisions not to apply it. Indeed, international tribunals have been vigorous in their assertion of the *curia novit* rule. (footnote omitted); Clerk's Record, pp. 28-80, Default Upon Demand to Respond, at 65-70 Exhibit H, Durable Power of Attorney; Vicki Jackson, <u>Constitutional Engagement in a Transnational Era</u>, at 29 (Oxford: Oxford University Press, 2010): Under U.S. practice, the binding character of international norms depends on national political action[.] (parenthetical omitted); Protocol on Uniformity of Powers of Attorney, 88 Cong. Rec. 2863-2865, (24 March 1942), 2865 (Senate ratifies, via unanimous consent.); Crain's Chicago Business, Northern Trust lays off 500, by Steve Daniels, January 15, 2021: cited re: lay offs herein alleged 'with full pay' against restriction laid down upon belligerent occupants in Art. 50 of the 1907 Hague Convention. *See* Nina H.B. Jørgensen, <u>The Responsibility of States for International Crimes</u>, text and nn. 3-5, n. 4 citing (each by negative inference) Common Article 3 of the 1949 Geneva Conventions and Article 4(2) of the 1977 Additional Protocol II Relating to the Protection of Victims of Non-International Armed Conflicts, at 168 (Oxford: Oxford University Press, 2000): Thus, a community may be held responsible if, either actively or passively, it is a party to the offence.; Jalal Al-i Ahmad, <u>Occidentosis: A Plague From the West</u>, at 110 (Berkeley: translated by R. Campbell, Mizan Press, 1984): To make what is no more than a display of Western democracy is itself another symptom of occidentosis.; Reporter's Record, 5-12-20, at 11, lines 17-21, **The Court**: …What trustee and what shareholders do you want removed? **Ms. Crane**: John Osteen was my adopted father. He was my trustee. And Walter Stanley Crane, Jr., was my co-trustee who I married.; Julius I. Puente, <u>Foreign Consul: His Juridical Status in the United States</u>, at 83 (Chicago: Burdette J. Smith, 1926): The consul cannot waive for the infant any of the rights which the infant is not, under the law, capable of waiving himself. (citation omitted).

## Public International Law Claim

4.    True, there is no estate of interest that is currently, according to Tex. Est. Code § 22.018, 'being administered', "because" quoting Martin Wolff, <u>Private International</u>





03/28/2025
873075339
2c   March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Law, at 405 (London: Oxford University Press, 1950) "the law of a putative debtor is the appropriate system to decide whether, under what conditions, and for what amount the obligation exists[,]" however, Art. 64 of the Código Bustamante of Private International Law as putative law of the child controls as easily, "because it is the child's status from which the obligation arises." Id. *See* Reporter's Record, 4-8-21, at 28, ln. 20 – 22, Movant's attorney states (i.e., **Ms. Haws**): It's not a very long list of things that would qualify someone to be an interested person; just an heir, a devisee, a spouse, a creditor[.]; Id., at 30, ln. 8 – 9, **Ms. Haws**: [I]t doesn't sound like she's asserting she's a creditor.; Clerk's Record, 917-919, **Art. 37(2)** ICSID Convention non-disputing party *Amicus Curiae* brief, at 917 citing, Exhibit CVIII: *Roots v. Richardson*, 93 Tex. 365, 373 (1900), when read with *Hooks v. Bridgewater*, 111 Tex. 122, 132 (Tex. 1921) ("True, contracts between two persons upon a valuable consideration, that one will leave his property to the other, are enforcible (sic) where no statute[ of which, said Code § 22.018 relied upon, is "not principles of a transnational class, but rules established to protect a particular group." *See* Michael E. Tigar and Madeleine R. Levy, Law and the Rise of Capitalism, at 296 (New York: Monthly Review Press, 2000)] is contravened."); Clerk's Record, at 55-56, 624-625, 28 Re: CCJ Requests in letter from Dr. Tara Das, State Registrar, Texas Vital Statistics, Texas Department of State Health Services, John Hellerstedt, M.D., Commissioner, dated August 5, 2019, states: Pursuant to section 155, Texas Family Code, you are advised that according to the Central Record File, the above individual has not been the subject of a suit affecting the parent-child relationship in which a judgment was entered on or after January 1, 1974[ and, constitutes real evidence of non-recognition (*See* Oxford Public International Law, Max Planck Encyclopedia of Public International Law, **Recognition**, by Jochen A. Frowein, **C. Recognition of States**, at **4. Legal Effects in Domestic Law**, ¶ 11, quoting *South West Africa/Namibia* [Advisory Opinions and Judgments] (Update, December 2010): According to the ICJ non-recognition should not extend to 'for instance, the registration of births, deaths and marriages, the effects of which can be ignored only to the detriment of the inhabitants of the Territory' ([1971] ICJ Rep para. 125)[]] for said individual born August 25, 1969, since, quoting para. 150 of Certain Iranian Assets (*Islamic Republic of Iran v. United States of America*) Judgment, 30 March 2023, ICJ Reports 2023, "by design, the[ here, January 1, 1974, eff.] legislative measure[][is] plainly [one that fashions a *non-liquet* as censor for otherwise public records]".; Clerk's Record, at 619, 621-622 Re: STARRS Ref# 112720185VB and factual circumstances of child abuse from six months of age.; James P. George & Randy Gordon, Conflict of Laws, 3 SMU ANN. TEX. Surv. 129, 159, text and n. 252, re: C. Family Law Cases, at 159 (2017) ("Although federal courts generally abstain from family cases, *Sierra v. Tapasco* [No. 4:15-CV-00640, 2016 WL 5402933 (S.D. Tex. Sept. 28, 2016)] is one exception involving the enforcement of a foreign child custody order[ for which the 'begats' clause of Clerk's Record, 120-124, ¶ 6 may serve, whether] under the Hague Convention on the Civil Aspects of International Child Abduction[ or, otherwise]."), n. 252 (cites *Ankenbrandt v. Richards*, 504 U.S. 689, 704 (1992) (explaining the greater suitability of state courts for most family matters, but noting exceptions for matters such as intra-family torts as alleged in that case); *Plan de Sanchez Massacre v. Guatemala,* (2004) *Separate Opinion of Judge A.A. Cancado-Trindade,* re: the celebrated Martens clause invokes "in the preambles to the 1899 Hague Convention (II) (para. 9) and the 1907 Hague Convention (IV) (para. 8), both relating to the laws and customs of war on land [the] purpose [] to juridically

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

extend protection to civilians and combatants in all situations, even those not contemplated in treaty-based provisions."; James Brown Scott, ed., Código Bustamante, re: Book I, International Civil Law, Title II, Property, Chapter II, *Possession or De la propiedad*, pp. 337-340 at 338: Article **114(1)**. Inalienable family property exempt from encumbrances and attachments is governed by the law of the place.; Id., at 338: Article **114(2)**. However, the nationals of a contracting State in which that kind of property is not admitted or regulated shall not be able to hold it or organize it in another, except in so far as it does not injure their necessary heirs.; C. H. Schreuer, The Impact of International Institutions on the Protection of Human Rights in Domestic Courts, 4 Isr. Y.B. Hum. Rts. 60, 83 (1974) ("In another case, *American Federation of Labor v. American Sash and Door Company*, Justice Frankfurter concurred with the decision of the Supreme Court, which upheld the constitutionality of an Arizona Constitutional Amendment, prohibiting trade union security arrangements ("closed shop"). He referred to Article 20(2) of the Declaration, which provides that "No one may be compelled to belong to an association.""); Reporter's Record, 5-12-20, at 6, ln. 14 – 19, **The Court**: So are you – are you an attorney here, sir?; **Mr. El**: I am not an attorney. I'm here as a Moorish American.; **The Court**: As a what kind of American?; **Mr. El**: As a government official. [*See* Nationality and Identification card, MSTofA Grand Temple #2 member, since October 15, 2010, and CITIZEN OF THE U.S.A., since May 14, 2011 under Shaykh Ra Saadi El, S.G.S. *See Hooven & (and) Allison Co. v. Evatt, Tax Commissioner of Ohio*, 324 U.S. 652.; Floyd Abrams, <u>Friend of the Court: On the Front Lines with the First Amendment</u>, quoting dissenting opinion in *United States v. International Union United Automobile, Aircraft and Agricultural Implement Workers of America (UAW-CIO)*, 352 U.S. 567 (1957) by Justice Douglas (joined by Chief Justice Warren and Justice Black) re: long established First Amendment boundaries presaging *Citizens United v. Federal Election Commission*, 558 U.S. 310, (2010) at 313 (New Haven: Yale University Press, 2013): First Amendment rights are part of the heritage of all persons and groups in this country. They are not to be dispensed or withheld merely because we or the Congress thinks the person or group is worthy or unworthy[ of a legal personality bearing one free national name before the law]. *See* Tara Melish, <u>Protecting economic, social and cultural rights in the Inter-American human rights system: a manual on presenting claims</u>, pp. 234-238, § I. Right to Recognition of Legal Personality, Art. 3, at 237 (Quito: Yale Law School & CDES, 2002): Forced disappearance is not the only factual situation in which an individual is "excluded from the institutional protection of the State." *See* Louis Henkin, <u>Foreign Affairs and the United States Constitution</u>, re: *In re Griffiths* at 536, n. 44 and 551, n. 102 (Oxford: Clarendon Press, 2nd ed. 1996): 413 U.S. 717 (1973) (admission to state Bar) and, here, neither a Bar member to stand with *pro hac vice*. *See generally* The Texas Catholic Herald, The First Word, Briefs, Annual Red Mass set for Oct. 23, at 3, September 10, 2024: The annual Red Mass for members of the legal profession will be celebrated at 6:15 p.m. on Wednesday, Oct. 23, at the Co-Cathedral of the Sacred Heart, located at 1111 St. Joseph Pkwy. in downtown Houston.; Reporter's Record, 4-8-21, p. 58, ln. 7 – 13, **The Court**: So he can't really represent you, then. So here is what I am going to do.; **Ms. Crane**: They told me that due to him being a divine minister from the Moorish American Government, he was the agent representative in my behalf.; **The Court**: Well, he might be in some capacities. *See* Bin Cheng, <u>General Principles of Law as Applied by International Courts and Tribunals</u>, at 75 (London: Stevens and Sons, 1953): As States are equal, the conflicting interests are thus also of

Muqallibu Deen El, ©2023 – ©2025          14 of 41          03/28/2025
873075339
2° March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

equal importance. (footnote omitted); *In re D'Adamo's Estate*, 212 N.Y. 214, 222, 106 N.E. 81 (N.Y. 1914) ("It is incredible that our government intended that the right of temporary custody for the purpose of preservation should be conditioned by the local laws, and that the larger right of permanent administration should be unconditional and absolute. Full effect is given to the language of the treaty if we construe it as adding the foreign consuls to the list of those eligible as administrators so as to enable them to administer upon the estates of their fellow citizens when no one having a prior right under the local law is competent or willing to act.") cited in Arthur K. Kuhn, Supremacy of Treaties over State Laws in respect to the Intestate Estates of Aliens, 26 AM. J. INT'L L. 348, 349 (1932); John M. Rogers, <u>International Law and United States Law</u>, at 151 (Brookfield: Dartmouth Publishing Company Limited, 1999): cites *Atherton v. Fed. Deposit Ins. Corp.*, 519 U.S. 213, 226 (1997) (unanimous opinion) quoting *Texas Industries v. Radcliff Materials*, 451 U.S. 630, 641 (1981) (re: federal common law 'enclaves': [F]ederal common law exists [] in such [] areas as those concerned with the rights and obligations of the United States, interstate and international disputes implicating the conflicting rights of States or our relations with foreign nations, and admiralty cases.); David J. Bederman, Deference or Deception: Treaty Rights as Political Questions, 70 U. COLO. L. REV. 1439, 1456-1457 and n. 73 (1999): Continuation of state identity is implicated as much in the recognition power as is the initial negotiation with a treaty partner and any subsequent *demarche* concerning breach.; Ioana Cismas, <u>Religious Actors in International Law</u>, at 164-165 (Oxford: Oxford University Press, 2014): [I]t is [generally] accepted that the Holy See enjoyed 'a degree of' international legal personality in the absence of its territories, and that custom and tacit consent were the source of this personality, which could therefore not be revoked by an[y] municipal law[.] (citations omitted); James Brown Scott, ed., Código Bustamante, Book IV International Law of Procedure, Title IX Bankruptcy or Insolvency, Chapter II *Universality of bankruptcy or insolvency, and their effects*, cited re: Clerk's Record, 917-919, entitled '**Affidavit Restoring Capacity as General Guardian and General Executor**', as Art. 416 decree, at 367: Article 416. A decree establishing the capacity of the bankrupt or insolvent, has extraterritorial effect in each of the contracting States, upon the previous compliance with the formalities of registration or publication which may be required by the legislation of each State.; *Rocca v. Thompson*, 223 U.S. 317, 330-331 (1912) (grant of letters to consul via right of intervention in matters of estate administration and judicial liquidation); NAIC, Legal Staff, Federal Foreign Sovereign Immunities Act Found to Preempt State Liquidation Law, 14 J. Ins. Reg. 420 (1996) discussing *Stephens v. National Distillers Corp.*, 69 F.3d 1226 (2nd Cir. 1995).; Art. 3(1)(b), 3(1)(a), 3(1)(e) VCDR, at 518 (New York: Oxford University Press, 2008)] John Givings El, compiled, <u>Moorish Literature</u>, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6 ("[T]o be a citizen of any government you must claim your national descent name."); John Brown Scott, <u>The Catholic Conception of International Law</u>, quoting Suárez re: a law's repudiation, at 233 (Washington: Georgetown University Press, 1934): [T]he repudiation of a law is not a matter of jurisdiction on the part of those in power nor is it a matter of the public authority which they exercise. It is "rather one that proceeds from those under a duty of obedience to the law," that is to say, a law should be repudiated only by those to whom it applies, and not by those who execute it.; John Givings El, compiled, <u>Moorish Literature</u>, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6-7 ("[T]he free national constitutional law that was



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

enforced since 1774 declared all men equal and free and if all men are declared by the free national constitution to be free and equal since that constitution has never been changed, there is no need for application of the 14th and 15th Amendments for the salvation of our people and citizens."); Reporter's Record, 4-8-21, at 10, ln. 2 – 9, **Ms. Crane**: And so I went to calling the list of lawyers that was on your list of lawyers that are registered through your Court. And so I start setting appointments. Then[, however, …] 10 minutes into the Zoom conference they said, Well, I can't handle any common-law [See Robert J. Rosepink, Representing Clients with Ties to Multiple States or Counties, 22 ACTEC Notes 78 (1996)] cases. I'm not fluent with it.; Art. 27 Fourth Geneva Convention "acts of violence" upon material witnesses Dennis Tuttle and Rhogena Nicholas on January 28, 2019, (See Reporter's Record, 5-12-20, at 46, ln. 18, to, at 47, ln. 20) and Josephine Owens Granville on February 20, 2023, (See Clerk's Record, 624-625) is background on said Records, respectively.; Lefton v. City of Hattiesburg, 333 F.2d 280, 285-86 (5th Cir. 1964) (holding that local court rules may not be used to bar out-of-state attorneys from defending civil rights of litigants) in Michael E. Tigar, Crisis in the Legal Profession: Don't Mourn, Organize, 37 OHIO N.U. L. REV. 539, 547 n. 40 (2011); Howard Lesnick, Being a Lawyer: Individual Choice and Responsibility in the Practice of Law, re: unauthorized practice or professional monopolization, at 10 (St. Paul: West Publishing Co., 1992): Federal (nonconstitutional) law sets some significant restrictions on the state rules of unauthorized practice. The most significant of these is derived from the Social Security Act, which permits those claiming benefits under the public assistance or related programs to have the aid of representatives of their own choosing in administrative hearings, see 45 C.F.R. Section 205.10(a)(3)(iii), and thereby displaces any state law of unauthorized practice that might otherwise limit such representation to attorneys.; Supreme Court of New Hampshire v. Piper, 470 U.S. 274, 282 (1985) ("In some cases, representation by nonresident counsel may be the only means available for the vindication of federal rights."); Francis Anthony Boyle, Defending Civil Resistance Under International Law, at 224 (Dobbs Ferry: Transnational Publishers, 1987): Under Article IV, Section 2 of the U.S. Constitution, it is clear that defendants, as Illinois citizens, are entitled to the privileges and immunities of United States citizens and therefore also have the right to rely on international law.; Id., n. 42, at 308 (Dobbs Ferry: Transnational Publishers, 1987): Protocol Relating to the Status of Refugees, signed Jan. 21, 1967, entered into force Oct. 4, 1967, 19 U.S.T. 6223, T.I.A.S. No. 6577, 606 U.N.T.S. 267 (entered into force for the U.S. Nov. 1, 1968); American Baptist Churches in the U.S.A. v. Meese, supra; John Brown Scott, The Catholic Conception of International Law, quoting Suárez re: whether (1) sufficient usage or (2) reason as means in testing the validity of a custom, at 231 (Washington: Georgetown University Press, 1934): [W]hat is an adequate period of time? The answer of Suárez is based on the authority of "prudent men," who, he says, "realizing this need, hold that a period of ten years is sufficient" for the establishment of a legal custom. See also The Moorish Guide, National Edition, p. 1, Organization's Growth Enormous, Moorish Temples in all Principal Cities, Friday, August 24th, 1928 ("The many secrets of Jesus and other prophets of this religion are given to the members of the Temples as fast as they can qualify for same. The precepts and philosophy of the Prophet are so inspiring that when one hears (i.e., of reason) and understands (i.e., of time) they find themselves benefited immediately."); Prophet Drew Ali, The Divine Instructions, at 59, 48:7 (Chicago: The Prophet Ali, 1927): Therefore we are returning the Church and

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Christianity back to the European Nations[.]; *Strother v. Lucas*, 37 U.S. (12 Pet.) 410, 436-37, 439 (1838) (private right acquired by custom "is as inviolable as if founded on a written law") in Jordan J. Paust, <u>International Law as Law of the United States</u>, (Durham: Carolina Academic Press, 1996), 47 n. 56.; Louis Henkin, <u>Constitutionalism, Democracy, and Foreign Affairs</u>, quoting *United States v. Curtiss-Wright Export Corp.*, re: an extensive list of unexpressed powers inherent in nationality, itself, at 74 (New York: Columbia University Press, 1990): [Although] none of which is expressly affirmed by the Constitution, nevertheless exist as inherently inseparable from the conception of nationality. This the court recognized, and . . . found the warrant for its conclusions not in the provisions of the Constitution, but in the law of nations (299 U.S. 304, 318 [1936]).; Prophet Drew Ali, <u>Koran Questions for Moorish Americans</u>, at 2 (1913): How did the Prophet begin to uplift the Moorish Americans? By teaching them to be themselves.; William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume I, n. 106, quoting from the N. L. Gaz., October 20, 1786, at 1278 (Chicago: University of Chicago Press, 1953): A fluctuation of the medium [of commerce] in a state makes more fatal ravages among the morals of people, than a pestilence among their lives.; Malik Badri, <u>Cyber-Counseling for Muslim Clients</u>, Selected Bibliography, pp. 147-148, re: Works in Arabic, at 148 (Selangor: The Other Press, 2015): Al-Irigisoosi, M. K. *The Influence of Muscular Relaxation and Islamic Prayer (Ruqya) in the Treatment of Essential Hypertension.* Unpublished doctoral thesis, University of Khartoum, Sudan, 1992.; *Buckley et al. v. Valeo, Secretary of the United States Senate, et al.*, 424 U.S. 1 (1976) (re: held "money is speech," and the First Amendment puts sharp limits on regulating campaign finance) in Michael E. Tigar and Madeleine R. Levy, <u>Law and the Rise of Capitalism</u>, at 339 (New York: Monthly Review Press, 2000); Shannon Joyce Prince, <u>Tactics for Racial Justice</u>, n. 11, at 49 (London: Routledge, 2022): O. Kenrik Duru, Nina T. Harawa, Dulcie Kermah, and K.C. Norris, "Allostatic Load Burden and Racial Disparities in Mortality," *Journal of the National Medical Association* 104, nos. 1-2 (2012): 89-95, https://doi.org/10.1016/s0027-9684(15)30120-6.; Khalid Abdullah Tariq Al Mansour and Faissal Fahd Al Talal, <u>The Challenges of Spreading Islam in America</u>, pp. 55-58 Model Settlements Urged to Spread Islam in United States, (reprinted from the Saudi Gazette) by S.H. Mohorkar, March 24, 1979, quoting Mansour, at 55 (First African Arabian Press, 1980): "They feel Christianity has not satisfied their lives and they are looking for a religion that will do so[.]"; Id., "...The fact [that over 90 percent of Reverend Jones's followers who either committed suicide or were murdered, as the coroner's report said, in the Guyana tragedy which took a toll of over 900] is suppressed by the American press and an impression is deliberately given for fear of international embarrassment that the majority of them were White."; Prophet Drew Ali, The Divine Instructions, at 59, 47:17 (Chicago: The Prophet Ali, 1927): [B]ecause they honored not the principles of their mother and father, and strayed after the gods of Europe of whom they knew nothing.; David Graham DuBois, <u>...And Bid Him Sing</u>, quoting Malcolm X, at 152 (Palo Alto: Ramparts Press, 1975): When I see the good sisters, the mothers of our people, so many of them holdin' on to those controls, livin' by them . . . in the face of the white man's deviltry . . . and struggling to teach us how to live by 'em . . . sometimes using their version of the man's religion . . . oftentimes not, well, I guess . . . there's something bigger, something like the angel that Allah put in each of us . . . pushing outward to . . . be.; Prophet Drew Ali, The Divine Instructions, at 18, 11:31 (Chicago: Moslems of India, Egypt and



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Palestine, 1927): The angels and the cherubim fell not; their will were never strong, and so they held the ethers of their planes in harmony with Allah.; Asa G. Hilliard III, et al. eds., Infusion of African and African American Content in the School Curriculum, pp. 87-109, Ivan Van Sertima, Future Directions for African and African American Content in the School Curriculum, at 108 (Morristown: Aaron Press, 1990): The Greeks represented Buddha as a Greek even though they knew his root. ℂ It becomes a crime because we have been made to believe it is the literal truth.; The Moorish Guide, National Edition, p. 1, Organization's Growth Enormous, Moorish Temples in all Principal Cities, Friday, August 24th, 1928 ("Since the organization and establishment of the Moorish Science Temple of America, in 1925, its growth has been enormous. The facts concerning the Moslem Religion meets with the approval of the people everywhere. For one to have explained their nationality, the history of their forefathers who were the masters of the first civilization of the old world is to give them something that fills a vacancy in their lives and gives them a courage and hope to obtain the fullness of life as was Divinely ordained by our Master ALLAH."); Lung-Chu Chen, An Introduction to Contemporary International Law: A Policy Oriented Perspective, at 47 (New Haven: Yale University Press, 2000): The principle of self-determination is a fundamental principle of international law having the character of jus cogens under the Charter of the United Nations.; Vicki Jackson, Constitutional Engagement in a Transnational Era, at 29 (Oxford: Oxford University Press, 2010): Under U.S. practice, the binding character of international norms (*with the possible and limited exception of jus cogens norms*) depends on national political action[.] (emphasis added); *Baldwin, Commissioner of Agriculture & (and) Markets, et al. v. G. A. F. Seelig, Inc*, 294 U.S. 511, 528 (1935) ("What is ultimate is the principle that one state in its dealings with another may not place itself in a position of economic isolation. Formulas and catchwords are subordinate to this overmastering requirement. Neither the power to tax nor the police power may be used by the state of destination with the aim and effect of establishing an economic barrier against competition with the products of another state or the labor of its residents. *Restrictions so contrived are an unreasonable clog* upon the mobility of commerce. They set up what is equivalent to a rampart of customs duties designed to neutralize advantages belonging to the place of origin. They are thus hostile in conception[.]") (emphasis added); Nicholas Pendleton Mitchell, State Interests in American Treaties, quoting Professor Hyde's, International Law Chiefly as Interpreted and Applied by the United States, Volume Two, 802 at 111 (Richmond: Garrett & Massie, Inc., 1936): Foreign consuls in the United States have at times availed themselves of the right of interposition by appeals to the judiciary committee of state legislatures. Such action has been for the purpose of suggesting the enactment of laws facilitating the exercise of consular rights conferred by existing conventions, or of explaining the nature of proposals in contravention of treaty provision, or of exposing the evils (also sought to be prevented by certain agreements of the United States) of particular discriminations against aliens and their dependents, both resident and non-resident. Such participation in local political affairs indicates, however, no impropriety of conduct which the State of residence finds just cause to resent.; Lung-Chu Chen, An Introduction to Contemporary International Law: A Policy Oriented Perspective, at 47 (New Haven: Yale University Press, 2000): This is a great success story of self-determination[, by 'the common efforts' of a people]. *See* Prophet Drew Ali, Oral Statements: Bro. T. Booker Bey, G.N.T. (Emeritus) said that the Holy Prophet said, "I am not going to wake you all up at once[.]"; *Franchise Tax Board of California v. Hyatt*, 136 S. Ct.

93/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

1277 (2016) ("[B]y a 6-2 vote the Supreme Court reversed the Nevada decision on a finding that Nevada's application of a "special law" embodied a policy of hostility to California's public acts without a sufficient policy justification.") (parenthetical omitted) in James P. George & Randy Gordon, Conflict of Laws, 3 SMU ANN. TEX. Surv. 129, 143 (2017); John M. Rogers, International Law and United States Law, at 140 (Brookfield: Dartmouth Publishing Company Limited, 1999): cites *Asakura v. City of Seattle,* 265 U.S. 332 (1924) (re: held "[T]he Supreme Court held that a self-executing provision of a treaty with Japan precluded the City of Seattle from enforcing a discriminatory trade-licensing ordinance against a Japanese businessman."); *Supreme Court of New Hampshire v. Piper,* 470 U.S. 274, 281 (1985) ("Like the occupations considered in our earlier cases, the practice of law is important to the national economy. As the Court noted in *Goldfarb v. Virginia State Bar,* 421 U. S. 773, 788 (1975), the 'activities of lawyers play an important part in commercial intercourse.'"); D.P. O'Connell, International Law, Volume One, Chapter 9 The Legal Concept of the State, THE DEFINITION OF STATE IN INTERNATIONAL LAW, Subsec. The Problem of Definition, at 303 (London: Stevens & Sons Limited, 1965): The term 'State' is no term of art. In constitutional law it may mean something quite different from what it means in international law, and in a legal document it may mean something quite different again. The sense in which it is used will depend upon the context, and the inclusion or exclusion of a particular entity from the category of 'State' cannot be presumed from any *a priori* notion of the qualifications of Statehood. If it is a rule of international law that only entities of plenary competence can perform acts X, Y and Z, then whether A can perform these acts will depend upon its qualifying for plenary competence. The description of A as a 'State' is usually shorthand for saying that A has this competence. However, it may be that entity B cannot perform acts X, Y and Z, but can perform P, namely, appeal to the United Nations in the event of aggression. Incapacity to perform acts X, Y and Z cannot automatically exclude act P, and for the purposes of act P the entity may be called a 'State' within the relevant Articles of the United Nations Charter. (footnote omitted); Peter van Krieken, Repatriation of Refugees Under International Law, 13 Netherlands Yearbook of International Law 94 (1982) ("There is a difference between refugees and displaced persons (DPs), although both may find themselves in the same difficult situation[....] [T]here are also internally displaced persons, people who are uprooted by whatever unfortunate event, but have not crossed the borders of their country."); Prophet Drew Ali, Oral Statements: Sister M. Lovett El, (Past) G.G. of Illinois said that the Holy Prophet said, "One day, men are going to be running so fast that their coat-tails will be standing straight out. You will be able to shoot dice on their coat-tails. They are going to be running to get into the Temple. The last ones to make it into the temple will be the preachers, and the Europeans are going to be beating them over the head, driving them in."; *Camps Newfound/Owatonna, Inc. v. Town of Harrison et al.,* 520 U.S. 564, 595 (1997) (Scalia, J., dissenting) ("The history of our Commerce Clause jurisprudence has shown that even the smallest scale discrimination can interfere with the project of our Federal Union."); James P. George & Randy Gordon, Conflict of Laws, 3 SMU ANN. TEX. Surv. 129, 141 n. 83 (2017) [RESTATEMENT (SECOND) OF CONFLICT OF LAWS § 6(1) cmt. a (AM. LAW. INST. 1971); See, e.g., *Owens Corning v. Carter,* 997 S.W.2d 560, 564 (Tex. 1999) (citing TEX. CIV. PRAC. & REM. CODE ANN. § 71.031 (West 2008) (applying an earlier version of the Texas wrongful death statute, requiring that the court "apply the rules of substantive law



03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

that are appropriate under the facts of the case")).]; Kal Raustiala, Does the Constitution Follow the Flag: The Evolution of Territoriality in American Law, quoting *Ex parte Milligan*, 27 U.S. 2, 121 (1866), at 51 (Oxford: Oxford University Press, 2009): [Although] military commissions draw their power and authority from the laws of war[,] "these laws can never be applied to citizens in states which have upheld the authority of the government[.]"; Prophet Drew Ali, The Divine Instructions, at 58, **47:14** (Chicago: The Prophet Ali, 1927): Every subordinate Temple of the Grand-Major Temple is to form under the covenant of Love, Truth, Peace, Freedom and Justice and create their own laws and customs, in conjunction with the laws of the Holy Prophet and the Grand Temple.; Alwyn V. Freeman, The International Responsibility of States for Denial of Justice, at 216 (New York: Longmans, Green and Co., 1938): Were a State, then, to bar its judicial portals to a foreigner, either on the precise ground of his alienage, or for any other arbitrary reason, it would commit what lawyers and diplomatists have characterized... as the most uncontestable form of denial of justice. ⟨ The reason for this universality of sentiment is clear. Resort to the machinery of domestic justice is but a means to an end; and that end is the vindication and enforcement of rights under which a determinate substantive capacity is guaranteed in aliens. [*See* John Givings El, compiled, Moorish Literature, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6 ("[W]ithout your national citizenship by name and principles, you have no true wealth[.]"); *Asbury Hospital v. Cass County*, 326 U.S. 207 (1945) ("citizens" unlike "persons" are protected by the privileges and immunities clause); D.P. O'Connell, International Law, Volume One, at 115 (London: Stevens & Sons Limited, 1965): The inference is that the United States recognises no obligation with respect to organisations not designated. This does not mean, of course, that such organisations are not juristic persons, it means that the United States does not recognise any duties arising from that status.; Alwyn V. Freeman, The International Responsibility of States for Denial of Justice, pp. 230-232 **6. Some Common Examples of Formal Refusal to Grant Judicial Protection.**, at 231 (New York: Longmans, Green and Co., 1938): [P]retexts such as[ the one below] for failing to grant relief[ in fact] transpos[e]the debate to the international plane, for they [are] attempts to assert the supremacy of an *extraordinary* or special kind of municipal law over the State's international obligations.; Clyde Eagleton, The Responsibility of States in International Law, n. 82 at pp. 68-69 (New York: New York University Press, 1928): [Al]though states are not obliged to incorporate international law as a whole into their municipal law, they are obliged to see that its provisions are respected if not by judicial, then by legislative or executive enforcement.; Osmond K. Fraenkel, Juristic Status of Foreign States Their Property and Their Acts, 25 COLUM. L. REV. 544, 545 n. 3 (1925) (citing *Wulfsohn v. Russian Republic*, 234 N.Y. 372, 138 N.E. 24 (1923) for, as follows: States are self-created bodies existing entirely apart from recognition,[3] except, of course, states created by treaty[.]); Luke T. Lee, The Right to Compensation: Refugees and Countries of Asylum, 80 Am. J. Int'l L. 532, re: discharge via Art. 14(3) of Art. 14(2) obligations text and n. 137 at 563 (1986) ("An international crime committed by a State entails an obligation for every other State: (a) not to recognize as legal the situation created by such crime; and (b) not to render aid or assistance to the State which has committed such crime in maintaining the situation created by such crime; and (c) to join other States in affording mutual assistance in carrying out the obligations under subparagraphs (a) and (b)."); D.P. O'Connell, International Law, Volume One, Chapter 15 Territory, Sec. (e)

03/28/2025
873075339
2° March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Annexation, pp. 495-502, subsec. (ii) *The distinction between conquest and annexation*, quoting Marshall C.J. in *The American Insurance Co. v. Canter*, at 498 (London: Stevens & Sons Limited, 1965): The usage of the world is, if a nation be not entirely subdued, to consider the holding of conquered territory as a mere military occupation, until its fate shall be determined at the treaty of peace.; Prophet Drew Ali, Oral Statements: Sis. Whitehead El stated that the Holy Prophet said "Our nationality in this government began with the parade."; C. Luella Gettys, The Effect of Changes of Sovereignty on Nationality, re: those classes of individuals whose nationality is affected by transfers of territory, citing *Boyd v. Thayer*, 143 U.S. 162 (1891), 21 Am. J. Int'l L. 268 (1927) (Ordinarily, the reservation is made that said classes may conserve their original nationality by means of option.); Grant and Barker, eds., <u>Parry and Grant Encyclopaedic Dictionary of International Law</u>, at 423-424 (Dobbs Ferry: Oceana Publications, 2004): **recognition, organs of** Recognition, being in principle an act in the sphere of international relations, is primarily a function of the executive governments of States.; Prophet Drew Ali, Oral Statements: Bro. J. Blakely Bey stated that the Holy Prophet said "The Moorish Science Temple of America is like a wheel in a wheel turning, when I came the wheel was turning west, but since I have come I have started it to turning back east."; D.P. O'Connell, <u>International Law</u>, Volume One, at 5 (London: Stevens & Sons Limited, 1965): There may, indeed, be grave differences of opinion between East and West, … about the content of the rules necessary to attain and preserve the common good, and even about the content of the common good itself[….] But it does not follow that there can be no law because the rival groupings have incompatible aims and are alien in aspiration.; John Givings El, compiled, <u>Moorish Literature</u>, at 11-12, Prophet Announces His Authority and Power ("All officers and members of the Moorish Science Temple of America and any such rules and regulations of the constitution shall be in writing and not at variance with any law of the city, town or nation which the Prophet shall declare law."); Anthony J. Bellia Jr. & Bradford R. Clark, The Federal Common Law of Nations, 109 COLUM. L. REV. 1, 24 text and n. 94, re: the law of state-state relations quoting Thomas Parker, The Laws of Shipping and Insurance, at 269 (London: Strahan & Woodfall, 1775) (2009) ("[T]his being a question between subjects of different states, it belongs entirely to the law of nations, and not to the municipal laws of either country, to determine it.")] A Title 18 U.S.C. **1512(c)** violation, thus, occurred while "technically" [*See* Phanor James Eder, Powers of Attorney in International Practice, 98 U. PA. L. REV. 840, 863 (1950) (The safest guide through the maze of Conflict of Laws should be the principle *ut res magis valeat quam pereat*. Barring considerations of grave public policy, no honest legitimate intention of a party should ever be frustrated by the application of technical rules of law of one or the other of the jurisdictions involved, especially as to matters of form. And the principle of public policy, ever a destructive factor in private international law, should be applied sparingly.")] unfulfilling a filliable obligation of universal sentiment [*See* Clyde Eagleton, <u>The Responsibility of States in International Law</u>, text at pp. 52-53 and n. 27 (New York: New York University Press, 1928): When an agent of the state acts within the authority conferred upon him by law, he is manifesting, by virtue of this law, the will of his state; and his act becomes the act of the state itself, bringing responsibility upon the state.; Reporter's Record, 4-8-21, p. 60, ln. 20, to p. 61, ln. 6, **The Court**: Can you get me everything you want to get me in response to Ms. Haws motion in limine that she filed on behalf of Ms. Osteen, can you get it to me by Monday afternoon, 5:00 o'clock? **Ms. Crane**: What day is Monday? **The Court**: The



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

date? **Ms. Crane**: Yes. **The Court**: Is the 12th. I mean, technically, everything should have been filed before. But I'll give you some extra time to send me what you want to send me on the motion in limine that's been filed since February 2nd[, 2021]] but no later than upon the April 15, 2021 rejection of the non-disputing party **Art. 37(2)** ICSID Convention *Amicus Curiae* submission (*see* 4:55 PM time-stamped April 1, 2021 submission; April 15, 2021, rejected submission coverpage; *Windsor v. McVeigh,* 93 U.S. 274, 283-84 (1876) ("For jurisdiction is the right to hear and determine; not to determine without hearing."), 284 ("By the act of the court, the respondent was excluded from its jurisdiction.")) that is **1512(c)**, *supra*, which states: Whoever corruptly (1) alters, destroys, mutilates, or conceals a record, document, or other object, or attempts to do so, with the intent to impair the object's availability for use in an official proceeding; or (2) otherwise obstructs, influences, or impedes any official proceeding or attempts to do so, shall be fined under this title or imprisoned not more than 20 years, or both.; Lisa Ott, <u>Enforced Disappearance in International Law</u>, citing, **Art. 147** Fourth Geneva Convention; Art. 8(2)(a)(vi) Rome Statute for, at 144 (Cambridge: Intersentia, 2011): The willful deprivation of the right to a fair and regular trial prescribed by the Convention constitutes a grave breach of the Geneva Conventions and therefore amounts to a war crime.; Grant and Barker, eds., <u>Parry and Grant Encyclopaedic Dictionary of International Law</u>, at 199-200, quotes the International Court of Justice in its Advisory Opinion on the ***Legality of the Threat or Use of Nuclear Weapons*** [1996] *I.C.J. Rep* 66 re: import of the Geneva Conventions rules, at 200 (Dobbs Ferry: Oceana Publications, 2004): **Geneva Conventions** re: the rules contained in the Geneva Conventions constitute "intransgressible principles of customary international law" (para. 95).; Jordan J. Paust, International Law and Control of the Media: Terror, Repression and the Alternatives, 53 IND. L.J. 621 (1978), 668 ("The utilization of international laws of war and human rights is not at all unusual, since a basic expectation of the Founding Fathers had been that the Rights of Man are to be protected under the Constitution, and it is a truism that universal rights must necessarily be our own."); Oxford Public International Law, <u>Max Planck Encyclopedia of Public International Law</u>, **Recognition**, by Jochen A. Frowein, **D. Recognition of Governments**, at **5. Legal Effects in Domestic Law**, ¶ 20 (Update, December 2010): As with the recognition of States, the recognition of governments may have important effects in domestic law if courts act on the basis of the principle that they may not apply or take notice of law promulgated by a non-recognized government. While such a rule was generally not applied in Germany or Switzerland, it prevailed for a long time in England and, to a lesser extent, in the United States. However, it seems that the unjustified effects of that attitude have now been recognized practically everywhere. In the United States several cases have established that the law of unrecognized governments may well be applied under the rules concerning conflicts of law (Private International Law) as the effective law in force in a specific territory. One of the changes of the British position as to the recognition of governments would seem to be that there will no longer be such a concept as a non-recognized government. Even earlier the House of Lords had indicated a change of attitude (*Zeiss Cases*).; Osmond K. Fraenkel, citing *Wulfsohn v. Russian Republic, supra*; John Givings El, compiled, <u>Moorish Literature</u>, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6 ("[T]he Moorish Divine National Movement[] [] is incorporated in this government and[ is] recognized by all other nations of the world."); John M. Rogers, <u>International Law and United States Law</u>, Later Enacted Statutes, pp. 88-92 at 88-89 (Brookfield:

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Dartmouth Publishing Company Limited, 1999): Under the international legal system the United States cannot reserve to itself the power to violate its (international) legal obligations. Those obligations bind internationally as part of a system of reciprocally binding entitlements regardless of which domestic instrument of governmental power makes the decision to comply or not (or how). The international legal system binds dictatorships, parliamentary democracies, kingdoms, republics, and military regimes alike.; David D. Caron et al. eds., Practising Virtue: Inside International Arbitration, [hereinafter Practising Virtue], Christoph Schreuer, Chapter 15, At What Time Must Jurisdiction Exist?, n. 8, at 265 (Oxford: Oxford University Press, 2015): Art 25(2) ICSID Convention provides: "'National of another Contracting State" means[.]; Grant and Barker, eds., Parry and Grant Encyclopaedic Dictionary of International Law, at 182 (Dobbs Ferry: Oceana Publications, 2004): **Flegenheimer Claim** (*United States v. Italy) (1959)* 25 I.L.R. 9.; *Sempra Energy International v. The Argentine Republic*, ICSID Case No. ARB/02/16, Decision on Objections to Jurisdiction (11 May 2005) ¶ 386 in Practising Virtue, quoted by Loretta Malintoppi and Hussein Haeri, Chapter 34, The Non-Disputing State Party in Investment Arbitration: An Interested Player or the Third Man Out?, at 569 (Oxford: Oxford University Press, 2015): States are of course free to amend the Treaty by consenting to another text[ or, *arguendo*, run scared altogether as did the United States from ICSID in December 2019], but this would not affect rights [*e.g.*, in a case, here, filed August 2019] acquired under the Treaty by investors or other beneficiaries.; As the Fifth Circuit expressed the point: it is unremarkable to find it "within the tribe's regulatory authority to insist that a child working for a local business not be sexually assaulted by the employees[]" in *Dollar General Corporation, et al., Petitioners v. Mississippi Band of Choctaw Indians, et al.*, 13-1496, States of Mississippi, Colorado, New Mexico, North Dakota, Oregon, and Washington, *Amici Curiae* in support of Respondents, n. 7, pp. 12-13.; Walter Stanley Crane, Jr. El, after all, with children herein alleged such as "Elihu" and "Elie" by Aundra as listed by the herein alleged will's scrivener, one, Former Brazoria County District Attorney, Jerome Aldrich, Esq., was found by the teachings of Prophet Noble Drew Ali and it was upon instruction of Aundra by Judge Marc Holder of Brazoria County to obtain assistance from the Moorish Science Temple of America, that, putatively, one adept of the Moorish Science Temple of America-1928 has responsibly and representatively [*United States v. Lovett*, 328 U.S. 303, 308 (1946); Rodnell P. Collins with A. Peter Bailey, Seventh Child: A Family Memoir of Malcolm X, at 167 (Secaucus: Birch Lane Press, 1998): As for red-baiting, try as they might, government agencies and the press couldn't successfully hang that tag on Malcolm.; W. Deen Mohammed, Islam's Climate for Business Success, Sec. Wealth Must Circulate, pp. 105-107, at 105 (Chicago: The Sense Maker, 1995): It might sound like we are socialists,[ etc.,] but we are not.; Id., Sec. Islam: A Participatory Democracy, pp. 94-97.; John Givings El, compiled, Moorish Literature, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, re: the Moorish Divine National Movement, at 6 ("[T]hrough it they and their children can receive their Divine rights, unmolested by other citizens that they can cast a free national ballot at the polls... and not under a granted privilege[.]"); USPS Certified Mail ##, *supra*; *Trump v. Anderson*, et al., 601 U.S. ___, (joint opinion of Sotomayor, Kagan, and Jackson, JJ.) (2024) (Where state authority implicates a uniquely important national interest extending beyond a state's own borders, constitutional constraints, including federalism principles would avail to limit that authority.)] added value [*See* Practising Virtue, Emmanuel Gaillard,

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Chapter 11, Sociology of International Arbitration, 3. Value Providers, at 192-195 (Oxford: Oxford University Press, 2015); Judicial autonomy is one such natural right[] in *Dollar General Corporation, et al., Petitioners v. Mississippi Band of Choctaw Indians, et al.*, 13-1496, States of Mississippi, Colorado, New Mexico, North Dakota, Oregon, and Washington, *Amici Curiae* in support of Respondents, at 9.; Malik Badri, <u>Cyber-Counseling for Muslim Clients</u>, quoting the Prophet Muhammad, at 90 (Selangor: The Other Press, 2015): I and the guardian of an orphan in paradise are like this[ i.e., to say, very close. ]; Morteza Mutahhari, <u>Jurisprudence and its Principles</u>, 8. The Book of Arbitration, at 118 (Moslem Student Association -- Persian Speaking Group: Albany, M.S. Tawheedi trans. 1983): [The qazi's/arbitrator's] expenses are to be liberally reimbursed from the public treasury.; James P. George & Randy Gordon, Conflict of Laws, 3 SMU ANN. TEX. Surv. 129, 144 (2017) ("Some choice-of-law statutes compel the application of Texas law and some the application of another state's or nation's law. In each case, the application of law is based on a designated event or relationship deemed paramount."); Julius I. Puente, <u>Foreign Consul: His Juridical Status in the United States</u>, re: the changed circumstances of Europe, and the prevalence of civil order in the several Christian States worked to modify the powers of the consular office, quoting *Dainese v. Hale*, 91 U.S. 13, n. 2 at 112 (Chicago: Burdette J. Smith, 1926): "[As] for any judicial powers which may be vested in the consuls accredited to any nation," the court must look "to the laws of the States which the consuls represent."; Prophet Drew Ali, Oral Statements: Bro. Edward Mealy El (supreme grand sheik) stated that the Holy Prophet said "make yourself perfect upon all subject matters that you may act intelligent on all lines of procedures[.]"; "[S]hips are, in most jurisdictional respects, like the land territory of the flag state[.]" quoting, at 461, John M. Rogers, Prosecuting Terrorists: When Does Apprehension in Violation of International Law Preclude Trial, 42 U. MIAMI L. REV. 447, 461, n. 86 (1987) ("S.S. Lotus (Fr. v. Turk.), 1927 P.C.I.J. (ser. A) No. 10, at 25 (Sept. 7); United States v. Flores, 289 U.S. 137, 155 (1933); Wilson v. McNamee, 102 U.S. 572, 574 (1880); RESTATEMENT (SECOND) OF FOREIGN RELATIONS LAW §§ 26-28 (1965).; James Brown Scott, ed., Código Bustamante, re: Book II International Commercial Law, Title II Special Commercial Contracts, Chapter VII *Forgery, robbery, larceny, or loss of public securities and negotiable instruments*, at 353: Article 272. Provisions relating to the forgery, robbery, theft[ including of free national identity] or loss of credit documents and bonds payable to bearer, are of an international public order.; Prophet Drew Ali, Oral Statements: Bro. J. Blakely Bey stated that the Holy Prophet said "[D]on't think that a fez or a turban on your head makes you a Moslem[.] Moslems are born, not made."; Malik Badri, <u>Cyber-Counseling for Muslim Clients</u>, at 90 (Selangor: The Other Press, 2015): In this way, you can save a Muslim child from being adopted by a non-Muslim family where he or she may lose their identity.; *North Carolina Department of Revenue v. Kimberley Rice Kaestner 1992 Family Trust*, 588 U.S. ___ (2019) (No. 18-457): [O]nly those who derive "benefits and protection" from associating with a State should have obligations to the State in question. *International Shoe*, 326 U.S., at 319[]] as an **Art. 43(2)** Fourth Geneva assigned residence Protecting Power, *infra*, for an **Art. 147** Fourth Geneva protected person [*See* Charles Cheney Hyde, <u>International Law Chiefly as Interpreted and Applied by the United States</u>, Volume One, **§ 458. Rules of Precedence.** pp. 781-782, re: the United States of America has as herein alleged received an envoy from the Pope since the Government of the States of the Church

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

ceased to exist.; H.F. Van Panhuys, <u>The Role of Nationality in International Law</u>, re: *fraus legis* naturalizations cites Nottebohm Case (*Liechtenstein v. Guatemala*) 1953 I.C.J. Rep. 12, at 164 (Leyden: A.W. Sythoff, 1959): [Whether] "defective consent" [of a naturalization] could [] be invoked... all depends on the scope of the principle of the "genuine link" and the merits of the factual case[.]] amidst acts and omissions of "agents" to deny entry, not into the territory, *per se*, but into the polity [*See* Guy S. Goodwin-Gil, The Haitian Refoulement Case, A Comment, 6 INT'l J. REFUGEE L. 103 (1994) ("The duty to protect refugees arises as soon as the individuals or group concerned satisfy the criteria for refugee status set out in the definition (flight from the State territory for relevant reasons) and come within the territory or jurisdiction of another State, regardless of whether refugee status has been formally determined. Under general principles of international law, State responsibility may arise directly from the acts and omissions of its government officials and agents, or indirectly where the domestic legal and administrative systems fail to enforce or guarantee the observance of international standards."); Prophet Drew Ali, The Moorish Science Temple of America, <u>The Divine Constitution and By - Laws</u>: Act 6. With us, all members must proclaim their Nationality and we are teaching our people their Nationality *and* their Divine Creed[.] (emphasis added); John William Dwyer, <u>Cases on Private International Law</u>, pp. 104-110 (Ann Arbor: George Wahr, 1899): *Pecquignot v. City of Detroit*, 16 Fed. Rep. 211 (1883) (Now, the general doctrine above stated, that no person can put off their allegiance without the consent of the government, is no longer the law in this country, since it is expressly declared by Rev. St. sec. 1999[.]); TRANSCEND MEDIA SERVICE, Why International Law Is Crucial for Human Wellbeing, Editorial, by Richard Falk, February 17, 2020: Despite the fact that "the major governments in the world are slow to learn from failure because militarism is embedded in their governing process based on an outmoded faith in military superiority... ℂ since World War II, people not armies" are prevailing, "and their goals of self-determination have been aligned with international law."; James Brown Scott, ed., Código Bustamante, re: Book I International Civil Law, Title I Persons, Chapter I *Nationality and naturalization*, at 328: Article 15. Resumption of nationality is controlled by the law of the nationality which is resumed[,] cited in Nicholas Pendleton Mitchell, <u>State Interests in American Treaties</u>, Appendix XXIII *Treaties providing that Consuls may be Asked for Testimony in Local Courts of State to which They are Assigned.* pp. 177-178, at 178 (Richmond: Garrett & Massie, Inc., 1936): Other Party Pan-American Multilateral Convention, Date of Signature Feb. 20, 1928, Article XV.; Luke T. Lee and John Quigley, <u>Consular Law and Practice</u>, quoting Art. 12(4) of International Covenant on Civil and Political Rights, at 136 (Oxford: Oxford University Press, 2008): No one shall be arbitrarily deprived of the right to enter his own country.; *The Paquet Case, infra*; *North Carolina Department of Revenue v. Kimberley Rice Kaestner 1992 Family Trust*, Oral Argument Transcript, at 58, ln. 8 – 11, **Mr. O'Neil**: People move from state to state all the time, and when they do, there are tax consequences, but we don't call that a judicial tax shelter; we call that federalism.; Kenneth N. Klee, <u>Bankruptcy and the Supreme Court</u>, Politics and the Court, pp. 40-44, citing, *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312-20 (2005), n. 182 at 40-41 (Newark: LexisNexis Editorial Offices, 2008): re: holding the national interest in providing a federal forum for federal tax litigation is sufficiently substantial to support the exercise of federal-question jurisdiction over the disputed issue on removal.; Louis Henkin, <u>Constitutionalism, Democracy, and Foreign Affairs</u>, re: Are



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

history and noninterpretivist values determinative of what is supreme law today?, at 75 (New York: Columbia University Press, 1990): For the framers, as I suggested (see p. 4) the supremacy of the Constitution was inherent in its character, and it had authentic justification in their political theory. The Constitution was their social contract, and its supremacy was implicit in that contract.; Clerk's Record, 120-124, ¶ 21, Exhibit LVII: *Eliot v. Freeman*, 31 S.Ct. 360 (1911); Anthony J. Bellia Jr. & Bradford R. Clark, The Federal Common Law of Nations, 109 COLUM. L. REV. 1, 61 (2009) ("[T]he Court had to respect neutral rights because only the government could authorize an act of hostility against another nation.")] and, especially, it may look like, repatriation. [*See* Peter van Krieken, Repatriation of Refugees Under International Law, 13 Netherlands Yearbook of International Law 93 (1982) ("It is now generally agreed that repatriation should be considered the best of the durable solutions to refugee problems, if, of course, it is a feasible option."); Prophet Drew Ali, The Divine Instructions, at 59, 48:4 (Chicago: The Prophet Ali, 1927): The Moorish Science Temple of America is a lawfully chartered and incorporated organization. Any subordinate Temple that desires to receive a charter, the prophet has them to issue to every state throughout the United States, etc.; Prophet Drew Ali, Oral Statements: Bro. T. Booker Bey, G.N.T. (Emeritus) said that the Holy Prophet told the Moors, "In two weeks, I am going down South. When I get down there, the Ku Klux Klan is going to stop me. At first, it is going to look like they are against me. Then they are going to lead me where I am going." The Holy Prophet made the trip, and things happened the way that he said that they would happen.; Jordan J. Paust, et al., International Criminal Law: Cases and Materials, Chapter 4 U.S. Incorporation, Competencies and Fora, Section 5, Prosecuting Without a Statute, quoting U.S. Dep't of Army Field Manual FM 27-10, The Law of Land Warfare, para. 505(e) (1956) at 270-271 (Durham: Carolina Academic Press, 4th ed. 2013): Law Applied. As the international law of war is part of the law of the land in the United States, enemy personnel charged with war crimes are tried directly under international law without recourse to the statutes of the United States.; *Robins Dry Dock Repair Co., v. Flint*, re: federal contract herein asserted with the Criminal Investigation Division as Article **43(2)** Fourth Geneva assigned residence Protecting Power commenced October 10, 2018, with consideration evidenced by ten, say, surveillance holes bored into the foundation of 5822 Knollwood Trail within six months of said date of meeting with said Division, 275 U.S. 303 (1927) (repatriation expenses recoverable under a contract with a tortfeasor)] *See* Julius I. Puente, Foreign Consul: His Juridical Status in the United States, citing *Morris v. Cornell*, 1 Sprague 62, Fed. Cas. 9,829, at 61 (Chicago: Burdette J. Smith, 1926): It is the duty of a consul to inquire into the complaints and remonstrances made to him by foreign seamen; and to enter his findings on the ship's role. This right is of inestimable value to oppressed and friendless mariners in distant regions, and may properly be called the *Habeas Corpus* of the seamen, which a court will carefully and vigorously guard from abuse.; Reporter's Record, 4-8-21, at 27, ln. 3 – 8, **Ms. Haws**: You know, that petition, when Ms. Osteen read that petition, that was the first time she had really heard of or learned of Ms. Crane. Ms. Crane is, you know, by all accounts a stranger to the Osteen family prior to these proceedings. She doesn't have any standing as an interested person in Mr. Osteen's estate.; Id., at 32, ln. 19 – 21, **Ms. Haws**: I think *Mr.* Crane may have actually admitted that Ms. Osteen is not serving in the trustee capacity and also not serving in the executrix capacity. (emphasis added); *Moore v. LaSalle Mgmt.*, (5th Cir. 2022) quoting *Coleman v. BP Exploration & Prod.*, 19 F.4th 720, 726 (5th

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Cir. 2021) ("[W]e must view all evidence and draw all justifiable inferences in favor of … the nonmovant[.]"); Movant, thus, admits against interest the knowledge of Mr. Crane—an Art. 114 Código Bustamante "necessary heir", *supra*—and renders subject to **Art. 101(b)** of the Law of the Sea Convention of 1982, *supra*, "with knowledge" and "voluntary participation" liability.; Lung-Chu Chen, <u>An Introduction to Contemporary International Law: A Policy Oriented Perspective</u>, Chapter 24 HORIZONTAL ALLOCATION OF AUTHORITY, The Principle of Universality, at 231 (New Haven: Yale University Press, 2000): Indeed, universality has always operated as a domestic competence to impose or allow criminal or civil sanctions with respect to what is proscribed under international law.; Prophet Drew Ali, Oral Statements: Bro. J. Blakely Bey stated that the Holy Prophet said "Moors, it will take you ten years to know what is on your nationality card, and you will be eighteen years understanding what I have come for and what I have done."; Clyde Eagleton, <u>The Responsibility of States in International Law</u>, Appendix II, Projects of conventions prepared, Project No. 15, Responsibility of Governments, Art. 2, re: the governments of the American Republics are not responsible for damages, **except**, at 261 (New York: New York University Press, 1928): [W]hen the said governments have not maintained order in the interior, have been negligent in the suppression of acts disturbing this order, or, finally, have not taken precautions so far as they were able to prevent the occurrence of such damages or injuries.; The Epoch Times, U.S. Edition, Polylogism Is the Root Problem, by Jeffrey A. Tucker, Opinion, at A14, May 15-21, 2024: [N]othing is "cap T true." All truth claims are merely beliefs and valid or invalid depending on political whim.; Upside, U.S. ed., The great patent sellout, by John D. Trudel, Foster City Vol. 7, Iss. 11, at 16 (Nov 1995): Some Japanese officials were calling Tokyo on their cellular phones to report, "The U.S. has given us its patent system." *Contrast Id.*, Harold Wegner, a professor of law at George Washington University and an authority on international patent law, defended Lehman, saying, "He got something for nothing. It's a brilliant trade."; Prophet Drew Ali, Oral Statements: Bro. J. Blakely Bey said that the Holy Prophet said that "we are going to be taxed to death."; Georg Kofler et al., ed. <u>Thinker, Teacher, Traveler: Reimagining International Tax</u> in Reuven S. Avi-Yonah, pp. 39-49, Chapter 4, Globalization, Tax Competition and the Fiscal Crisis of the Welfare State: A Twentieth Century Retrospective, 4.2 The decline of the [International Tax Regime] ITR, 1980-2008, 40 (Amsterdam: IBDF, 2021): ("[S]tarting with the United States in 1984, most OECD members unilaterally abolished withholding taxes on outbound interest payments, thereby aiding and abetting tax evasion by residents of other OECD members."); Penelope Dalton, Sovereign Immunity: The Right of the State Department and the Duty of the Court, 6 Wm. & Mary L. Rev. 70, 75 (1965)("The transaction may be public or private depending upon whether or not the state is socialist, communist or capitalist. These variations in economic structures make obscure the differentiation of private from public acts."); During the Prophet Noble Drew Ali's time, according to Shaykh Ra Saadi El, N.G.S., during the annual Convention, both "public" meetings, in contradistinction, yet, addition to "national" meetings were held.; Michael E. Tigar, <u>Mythologies of State and Monopoly Power</u>, citing *United States v. Guest*, 383 U.S. 745 (1966), at 130-131 (New York: Monthly Review Press, 2018): A private person or entity who aids and abets a state actor in wrongful conduct shares the liability.; *Texas Boll Weevil Eradication Foundation, Inc. v. Lewellen*, 952 S.W.2d 454, 469 (Tex. 1997) ("On a practical basis, the private delegate may have a personal or pecuniary interest which is inconsistent with



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment) or repugnant to the public interest to be served."); John Givings El, compiled, <u>Moorish Literature</u>, pp. 18-21, Moorish Leader's Historical Message to America, at 21 ("I shall continue to labor day and night, both in public and private, for your good, thereby contributing to the welfare of our country and its people as a whole."); *Trump v. Anderson*, et al., 601 U.S. ___, (2024) ("Because federal officers "'owe their existence and functions to the united voice of the whole, not of a portion, of the people,'" powers over their election and qualifications must be specifically "delegated to, rather than reserved by, the States." *U. S. Term Limits, Inc. v. Thornton*, 514 U. S. 779, 803-804 (1995) (quoting 1 J. Story, Commentaries on the Constitution of the United States §627, p. 435 (3d ed. 1858)). But nothing in the Constitution delegates to the States any power to enforce Section 3 against federal officeholders and candidates."); Prophet Drew Ali, Oral Statements: Bro. I. Cook Bey. G.G. of ILL. (Emeritus) told Bro. R. Love El, G.S. of the M.S.T. of A. and Bro. C. Tyson Bey, (Past) Chr. of the M.S.T. of A. about the time, when the Holy Prophet Noble Drew Ali and Bro. C. Kirkman Bey went to the Pan American Conference in 1928. At this conference, the mandate for this land was given to Prophet Noble Drew Ali[ although an Indian Chief representing the American Indians and former Secretary of State Charles Evans Hughes representing the United States were each also present]. Bro. G. Cook Bey, G.S. (Emeritus) of Temple One said that Prophet Noble Drew Ali showed us the mandate in the Adept Chamber.; Art. 2, sentence 2, Universal Declaration of Human Rights: [N]o distinction shall be made on the basis of the political, jurisdictional or international status of the country or territory to which a person belongs, whether it be independent, trust, non-self-governing or under any other limitation of sovereignty.; Prophet Drew Ali, Oral Statements: Bro. T. Booker Bey, Grand Natl. Treasurer (Emeritus) said that the Holy Prophet said, "The European will not be able to remove all the wealth from the land. After he goes back to Europe, mountains of gold would be revealed to the Moors."; USA Today, Unseen wars, unheard refugees, by Minnah Arshad, A1, quoting a spokesperson for the State Department, at A4, August 28, 2024: No mine site anywhere in the world should tolerate child labor, forced labor, unsafe conditions, or other violations of workers' rights.; *Howard v. Republic,* 2 Tex. 311 (Tex. 1847) ("If any land be due a deceased intestate under the laws of the country, the administrator is authorized to sue the government for the same, as well from the special laws permitting such suits to be brought as from the powers conferred by general laws on executors and administrators."); The United States announced COVID-19 seven days to the day from the March 5, 2020 filing of Petition. *See* Clerk's Record 120-124; The Epoch Times, Online, 10 Points About Post-Lockdown Economics, by Jeffrey A. Tucker, July 30, 2024: Government debt as a percentage of GDP has reached and surpassed wartime levels in the past four years.; *In re Estelle*, 516 F.2d 480, 488 (5th Cir. 1975) ("A ruling on a question of law may be challenged as so egregiously erroneous that the court's action should be deemed a usurpation of power. See United States Alkali Exp. Asso. v. United States, 325 U.S. 196, 65 S. Ct. 1120, 89 L. Ed. 1554 (1945); Schlagenhauf v. Holder, 379 U.S. 104, 85 S. Ct. 234, 13 L. Ed. 2d 152 (1964). Such an extremely bad judicial decision might justify mandamus under the rubric of "usurpation." DeBeers Consol. Mines v. United States, 325 U.S. 212, 65 S. Ct. 1130, 89 L. Ed. 1566, 1572 (1945)."); D.P. O'Connell, <u>International Law</u>, Volume One, Chapter 3 *Personality in International Law,* Section (c) The individual, pp. 116-122, at 120-121 (London: Stevens & Sons Limited, 1965): That the national State acts as the instrumentality of the individual in the protection of his rights may



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

be argued from the instances where alternative machinery for him to enforce them has in fact been provided.; Jan Hostie, Systematic Inquiry into the Principles of International Law Dealing with Diplomatic Protection, 19 TUL. L. REV. 79, re: THE NATURE OF THE CLAIM, at 105 (1944-1945) ("[T]here is no doubt that, as the law stands, a valid plea could be based on the attitude of the claimant state, wherever responsibility is claimed under international law."); The "persistent objector concept has little support in state practice" in Jordan J. Paust, <u>International Law as Law of the United States</u>, Chapter 1 Customary International Law, n. 14, p. 15 (1996) (collecting cases) quoting Kelly, The Changing Process of International Law and the Role of the World Court, 11 Mich. J. Int'l L. 129, 152 (1989); Jalal Al-i Ahmad, <u>Occidentosis: A Plague From the West</u>, at 102 (Berkeley: translated by R. Campbell, Mizan Press, 1984): [T]he characteristics [] of a society run by such leaders[] [w]e have seen… is… [a] society dominated by great economic powers from abroad, having the nature of trusts or cartels.; Prophet Drew Ali, Oral Statements: Sister M. Tiggs El said that the Holy Prophet said that "at the End of time, those that will be in the apparatus will be able to look down on earth, see people that you know, fleeing for their life."; Id., Bro. O. Payton Bey of Temple 4 and 25 said that the Holy Prophet said, "When you take care of Temple business go in numbers of two, three, five, and seven."; Reporter's Record, 4-08-21, p. 18, ln. 11 – 14, **Ms. Crane**: I turned in information showing this to a Brazoria County Court that I'm still alive. I had to go to court in Brazoria County to reinstate that I'm alive.; Reporter's Record, 05-12-20, p. 37, ln. 7 – 12, **Ms. Crane**: I was kidnapped and held hostage by Gary Heidnik, Castro -- a man named [Ariel] Castro, a man named Dwayne Buck, and then he killed some people and shot a lady in the chest. I got away from all of that. I was just running for my life, not knowing what is going on. And so they had me in witness protection[ as an international double-standard against refoulement].."; *Wildenhus's Case, supra*; Akhil Reed Amar; Daniel Widawsky, Child Abuse As Slavery: A Thirteenth Amendment Response to DeShaney, 105 Harv. L. Rev. 1359, 1380 (1992) ("[T]he broad command that slavery *shall not exist* does more than impose an absolute duty on private would-be enslavers; it also imposes a duty on the state to provide an adequate apparatus to enforce the emancipation of all persons within its jurisdiction."); Reporter's Record, 5-12-20, at 6, ln. 14, to, at 7, ln. 8, is, putatively, a consul of a Mohammedan power 'under the covenant' and 'in conjunction with'. *See* 'Card and button', *arguendo*, first, in any would-be 'race' to 'express', *infra*, and The Divine Instructions, **47:14**, *supra*.; Eileen Denza, <u>Diplomatic Law: Commentary on the Vienna Convention on Diplomatic Relations</u>, re: here, cited, equivalently (re: precedence of the representative of the, here, M.S.T. of A.-1928) Art. 16(3) VCDR, at 521 (New York: Oxford University Press, 2008); Charles Cheney Hyde, <u>International Law Chiefly as Interpreted and Applied by the United States</u>, Volume One, **§ 232. Piratical Acts.** pp. 412-414, at 412-13 (Boston: Little, Brown, and Co., 1922): The purpose of their undertakings and their indifference as to the nationality of the victims may have been responsible for the belief that he was not a pirate whose acts were directed against the vessels of a single State. It is now understood, however, that the sea-brigand cannot, by so limiting the scope of his operation, free himself from a piratical character. (footnote omitted); *Crescent Real Estate Funding III, et al. v. The City of Houston (Lakewood Church Intervening)*, No. 2002-29335, (Tex. -- Harris County [11th Judicial Dist.] Dec. 12, 2002, Plaintiffs' Motion to Compel): The claims primarily relevant to this motion are Crescent's claim of flaws in the process by which the Compaq Center lease was awarded to Lakewood, and

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Crescent's religious freedom claim stemming from the City's improper preference of Lakewood and its brand of religion through the flawed bidding process.; Karl M. Messen, Antitrust Jurisdiction under Customary International Law, 78 AM. J. INT'l L. 783, 801 (1984) ("The situation has to be faced: in antitrust cases containing foreign elements, concurrent jurisdiction is the rule rather than the exception. Concurrent antitrust jurisdiction, moreover, rarely results from cases in which each state can claim a different basis for jurisdiction. Usually, two or more states can rely on effects and on some elements of strict territoriality at the same time."); Prophet Drew Ali, The Divine Instructions, inside front cover (Chicago: Moslems of India, Egypt and Palestine, 1927): KNOW THYSELF AND ALLAH. *See Rowley, infra.*; *Pierce v. Society of Sisters*, cited equivalently re: The Moorish Science Temple of America-1928, 268 U.S. 510, 515 ("There is nothing in the record which warrants even the suggestion that private and parochial schools in Oregon are in any respect inferior to the public schools. If, however, the contrary were the fact, the case would still be no different; for there would still not exist any valid reason for their total suppression.") in Alexander M. Bickel, <u>The Least Dangerous Branch</u>, n. 15, at 120 (Indianapolis: The Bobbs-Merrill Company, 1962); Goldenhammer.net, Jaggers' Release From Jail After 12 Hours, Commissioners Court Corruption Headline Spectacular Week for Montgomery County Corruption, June 27, 2019: Then to make matters even worse during the Commissioners Court meeting, the Commissioners Court refused to permit a citizen comment during discussion of items on the agenda, because the agenda item concerned the super-secret consent agenda.; Clerk's Record, 354-389 of Exhibit XVIII: 2010 Adverse Dedication (i.e., Purchase Agreement between City of Houston and Lakewood Church), ¶ 8, at 347, re: Deal will boost city's coffers by $7.5 million, help with big shortfall: Councilman C.O. Bradford sharply faulted [Mayor] Parker for how the sale was unveiled to the public, questioning why the previous payments from Lakewood and encumbrances were not more clearly explained initially.; Clerk's Record, 349-350 of Exhibit XVIII: Houston Chronicle, Letters, Bob Ryan, March 27, 2010, at 350: There were a lot of well paid lobbyists in the mix.; Were they lobbying for the New York Convention? *See* Emmanuel Gaillard, <u>Legal Theory of International Arbitration</u>, at 30 (Leiden: Martinus Nijhoff, 2010): From a methodology standpoint, the [New York] Convention's significance lies in the invitation made to the courts of the country where enforcement is sought to focus on the raw product constituted by the award, and no longer on the court decisions surrounding the award that may have been rendered at the seat of the arbitration.; *Arroyo v. State,* 69 S.W. 503, 505; 1902 Tex. Crim. App. LEXIS 193, 11-12 (1902) re: the July 3, 2001 City Hall motion (Clerk's Record, 448) (Is herein alleged "violative of sections 52 and 53 of article 3[ of the Tex. Const.], which provide against the creation of debts, or lending the credit of the city to certain enterprises.") *See* A Proclamation, 12 Stat. 1262, April 15, 1861.; D.P. O'Connell, <u>International Law</u>, Volume One, Chapter 3 Personality in International Law, Section (a) De facto insurgent governments, pp. 96-105, citing at 98 (London: Stevens & Sons Limited, 1965): It is the position of the insurgent régime before an international and not a municipal tribunal that is the test of its status, citing *Compania Minerva Ygnacio Rodriguez Ramos S.A. v. Bartlesville Zinc Co.,* 115 Tex. 21, 275 S.W. 388 (1925) (Is dispositive of a belligerent regime's inability to pass title in Texas.) *Compare* Article 1(d) of Geneva Convention of September 26, 1927.; John Givings El, compiled, <u>Moorish Literature</u>, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6 ("Because they place their trust upon issue and names

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

formed by their forefathers."); *TermoRio S.A. E.S.P. et al. v. Electrificadora del Atlantico S.A. E.S.P. et al.*, 421 F.Supp.2d 87, 101 (D.D.C. 2006) ("For a foreign court's decisions to be contrary to U.S. public policy, it must be "'repugnant to fundamental notions of what is decent and just in the State where enforcement is sought.'" Tahan v. Hodgson, 662 F.2d 862, 862 (D.C.Cir. 1981) (quoting Restatement (Second) Conflict of Laws § 117 cmt. C (1971))."); *Bell Helicopter Textron, Inc. v. Islamic Republic of Iran*, 734 F.3d 1175, 1180 (D.C.Cir. 2013) ("The Restatement (Second) of Judgments § 65 comment b (1982), explains regarding default judgments that 'no public purpose is served by protecting [a] judgment' arising from a 'proceeding [that] was infected by fundamental error.'"); Clerk's Record, 120-124, ¶ 20, Exhibit LIV: *Cowper's Case*, 145 ER 130 (1535), Clerk's Record, 925, ¶ 3, *Gallagher v. Bennett's Heirs*, 38 Tex. 291 (1873) citing *Croxall v. Shererd*, 3 Wall., 287, as well as herein cited Art. 421 Código Bustamante, all 'sav[e] the right to a real action by the creditors' not present.; Goldenhammer.net, Jaggers' Release From Jail After 12 Hours, Commissioners Court Corruption Headline Spectacular Week for Montgomery County Corruption, June 27, 2019: [A]n "ethics committee" which the Commissioners Court had established [was] to pretend to have a "code of ethics" in order to continue to receive state funds from the Texas Department of Transportation.; Jordan J. Paust, Is the President Bound by the Supreme Law of the Land—Foreign Affairs and National Security Reexamined, 9 HASTINGS CONST. L.Q. 719 (1982), text and nn. 119-125, at 749-750 (re: the right of the public to know, n. 119: "Thomas Paine, for example, was an ardent patriot of the public's "right to know," declaring more specifically "There is no place for mystery... In the representative system, the reason for everything must publicly appear. Every man is a proprietor in government, and considers it a necessary part of his business to understand." T. PAINE, THE RIGHTS OF MAN pt. II, ch. III, at 179 (1961)."); Reporter's Record, 5-12-20, at 46, ln. 18, to, at 47, ln. 20, re: material witnesses Dennis Tuttle and Rhogena Nicholas.; Lisa Ott, <u>Enforced Disappearance in International Law</u>, Chapter IV:4 Enforced Disappearance as a Crime Against Humanity, pp. 162-188, citing, among others, *Prosecutor v. Kunarac*, AC, para. 98, at 169 (2011): [U]nder customary international law, it is undisputed that the attack does not have to be based on a policy.; The Epoch Times, Online, 10 Points About Post-Lockdown Economics, by Jeffrey A. Tucker, July 30, 2024: Never before in U.S. history have so many small businesses been shut down coast to coast with such brutality.; *Vanhorne's Lessee v. Dorrance*, 2 U.S. 304, 310 (1795) ("No man would become a member of a community, in which he could not enjoy the fruits of his honest labour and industry."); Kenneth N. Klee, <u>Bankruptcy and the Supreme Court</u>, at 44 (Newark: LexisNexis Editorial Offices, 2008): [T]he partisanship of [the Supreme Court of the United States] Justices [does not appear] predictive of their voting patterns in bankruptcy cases, with the exception of cases in which the debtor is adverse to the [free national] government.; John Givings El, compiled, <u>Moorish Literature</u>, pp. 5-7, Editorial—A Divine Warning By the Prophet For the Nations, at 6 ("If Italians, Greeks, English, Chinese, Japanese, Turks, and Arabians are forced to proclaim their free national name and religion before the constitutional government of the United States of America, it is no more than right that the law should be enforced upon all other American citizens alike."); Prophet Drew Ali, Oral Statements: Sister E. Sims El of Temple 4 and 43 said that she went to the Holy Prophet, because she had been sick. The Holy Prophet listened to her, and said, "Sister, you are going to get well." But that is as much of that meeting that she related, but her husband, Bro. R.



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Sims El, (Past) G.S. of Temple 4 said that the Holy Prophet said to her also, "Sister, go to the Temple, if you have got to crawl."; TheAppeal.org, Houston Cop Who Led Botched Drug Raid Overwhelmingly Arrested Black People, by Mike Hayes, April 23, 2019: In 591 cases in which Goines was the main officer, 94 percent of the defendants were Black, according to case data from the Harris County clerk's office.; John Givings El, compiled, <u>Moorish Literature</u>, p. 14, Divine Warning By the Prophet Noble Drew Ali: Prophet Warns All Moslems – Governors Ordered to Read Proclamation at Each Meeting, at 14 ("All true Moors will and must obey the law as laid down to them by their Prophet. If they lose confidence in their Prophet, they should turn in their card and button, cease wearing their turban and fez and return to the state where I, the Prophet, found you."); Houston Chronicle, Texas judges order DA Kim Ogg to stop withholding Harding Street raid evidence — yet again, by St. John Barned-Smith, Sept. 12, 2021: Harris County District Attorney Kim Ogg trumpeted the indictments in January, comparing the officers' behavior to "straight-up graft," which she said "can literally rot an institution from the inside out."; Khalid Abdullah Tariq Al Mansour and Faissal Fahd Al Talal, <u>The Challenges of Spreading Islam in America</u>, at 4 (First African Arabian Press, 1980): [A]n addiction to luxury, convenience, and entertainment has given rise to an unbelievable complacency among the American public and has tainted their view of religion and religious needs.; Texas Monthly, Give Us the Gavels!, by Michael Hardy, pp. 79-80, 82-83, quoting DA Kim Ogg re: The bail controversy, at 82 (March 2022): "When you have murderers running around on multiple bonds, people who have killed other people, who go back and kill the witnesses," she told Fox 26 last October, "it's a scary time, and I'm here to warn people: we don't have to live like this." *See* re: Ralph Lee Roy Cooper, Brazoria County Jail Inmate No. https://www.usbondsmen.com/texas/brazoria-inmate-COOPER/335518; KHOU 11 Staff, August 26, 2020, *supra*.; Clyde Eagleton, <u>The Responsibility of States in International Law</u>, Chapter 3, ACTS OF AGENTS, § 21. Acts of legislative agents, nn. 67-68, quoting the *Consul Corfitzon*, n. 68 at 64-65 (New York: New York University Press,1928): [A] Court of Prize cannot be properly deterred from making what it conceives to be the appropriate order because a neutral claimant[ which may be less than a claimant in treaty *See* Ian Brownlie, <u>Principles of Public International Law</u>, citing SS 'Wimbledon' (*United Kingdom v. Japan*) PCIJ Rep Series A No 1, 25, at 288 (New York: Oxford University Press, 1990)] would, if he obeyed the order, be guilty of a breach of his own municipal law.; *Crane v. Texas,* 766 F.2d 193 (1985) ("[C]ounty responsibility for violation of the Constitution cannot be evaded by such ingenious arrangements."); *Japan Line v. County of Los Angeles, supra*; Charles Cheney Hyde, <u>International Law Chiefly as Interpreted and Applied by the United States</u>, Volume One, **§ 232. Piratical Acts.** pp. 412-414, n. 4, at 413 (Boston: Little, Brown, and Co., 1922): Declares Hall: "[T]he absence of competent authority is the test of piracy[.]" (citation omitted); Francis Anthony Boyle, <u>Defending Civil Resistance Under International Law</u>, at 207 (Dobbs Ferry: Transnational Publishers, 1987): Pursuant to Article 146 [Fourth Geneva], the U.S. government "shall be under the obligation to search for persons alleged to have committed, or to have ordered to be committed, such grave breaches, and shall bring such persons, regardless of their nationality, before its own courts.; William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume II, quoting from the 1807 trial of Aaron Burr, Chief Justice Marshall, n. 39, at 1346 (Chicago: University of Chicago Press, 1953): [H]e refers to the statute of treasons of 25 Edward III as "a very old statute of that country whose



03/28/2025
873075339
2°  March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

<u>Constitution and By - Laws</u>: Act 1. *See also* Prophet Drew Ali, Oral Statements: Bro. T. Booker Bey, Grand Natl. Treasurer (Emeritus) said that when at a meeting where the Holy Prophet was present that he saw 10 Arabians, 5 Turks, 2 Chinese, and 1 Japanese join the Moorish Science Temple of America.; Nicholas Pendleton Mitchell, <u>State Interests in American Treaties</u>, Appendix XXVII *Treaties providing that in Case of Death of a Citizen of One State in the Territory of the Other his Consul may Take Charge of his Property subject to the laws of the State in which he Died.* pp. 180-181, Other Party Morocco, Date of Signature Sept. 16, 1836, Article XXII at 181 (Richmond: Garrett & Massie, Inc., 1936). *See also Juridical Condition and Rights of the Undocumented Migrants*, IACtHR, Trindade, J., concurring, Emergence, Content and Scope of *Jus Cogens*, paras. 65 – 73, quoting para. 68, September 17, 2003: I have always sustained that it is an ineluctable consequence of the affirmation and the very existence of peremptory norms of International Law their not being limited to the conventional norms, to the law of treaties, and their being extended to every and any juridical act. (footnote omitted); John Austin, <u>The Province of Jurisprudence Determined</u>, at 32 (New York: Noonday Press, 1863): [Mere] admirers of customary law love to trick out their idol with mysterious and imposing (*See*, e.g., CCCXI: *Lane v. Baxter Healthcare Corp.*, 905 S.W.2d 39, 42 (1995), citing Mossler v. Shields, 818 S.W.2d 752, 754 (Tex. 1991) ("A dismissal with prejudice functions as a final determination on the merits.")) attributes. *Contrast* McKelvey § 130, *supra*.; *Stop The Beach Renourishment, Inc. v. Florida Dept. of Environmental Protection*, 560 U.S. 702, 704 (2010) ("This Court's precedents provide no support for the proposition that takings effected by the judicial branch are entitled to special treatment, and in fact suggest the contrary.") (citations omitted); Where an original petition [here, filed March 5, 2020] set up a judgment on *scire facias* [here, by way of adverse dedication, March 31, 2010] in respect of which ten years had not run, is bar of execution not wanting under *Owens v. Henry*, 161 U.S. 642 (1896)?; *Nestle USA, Inc. v. Doe et al.*, 593 U.S. ___, Alito, J., dissenting (2021) ("A decision begins to take on the flavor of an advisory opinion when it is necessary to make so many important assumptions in order to reach the question that is actually resolved."); *Id.*, ("Corporate status does not justify special immunity."); Tom Ruys et al. eds., <u>The Cambridge Handbook of Immunities and International Law</u>, in Jean-Marc Thouvenin and Victor Grandaubert, Chapter 13, The Material Scope of State Immunity from Execution, at 255 (Cambridge: Cambridge University Press, 2019): [A] number of national courts have clearly expressed their opinion that enforcement immunity is no longer absolute.; Prophet Drew Ali, Oral Statements: Sister A. Brown El of Temple 4 and 25 said that the Holy Prophet said, "Don't throw away your Bibles, because I am going to use them to condemn the government."; Involuntary servitude encompasses – *Servitus servitutis esse non potest*: There cannot be an easement upon an easement.; *Trump v. Anderson*, et al., 601 U.S. ___, (joint opinion of Sotomayor, Kagan, and Jackson, JJ.) (2024) ("Remedial legislation of any kind, however, is not required."); Jordan J. Paust, Is the President Bound by the Supreme Law of the Land—Foreign Affairs and National Security Reexamined, 9 HASTINGS CONST. L.Q. 719, re: derivative immunity, n. 110, at 748 (1982) ("The Supreme Court finally resolved the issue by denying immunity to private coconspirators. *See Dennis v. Sparks*, 449 U.S. 24, 27-32 (1980)."); Akhil Reed Amar; Daniel Widawsky, Child Abuse As Slavery: A Thirteenth Amendment Response to DeShaney, 105 Harv. L. Rev. 1359, 1368 (1992) ("To end slavery was thus to radically restructure this "private" sphere, and to reorder not simply the

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

political and economic system but the social fabric as well."); *The Paquet Case*, Ven.Arb. 1903, p.265, 267 (Belg.-Ven. M.C.C.) (Held, that the reasons for the expulsion having been asked for [here, via, action for declaratory judgment] and refused, "the expulsion can be considered as an arbitrary act of such a nature as to entail reparation[.]") cited in Bin Cheng, General Principles of Law as Applied by International Courts and Tribunals, n. 14, at 36 (London: Stevens and Sons, 1953); James Muldoon, Popes, Lawyers, and Infidels: The Church and the Non-Christian World 1250-1550, re: canonistic theory of relations between states, wherein Moslems, or Saracens, defined as sinners, without right to hold property and lordship, 1 (Philadelphia: University of Pennsylvania Press, 1979): [L]egal principles and practices developed for dealing with [a] class of people defined as *extra ecclesiam*[.]; The Koran, trans. by George Sale, at 499 (London: Frederick Warne and Co., 1734): O mankind! Indeed We created you from a male and a female, and made you nations and tribes that you may identify yourselves with one another. Indeed the noblest[1] of you in the sight of Allah is the most Godwary among you. Indeed Allah is all-knowing, all-aware. 1. Or 'the most honoured.'; "[U]nder CAFRA, a claimant like Ross is a *de facto* defendant. CAFRA's fee-shifting provision provides that a claimant who substantially prevails is entitled to recover fees "in any civil proceeding to forfeit property." 28 U.S.C. § 2465(b)(1). Where—as here—the government began the *in rem* civil proceeding in question, the government is the "plaintiff," see App. 11, and the claimant stands in the shoes of the defendant, cf. *Waterloo Distilling Corp. v. United States*, 282 U.S. 577, 581 (1931) (recognizing that *in rem* civil forfeiture proceedings are a "legal fiction"). *See also Culley*, 601 U.S. at 395 (Gorsuch, J., concurring) ("In civil forfeiture . . . the government can simply take the property and later proceed to court to earn the right to keep it . . . ."); id. at 404 (Sotomayor, J., dissenting) ("Civil forfeiture is a hybrid, where prosecutors proceed against any property (*in rem*) they believe is connected to a crime, even when the owner is innocent.")[]" in *United States of America, Plaintiff-Appellee v. Richard Stuart Ross, Claimant-Appellant*, 24-1421, (2nd Cir. 2024) Rutherford Institute and Buckeye Institute, *Amici Curiae* in support of Claimant-Appellant, at 4 (August 15, 2024).; Clyde Eagleton, The Responsibility of States in International Law, at 73 (New York: New York University Press, 1928): Where, however, the alien is the defendant, an arbitrary, venal, or collusive judgment, a "manifest injustice," may in itself be regarded as an international illegality.; Charles Cheney Hyde, International Law Chiefly as Interpreted and Applied by the United States, Volume One, **§ 232. Piratical Acts.** pp. 412-414, at 412-13 (Boston: Little, Brown, and Co., 1922): Piratical acts may assume a variety of forms. They may include, for example, homicide or robbery or burning. ...They may represent the united effort of persons controlling a vessel so that the ship itself is transformed into a piratical craft.; Lisa Ott, Enforced Disappearance in International Law, Chapter IV:4 Enforced Disappearance as a Crime Against Humanity, pp 162-188, re: crime against humanity, numerical threshold for, at 171-172 (Cambridge: Intersentia, 2011): [Because] enforced disappearance is a crime of comparable gravity as murder, torture or enslavement, which are all referred to in the singular in the text of the Rome Statute, the same has to apply. This is also confirmed by the Elements of Crime, which refer to the abduction of "one or more persons." (citations omitted); Houston Chronicle, Federal judge rules Houston destroyed evidence in jail lawsuit, by Gabrielle Banks; St. John Barned-Smith, September 5, 2018: Sandra Guerra Thompson, a law professor at the University of Houston, said the ruling was notable because the judge plans to tell the jury that the inmates'

03/28/2025
873075339

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

lawyers have already established all the points they would need to prove. *Contra State of Missouri, et al. v. Joseph R. Biden Jr., et al.*, 3:22-CV-01213-TAD-KDM, (W.D. La., Nov. 8, 2024, Memorandum Order): This case stems from Defendants' violation of Plaintiffs' First Amendment speech rights.; Id., Because we find that Plaintiffs have demonstrated the necessity of jurisdictional discovery, and because their proposed discovery does not appear to be a jurisdictional fishing expedition— Plaintiffs shall have the opportunity to conduct such discovery. (citation omitted); Here, however, the government's involvement is herein alleged direct and not 'one-step-removed' (*See Murthy, Surgeon General, et al. v. Missouri, et al.*, 603 U.S. ___, (2024) ("[Plaintiffs] seek to enjoin the Government agencies and officials from pressuring or encouraging the platforms to suppress protected speech in the future[.]")) in that the very Facebook account here involved was herein alleged actually set up by the Department of Defense for Aundra with the suppression of speech coming in a 'concrete and particularized' way only after the herein alleged one, lone, contact on Facebook was made by Aundra to Judge Rosangela Rodrigues dos Santos.; Luke T. Lee, The Right to Compensation: Refugees and Countries of Asylum, 80 Am. J. Int'l L. 532, 540 (1986) cites Trail Smelter (*U.S. v. Can.*) 3 R. Int'l Arb. Awards 1905 (1938 & 1941) (holding re: "[A] state could not "purchase," through compensation, the right to continue the injurious activity."); John M. Rogers, <u>International Law and United States Law</u>, pp. 61-63 re: cases interpreting 'commercial' activity under the FSIA, n. 94 at 60 (Brookfield: Dartmouth Publishing Company Limited, 1999): The two U.S. Supreme Court cases interpreting 'commercial' under the FSIA have dealt with police arrests and public bond issues. Both have public, noncommercial purposes (public order, currency stability), but both can be characterized as activity that is private or commercial in nature (private factory guards enforce security, private companies issue bonds).; André de Hoogh, <u>Obligations *Erga Omnes* and International Crimes</u>, at 68 (The Hague: Kluwer Law International, 1996): Apart from certain non-problematical categories of legal interests, ... [t]he prejudice suffered by individual States may be caused directly, for instance by way of obstruction of the exercise of rights of jurisdiction, or it may be caused indirectly to a State to the detriment of its nationals. *See* Jordan J. Paust, The Unconstitutional Detention of Mexican and Canadian Prisoners by the United States Government, 12 VAND. J. TRANSNAT'l L. 67 (1979), text and nn. 7-11, at 69 ("From the human rights standpoint, it is also important to note that a violation of fundamental human rights can be "waived" neither by an individual nor by a government."); *Thompson v. Duncan*, 1 Tex. 485 (Tex. 1846) ("[A]n executor or administrator may sue in his own name and character for the recovery of lands belonging to the estate of his testator or intestate."); William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume I, n. 40, at 1260 (Chicago: University of Chicago Press, 1953): The Law of Nations is another constituent part of British jurisprudence and has always been most liberally adopted and attended to by our municipal tribunals, in matters where that rule of decision was proper to be resorted to, as questions respecting the privileges of ambassadors, and the property in maritime captures and prizes.; *Edye v. Robertson*, 112 U.S. 580, 598-599 (1884) ("[T]he court resorts to the treaty for a rule of decision for the case before it, as it would to a statute.") in Jordan J. Paust, <u>International Law as Law of the United States</u>, (Durham: Carolina Academic Press, 1996), among others, 270 n. 512.; Herbert W. Briggs, ed., <u>The Law of Nations: Cases, Documents, and Notes</u>, *Foreign States as Plaintiffs*. pp. 411-413, quoting *Trade Delegation of U.S.S.R. v. Maurycy Fajans* (1928), at 412 (New York:

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

Appleton-Century-Crofts, 2nd ed. 1952): [T]he Supreme Court of Poland held that by "the general principles of the so-called law of nations, based on customs which are accepted in the relations between States . . . a foreign State is entitled to enforce its civil rights, if it is recognised by the State in which it brings the action, and of course only if the claim is not contrary to the law of that State or to public order."; Charles T. Kotuby Jr. and Luke A. Sobota, General Principles of Law and International Due Process, n. 332 quoting Bin Cheng, General Principles of Law as Applied by International Courts and Tribunals 251, at 144 (New York: Oxford University Press, 2017): Id. Reparation must be made for any consequences intended by the actor, however exceptional or remote. Stated another way, "'[i]nternational as well as municipal law [affords] compensation for remote consequences, in the [presence] of evidence of deliberate intention to injure.'" Id., at 252 (quoting Dix Case, Opinion of Commission, 9 R.I.A.A. 117, 121 (1903)); see also Ioannis Kardassopoulos v. Republic of Georgia, ICSID Case Nos. ARB/05/18 & ARB/07/15, Award, ¶¶ 468-69 (Mar. 3, 2010) (quoting Draft Articles on Responsibility of States[.]) (internal notation omitted); John Givings El, compiled, Moorish Literature, pp. 5-7, Editorial —A Divine Warning By the Prophet For the Nations, at 6 ("I am hereby calling on all true citizens that stand for a National Free Government, and the enforcement of the constitution[.]"); Jordan J. Paust, Is the President Bound by the Supreme Law of the Land—Foreign Affairs and National Security Reexamined, 9 HASTINGS CONST. L.Q. 719 (1982), 751 (re: quoting Youngstown Sheet & Tube Co. v. Sawyer, 343 U.S. 579, 655 (1952) (Jackson, J., concurring) for in order to preserve a "free government. . . the Executive [must] be under the law."); Prophet Drew Ali, The Divine Instructions, at 57, 46:9 (Chicago: The Prophet Ali, 1927): All nations of the earth in these modern days are seeking peace, but there is but one true and divine way that peace may be obtained in these days and it is through Love, Truth, Peace, Freedom and Justice being taught universally to all nations, in all lands.; John Givings El, compiled, Moorish Literature, pp. 9-10, Savior of Humanity, at 10 ("It will be through his work that humanity will be brought from the slime of life and placed on the solid rock of salvation."); Asa G. Hilliard III, et al. eds., Infusion of African and African American Content in the School Curriculum, pp. 87-109, Ivan Van Sertima, Future Directions for African and African American Content in the School Curriculum, at 89 (Morristown: Aaron Press, 1990): [C]ivilization is not just technology[,] [but i]t's[ rather, especially] the humanization[with specificity] of the human[ involved in learning the truth about themselves].; Prophet Drew Ali, Oral Statements: The Holy Prophet Noble Drew Ali said, "I come to set you free from that state of mental slavery that I found you in[]" cited re: 20 U.S.C. § 1412(a)(1)(A) by a preponderance of the evidence See Board of Education of the Hendrick Hudson Central School District, Westchester County, et al. v. Rowley, 458 U.S. 176, 206 (1982) ("[Courts must not] substitute their own notions of sound educational policy for those of the school authorities which they review."); Russell J. Rickford, Betty Shabazz, quoting eldest of six, Attallah, at 127 (Naperville: Sourcebooks, 2003): "When I went to school and parts of me were omitted from history books," Attallah later recalled, "I knew the hole wasn't in me, it was in the books." See e.g., re: here, political history books of treaties in force, James Brown Scott, ed., The International Conferences of American States: 1889-1928, Sixth International Conference of American States, re: OFFICIALS AND DELEGATES OF THE CONFERENCE, pp. 305-307, n. 1, at 305 (New York: Oxford University Press, 1931); Martti Koskenniemi, From Apology to Utopia: The Structure of International Legal

Muqallibu Deen El, ©2023 – ©2025          38 of 41          March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

language is our language, and whose laws form the substratum of our laws"—that is, in this instance, national laws.; Prophet Drew Ali, Oral Statements: Bro. B. Jones El of Temple 43 heard the Holy Prophet, said, "One day, they are going to tear down all the churches and take the bells and melt them down, and make bullets to fight with."; Grant and Barker, eds., Parry and Grant Encyclopaedic Dictionary of International Law, re: inadmissible cases and unwillingness to prosecute, 246-247 (Dobbs Ferry: Oceana Publications, 2004): **International Criminal Court** [A] case will be inadmissible where the case is being investigated or prosecuted, … unless that State is … unwilling or unable genuinely to prosecute (art. 17(1)(a)-(b)). The Court itself is required to determine the question of unwillingness or inability to prosecute. In making this determination, the Court shall consider whether national proceedings were undertaken for purposes of shielding the accused from criminal responsibility[.] *See* e.g., Huffington Post, Online, NYC Mayor Eric Adams, DOJ Ordered To Appear In Court Over Charges' Dismissal, by Nina Golgowski, February 18, 2025: The Justice Department last week ordered federal prosecutors in Manhattan to drop Adams' corruption case to ensure his cooperation with President Donald Trump's immigration policies.; Michael A. Schoeppner, Moral Contagion: Black Atlantic Sailors, Citizenship, and Diplomacy in Antebellum America, at 26 (Cambridge: Cambridge University Press, 2019): It does not take a historian's imagination to consider the possibility that a political faction might attempt to deflect attention away from the underlying causes of an economic downturn by stressing the role played by a racial underclass in driving down the wages of white workers and sapping the resources of the state. *See* e.g., Houston Chronicle, Texas High Court Halts Uplift Harris, by Dylan McGuinness and Jen Rice, at A1, April 24, 2024: Paxton celebrated the court order, saying he looked "forward to continuing to defend our Constitution". *Contrast* Esther A. Armah, Emotional Justice: A Roadmap for Healing, Sec. Welfare Queen, cited applicably re: privateering a welfare condition even here, via wealth detained, at p. 74 (Oakland: Berrett-Koehler, 2022): The facts? The majority of welfare recipients were white, and the majority of those who had committed welfare fraud were male. The facts did not shape the narrative.; Andrew M. Scoble, Enforcing the Customary International Law of Human Rights in Federal Court, 74 Calf. L. Rev. 127 (1986), n. 1 ("Act of Sept. 24, 1789, ch. 20, § 9(b), 1 Stat. 73, 77 (codified as amended at 28 U.S.C. § 1350 (1982))."), n. 3 ("In *Bolchos v. Darrel*, 3 F. Cas. 810 (D.S.C. 1795) (No. 1607), the statute offered an alternative to admiralty jurisdiction; in *Abdul-Rahman Omar Adra v. Clift*, 195 F. Supp. 857 (D. Md. 1961), the court accepted jurisdiction under § 1350."), n. 53 ("The Attorney General stated: [T]here can be no doubt that the company or individuals who have been injured by these acts of hostility have a remedy by a civil suit in the courts of the United States; jurisdiction being expressly given to these courts in all cases where an alien sues for a tort only, in violation of the laws of nations, or a treaty of the United States. …"); Michael E. Tigar, Thinking About Terrorism, quoting Davidson's, The Black Man's Burden 227-28, at 117 (Chicago: American Bar Association Publishing, 2007): Being the enemies of the state, kinship corporations hasten its downfall. They point, more often than not, to a collapse of civil society and the response of *sauve qui peut*. They open the gate to fearful abuse of the common interest [for, instead, local conveniency or prejudice].; *Wright v. Council of City of Emporia*, 407 U.S. 451, 467 (1972) ("A state's constitutional obligation requires it to steer clear… of giving significant aid to institutions that practice racial or other invidious discrimination."); F.A. Lewin, Lewin On Trusts and Trustees, Chapter VII, Unlawful Trusts, Section 22. Splitting

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

votes, at 143 (Boston: Charles H. Edson & Co., 1888): Fictitious, fraudulent, or collusive conveyances for the purpose of creating votes for members of parliament, as when the conveyance is in the form only, and there is a private arrangement between the parties that no interest shall pass, are null and void[ forms of vote splitting].; Prophet Drew Ali, The Divine Instructions, at 41, 34:3 (Chicago: Moslems of India, Egypt and Palestine, 1927): He blusheth at falsehood, and is founded[.]; *In re Gaddy*, 2020 Bankr. LEXIS 2931 (Fraud claims are "rarely ripe for summary judgment.") (citations omitted); *Mescalero Apache Tribe v. Jones*, 411 U.S. 145 (1973) (personalty merged with realty is tax excepted per 25 U.S.C. 465); Michael E. Tigar, <u>Thinking About Terrorism</u>, quoting Davidson's, The Black Man's Burden 227-28, at 117 (Chicago: American Bar Association Publishing, 2007): [Kinship corporations] are bound to be enemies of the state if only because it is the state that has allowed them into the political arena through its failures in effectiveness.; KPRC Click2Houston, Investigation ramps up into African art stashed in tax-payer funded shed in Harris county, by Mario Diaz, quoting Kimbra Kimberlyn Ogg from July 31, 2020, August 11, 2020: I assure you that the District Attorney's Office is as interested in public corruption in elected office as it is in the police department as it is in any private industry where it might exist.; John Givings El, compiled, <u>Moorish Literature</u>, pp. 16-17, cited, illustratively, from the historical record, re: the Moorish Americans and their near kin, Moorish Costumes Ball, at 16 ("When more barbaric tribes from the North were ravishing all countries, they were permitted to enter."); Kal Raustiala, <u>Does the Constitution Follow the Flag: The Evolution of Territoriality in American Law</u>, quoting Chancellor Kent, re: circa 1783, 80 Stat. 80, n. 6 at 257 (Oxford: Oxford University Press, 2009): Some in the early United States were nonetheless eager to prove that it belonged in the charmed circle of sovereign states. Chancellor Kent, in his influential commentaries on American law, was highly interested that "the United States *be perceived* by other countries as a qualified sovereign partner in the European Christian community of nations." (emphasis added). *Contrast* Prophet Drew Ali, Oral Statements: The Holy Prophet said, "Moorish Leaders, live a life of love, so that you will be loved as I the Prophet is loved."; William Winslow Crosskey, <u>Politics and the Constitution in the History of the United States</u>, Volume I, quoting Jeremy Belknap, in his History of New Hampshire (Boston, 1792), re: distinguishing "foreign" from "national" trade, n. 70, at 1284 (Chicago: University of Chicago Press, 1953): By "foreign trade," Belknap meant "trade with non-British non-Americans[,]" while "[n]ational trade," was apparently all trade within the Empire.; Herbert W. Briggs, ed., <u>The Law of Nations: Cases, Documents, and Notes</u>, here, cited, equivalently, re: citizen of the U.S.A. via the M.S.T. of A.-1928, at 504 (New York: Appleton-Century-Crofts, 2nd ed. 1952): Moslem law . . . could not apply to the foreign subjects of States which had capitulations with the Ottoman Empire.; Prophet Drew Ali, <u>Koran Questions for Moorish Americans</u>, at 2: What is the title given to our ruler in Morocco? Sultan. *See* re: whether or not "detached from the[ here, British] Empire", Lighthouses in Crete and Samos (*France v. Greece*) PCIJ Rep Series A/B No 71, 92, 103: The wide forms of autonomy conferred on the [here, Prophet Ali] in question could only be taken into consideration for the solution of the present dispute, if they justified the conclusion that the autonomous territories[ here, self-supporting Temple] w[as] already, at the date of the contract, detached from the [here, British] Empire to the extent that every political link between them… had been severed, so that the [aforesaid Empire] had lost all power to make contracts in regard to them. *See* Prophet Drew Ali, The Moorish Science Temple of America, <u>The Divine</u>

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

<u>Argument</u>, quoting *Dispute between Texaco Overseas Petroleum Company/California Asiatic Oil Company v. the Government of the Libyan Arab Republic* re: what a State wills is not a subject for judicial discernment, n. 39, at 278 (Helsinki: Finnish Lawyers' Publishing Company, 1989): The tribunal noted that "it must regard the Libyan Government as having acted in accordance with its own sovereign appreciation of the national interest". (citation omitted); David M. Golove, Treaty-Making and the Nation: The Historical Foundations of the Nationalist Conception of the Treaty Power, 98 MICH. L. REV. 1075, 1273, N. 670 (2000) ("The U.S. delegation's explanation for why it could not vote on a code of private international law in 1928 was a typical use of weasel words: The Delegation of the United States of America regrets very much that it is unable at the present time to approve the Code of Dr. Bustamante, as in view of the Constitution of the United States of America, the relations among the States [sic] members of the Union and the powers and functions of the Federal Government, it finds it very difficult to do so."); William B. Stern, Foreign Law in the Courts: Judicial Notice and Proof, 45 CALIF. L REV. 23, re: judicial notice of facts which form a part of the political history of the world, at 24 (1957) ("[T]he status of law libraries was such[, here,] as to make acquaintance with the law of sister states … impossible."); Bobby E. Wright, <u>The Psychopathic Racial Personality and Other Essays</u>, at 17 (Chicago: Third World Press, 1984): Political brainwashing is a violation of the Geneva Convention rules for the treatment of prisoners of war. *See* e.g., American Indian Culture and Research Journal, The INS and the Singular Status of North American Indians, by Marian L. Smith, California Digital Commons, Vol. 21, Iss. 1, 131-154, at 131 (1997): The exceptional immigration status of North American Indians rests, obviously, on their being the only peoples of the world who did not immigrate to North America after Europeans laid claim to the continent.; Michael E. Tigar, <u>Mythologies of State and Monopoly Power</u>, at 130 (New York: Monthly Review Press, 2018): The conduct described in the plaintiffs' case amounts to state-sponsored terrorism, and one had thought that all branches of government have a duty to address and remedy it. *See*, Article 6 of the Constitution for the United States of America, here, 6(3): The senators and representatives before mentioned, and the members of the several State legislatures, and all executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution[.]; Clyde Eagleton, <u>The Responsibility of States in International Law</u>, Mr. Wheaton to Mr. Butler, January 20, 1835, re: *French Spoliation Claims*, text and n. 69, at 65 (New York: New York University Press, 1928): [T]he nation is none the less responsible for the breach of faith arising out of the discordant action of the international machinery of its Constitution.; Sandy Vogelsang, <u>American Dream Global Nightmare: The Dilemma of U.S. Human Rights Policy</u>, at 83-84 (New York: W.W. Norton, 1980): To ignore violations of human rights may be to disregard one of the major causes and symptoms of domestic and global tension and thus, as noted previously, undercut the pursuit of peace. It is a short-run reading of national interest that lacks long-term perspective.; James Brown Scott, ed., <u>The International Conferences of American States: 1889-1928</u>, Sixth International Conference of American States, CONVENTION ON DIPLOMATIC OFFICERS, pp. 420-424, re: Section II *Personnel of missions*, at 422 (New York: Oxford University Press, 1931): Article 10. Each mission shall have the personnel determined by its Government.; Yussuf Naim Kly, et al. eds., <u>In Pursuit of the Right to Self-Determination</u>, pp. 124-129, Françoise Jane Hampson, Structures of Governance Rights & A General Assembly of Nations, at



Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

125 (Atlanta: Clarity Press, 2001): The General Comment of the Human Rights Committee of article one of the International Covenant on Civil and Political Rights implies that if a minority of a certain type is denied the right to participate in public life, as a result of which the central authorities do not represent them, then they may have a right to self-determination.; Prophet Drew Ali, Oral Statements: Bro. J. Blakely Bey said that the Holy Prophet Noble Drew Ali said, "In the year 2,000, the Moors will come into their own." *See*, e.g., P.L. 113–168, 128 Stat. 1884 (Sept. 26, 2014): **SEC. 139E. INDIAN GENERAL WELFARE BENEFITS.** (c)(4) ESTABLISHMENT OF TRIBAL GOVERNMENT PROGRAM.— A program shall not fail to be treated as an Indian tribal government program solely by reason of the program being established by tribal custom or government practice.; Eileen Denza, <u>Diplomatic Law: Commentary on the Vienna Convention on Diplomatic Relations</u>, at 452 (New York: Oxford University Press, 2008): A safe conduct—which was also available to any private person—guaranteed safe transit through the territory of the State granting it, and in the case of a diplomat the sending State[ here, *arguendo*, the United States of America] would certainly protest if there was any breach of the undertaking. (footnote omitted) *See* March 5, 2025 Brazoria County Sheriff's Office Citation #00300432, of which extreme prejudice is taken of the herein alleged "species of restraint" and failure by a third State to permit transit and accord 'such privileges and immunities as are necessary to facilitate[ not only] his transit' but also what is 'required to ensure his... return' [*See* Eileen Denza, pp. 451-459, DUTIES OF THIRD STATES], and, otherwise, interfere in the internal affairs [*See* Eileen Denza, pp. 460-468, DUTIES OF THE MISSION TOWARDS THE RECEIVING STATE] of the MSTA-1928 right of access as, *arguendo*, receiving state to obtain juvenile records upon the confiscation, during transit stop, of the vehicular plates of one, Aundra Owens Crane El, in manifest disregard of notice given on January 17, 2025, by Mrs. Walter Stanley Crane Jr El and the consensus appointment of Muqallibu Deen El as public minister by MSTA-1928's, Shaykh Ra Saadi El, the Department of Interior's agent in the Department of State, and the Walter Stanley Crane Jr El Estate's Executrix, Aundra Owens Crane El, of which, "This Act of recognition. . ." quoting J.G. Starke, An Introduction to International Law, in Daniel C. Turack, <u>The Passport in International Law</u>, at 242 (Lexington: D.C. Heath and Company, 1972): implies that the recognized Government is, in the opinion of the recognizing State, qualified to represent an existing State. This Act of recognition . . . may be *express*, that is by formal declaration . . . or implied when it is a matter of inference from certain relations between the recognizing State and the . . . new Government. The manner of recognition is not material, provided that it unequivocally indicates the intention of the recognizing State.; Id., Subsec. *The "A" Mandates*, pp. 215-216, quoting Rex v. Ketter [1939] 1 All E.R. 729; [1940] 1 K.B. 787, re: here, "Texas driver license, Brooklyn, NY" at 215 (Lexington: D.C. Heath and Company, 1972): [T]he Court of Criminal Appeals found it "difficult to see that this of itself could lead the appellant[ here, Bo Stallman, Sheriff, Brazoria County Sheriff's Office, through Jessenia Jimenez, Officer ID#: SO2222] to think that[ here, a Louisiana native, and bearer of, among others, the Title 4 flag] was a[n][ *arguendo*, Texas] subject, and it is still more difficult to see how it could make h[er] one."; John Quigley, Must Treaty Violations Be Remedied?: A Critique of *Sanchez-Llamas v. Oregon*, 36 GA. J. INT'L & COMP. L 355, at 365 (2008) ("Whenever a state violates an international obligation, whether the obligation is found in the customary law of nations, in a multilateral treaty, or in a bilateral treaty, it must make amends.")

Muqallibu Deen El, ©2023 – ©2025          40 of 41           2c March 27th, 2025

Estate of Crane, No. 478731 (Probate – Harris County [No. 2] April 15, 2021, Summary Judgment)

(citation omitted); Id., citing Gabcikovo-Nagymaros Project (*Hung. v. Slovk.*) 1997 *I.C.J.* Rep. 7, at 366 (2008): In the ICJ's view, a state that violates a treaty obligation must take appropriate action to provide a remedy.; Prophet Drew Ali, <u>Koran Questions for Moorish Americans</u>, at 8: And let every member exercise his five senses who is able to do so, because out from your Sunday School comes the guiders of the Nation.



03/28/2025
873075339
March 27th, 2025

## OUR AUTHORITY

(COPY)
Book 521        PAGE 579
State of Illinois, Cook County   ss
No. 10105905

**Filed For Record**

CORPORATION — Religious — Affidavit of Organization
Form No. 1099.
STATE OF ILLINOIS,
County of COOK

ss

1928 AUG. 1 PM 252
AND RECORDED IN
BOOK                    PAGE

I, NOBLE DREW ALI,................................Recorder

Salomes Jasconowskic

MOORISH SCIENCE TEMPLE OF AMERICA............ ield

at..............Chicago..............in the County of COOK..............

and State of Illinois, on the..............20th..............day of

..............July..............A. D. 1928, for that purpose, the fol-

lowing persons were appointed..............SHIEKS..............

..............................according to the rules and usages of such

**MOORISH SCIENCE TEMPLE OF AMERICA**
do solemnly swear that at the meeting of the members of the
NOBLE DREW ALI, MEALY EL, SMALL BEY LOVETT
BEY AND FOREMAN BEY. The Moorish Science Temple
of America deriving its power and authority from the Great
Koran of Mohammed to propogate the faith and extend the
learning and truth of the Great Prophet of ALI in America.
To appoint and consecrate missionaries of the prophet and
to establish the faith of Mohammed in America.

And said MOORISH SCIENCE TEMPLE OF AMERI-
CA adopted as its corporate name, the following MOORISH
SCIENCE TEMPLE OF AMERICA..............................

And at said meeting. this affiant acted as Presiding
officer Subscribed and Sworn to Before me.

..............20th..............day of

..............July..............A. D. 1928......

Drew Ali..............................

Roberta W. Counull

Notary Public

See Hurd's Rev. Stat., Chap. 32, 36. *Our appointed  *Or Wardens
vestrymen, or whatever name they may adopt



03/28/2025
873075339

Grand Temple #2
Supreme Grand sheik
Shaykh RA SAADi El
Grand Gov. YsseBAAD El

888-361-2499

Grand Temple #2
Gov. Yssis SAAD El/GM

888-361-2499

→ Bro. Fredrick Dean Bey



03/28/2025
873075339

# Moorish American National Government

## The Divine Ministry



**ISLAM**



**Noble Drew Ali**







### SET FOR THE DEFENSE OF THE GOSPEL



**ALLAH**
**THE GREAT GOD OF LOVE**

This Is To Certify, That After Satisfactory Relation Of Infinite Experience, A Call To The National Ministry Of The

## Moorish American National Government

Name: *Dr. Mugallibun Dean-El, D.M.*

Is Hereby Officially Ordained To:

## THE DIVINE MINISTRY

By The Grand Chairman of Moorish America

On the **27** Day, of (MONTH) **November** In the YEAR 20 **15**

National Representative of The Office **Education's Truth**

The Aforementioned Official, Now Ordained To The Divine Ministry, Is Empowered To Teach The High Principles Of Love, Truth, Peace, Freedom And Justice; Teach All Men And Nations Of The Earth To Obey The Laws And National Constitution Of The Said Government. He Or She Is Authorized To Be An Ambassador To Their Especial Cabinet And To Seek National Friendship, Global Alliances, And Treaties Of Harmony To The Benefit Of Humanity. All Ministers Representing Moorish America Must Confirm Themselves To Holy Books And Laws Of Salvation And To Heal The Bodies, Souls And Hearts Of Men That They May Learn To Love Instead Of Hate. The Moorish Americans Are Descendents Of The Ancient Moabites Whom Later Inhabited The Northwestern And Southwestern Shores Of America; They Are The Mothers And Fathers Of The Human Family Of Nations, Whose Forefathers Were The Torchbearers Of Civilization, Indigenous Scientists Of The Arts And Rulers Of The universe Seen And unseen. From This Office, Said Minister Have Completed Theology Of The World Through The Ancient Kemetic Four Great Sacred Schools Of Thought And Honors All True And Divine Prophets From Adam, Yehoshua (Jesus), Mohammed, Buddah, And Confucious Through noble Drew Ali.

Said Divine Minister Have Infinite Jurisdiction To Teach Upon The Hedges And Highways; From All Halls Of Learning To The Diersal Crypts In Honor Of Uplifting Fallen humanity. These Governmental Authorizations With Supporting Moorish National Identification Are To Be Presented Upon Demand Whenever Certifications Are Required. The Moorish National Government Reserves The Sovereign Unalienable Right, With Just Reason, To Suspend, Revoke Or Take Away The Official Status Of This Officer While Leaving Intact The Divinity Of Their Ministry.

In Testimony Whereof I Have Hereunto Autographed My Name *Che' Mohammed Bey*

Grand National Chairman

And Affixed The Grand National Seal And The Grand National Emblem Of The Moorish American Government

SEAL    *Swift Arel #115*    SEAL



ALL SOVEREIGN RIGHTS RESERVED

**ASIA**



**Unity**





**Fig. No. 1**







03/28/2025
873075339



# Moorish American National Government

## The Divine Ministry



ISLAM



Noble Drew Ali









The Grand National Emblem

ASIA



Unity



Fig. No. 1





### SET FOR THE DEFENSE OF THE GOSPEL



**ALLAH**
**THE GREAT GOD OF LOVE**

This Is To Certify, That After Satisfactory Relation Of Infinite Experience, A Call To The National Ministry Of The

## Moorish American National Government

Name: *Dr. Aundra Higgins Crane-El, D.M.*

Is Hereby Officially Ordained To:

## THE DIVINE MINISTRY

By The Grand National Chairman of Moorish America

On the *26th* Day, of (MONTH) *July*, In the YEAR 20 *2018*

National Representative of The Office: *Embassies, Consulates, Governments*

The Aforementioned Official, Now Ordained To The Divine Ministry, Is Empowered To Teach The High Principles Of Love, Truth, Peace, Freedom And Justice: Teach All Men And Nations Of The Earth To Obey The Laws And National Constitution Of The Said Government, He Or She Is Authorized To Be An Ambassador To Their Especial Cabinet And To Seek National Friendship, Global Alliances, And Treaties Of Harmony To The Benefit Of Humanity. All Ministers Representing Moorish America Must Confirm Themselves To Holy Books And Laws Of Salvation And To Heal The Bodies, Souls And Hearts Of Men That They May Learn To Love Instead Of Hate. The Moorish Americans Are Descendants Of The Ancient Moabites Whom Later Inhabited The Northwestern And Southwestern Shores Of America; They Are The Mothers And Fathers Of The Human Family Of Nations, Whose Forefathers Were The Torchbearers Of Civilization, Indigenous Scientists Of The Arts And Rulers Of The universe Seen And unseen. From This Office, Said Minister Have Completed Theology Of The World Through The Ancient Kemetic Four Great Sacred Schools Of Thought And Honors All True And Divine Prophets From Adam, Yehoshua (Jesus), Mohammed, Buddah, And Confucious Through noble Drew Ali.

Said Divine Minister Have Infinite Jurisdiction To Teach Upon The Hedges And Highway; From All Hails Of Learning To The Dismal Crypts In Honor Of Uplifting Fallen humanity. These Governmental Authorizations With Supporting Moorish National Identification Are To Be Presented Upon Demand Whenever Certifications Are Required. The Moorish National Government Reserves The Sovereign Unalienable Right, With Just Reason, To Suspend, Revoke Or Take Away The Official Status Of This Officer While Leaving Intact The Divinity Of Their Ministry.

*Dr. Nibmaatra Kent M. Hay Sutton Kamen-Bey*

In Testimony Whereof I Have Hereunto Autographed My Name    Grand National Chairman

*Sh#1*

And Affixed The Grand National Seal And The Grand National Emblem Of The Moorish American Government

SEAL        *Swift Ang El # 76*        SEAL







**ALL SOVEREIGN RIGHTS RESERVED**





*03/28/2025*
*873075339*

USA

Per Registered U.S. Mail Filing # RA 038 464 255 US





## WE THE PEOPLE:
### An AMERICAN PUBLIC CITIZEN'S
## PROOF OF PUBLIC Law – DEBT
## INSURANCE securities under private
## accounts.

**Constitution Article IV:**

Section 1. <u>Full Faith and Credit</u> SHALL BE given in each State to the <u>Public Acts</u>, Records, and judicial Proceedings of every other State. And the Congress may by <u>General Laws</u> prescribe the Manner in which such <u>Acts</u>, <u>Records</u> and Proceedings **Shall Be Proved**, and the **Effect thereof.**

The <u>PROOF is that an American Public Citizen is fully INSURED</u> and that I have a Constitutional Right to access the Public Treasury and the U.S. Bankruptcy Court – Chapter 11 Public "Debtor in Possession" <u>Private</u> numbered accounts; which is based upon the following <u>General Statutory Laws</u>:

- "<u>Vol. I, Statutes at Large: Fifth Congress, Sess. II; Ch. 49 and 50</u>"; Debt process of set-off by petitioning the U.S. Secretary of the Treasury for a Treasury Public Debt Relief.
- The SECURITIES ACT of 1933 **for** Government **Debt settlements**; as "Collateral Trust Certificate" Securities issued by Government Departments, which are required to contain **Collateral Payment and Performance Bonds** held as U.S. Bankruptcy Court – Chapter 11 Public "Debtor in Possession" Private numbered accounts.
  - ➤ "<u>Certificate of Live Birth</u>" which is a Collateral <u>Security</u> as a Government <u>Private</u> Inheritance Credit Transfer from the Public Treasury.
  - ➤ "<u>DD-214 Military Discharge Certificate</u>" which is a Collateral <u>Security</u> as a Government <u>Private</u> Military Bounty Credit Transfer from the Public Treasury.
  - ➤ Special Government <u>Private</u> Collateral Securities: "Certificates of Title", "License Certificates", etc.
  - ➤ "<u>Social Security Certificate</u>" which is a Collateral <u>Security</u> as a Government Chapter 11 "Debtor in Possession" numbered account holding the following Collateral <u>Private</u> Securities; "Certificate of Live Birth"; "DD-214 Military Discharge Certificate" and all Special Government Collateral Securities.

Government Public Issued Insurance Securities *(Performance Bonds)* are required to be used for all **Public Debt Settlements** by the Justice and Court Departments or it stands as a <u>Judicial Concealment</u> of these Public Government issued Private Securities even though the Judicial Departments are using them for their own gains.

<u>CONCEALMENT OF SECURITIES</u>: The OFFENCE (<u>punishable by up to SEVEN years' imprisonment</u>) of dishonestly Concealing, Destroying, or Defacing any valuable Security, WILL, OR any document issuing from a court OR Government Department for the **purpose of Gain for oneself or causing Loss to another.** Valuable securities include any documents concerning rights over property, authorizing payment of money or the delivery of property, or evidencing such rights or the satisfying of any obligation.

Date: _Oct. 13, 2021_

Signed and Sealed By: _El. Mugallibu: Deen_
El. Mugallibu: Deen, Authorizing Public Signate
Individual Public Banker: per EIN # 87-3075339

Page 1 of 1



03/28/2025
873075339



AUTHENTICATED
U.S. GOVERNMENT
INFORMATION
GPO

OAM-P38439

03/28/2025

B³⁴

# THE

# STATUTES AT LARGE

OF THE

## UNITED STATES OF AMERICA,

FROM

### OCTOBER, 1877, TO MARCH, 1879,

AND

### RECENT TREATIES, POSTAL CONVENTIONS, AND EXECUTIVE PROCLAMATIONS.

EDITED, PRINTED, AND PUBLISHED UNDER THE AUTHORITY OF
AN ACT OF CONGRESS, AND UNDER THE DIRECTION
OF THE SECRETARY OF STATE.

## VOL. XX.

WASHINGTON:
GOVERNMENT PRINTING OFFICE.
1879.

03/28/2025
873075339



vi                    LIST OF PUBLIC ACTS AND RESOLUTIONS.

                                                                                            Page.
*Superintendents of Mints and Assayers.* An act to authorize the Secretary of the Treasury to constitute superintendents of mints or assayers in assay-offices, assistant treasurers of the United States. June 8, 1878 ...............................................................................  102
*District of Columbia.* An act providing a permanent form of government for the District of Columbia. June 11, 1878 ..........................................................................  102
*Military Academy Appropriations.* An act making appropriations for the support of the Military Academy for the fiscal year ending June thirtieth, eighteen hundred and seventy-nine, and for other purposes. June 11, 1878 ..............................................................  103
*United States Courts in Virginia.* An act to change the time for holding terms of the district court for the western district of Virginia at Danville. June 11, 1878 ..............................  111
*Election in California.* An act fixing the time for holding the election for Representatives in the Forty-sixth Congress of the United States in and for the State of California. June 11, 1878 ....  111
*Election in Colorado.* An act designating the times for the election of Representatives to the Forty-sixth and succeeding Congresses from the State of Colorado. June 11, 1878 ..................  119
*Pension Appropriations.* An act making appropriations for the payment of invalid and other pensions of the United States for the year ending June thirtieth, eighteen hundred and seventy-nine. June 14, 1878 ....................................................................  112
*Homesteads.* An act for the relief of settlers on the public lands under the pre-emption laws. June 14, 1878 ..............................................................................  113
*Timber Culture.* An act to amend an act entitled "An act to encourage the growth of timber on the Western prairies." June 14, 1878 .......................................................  113
*Deficiency Appropriations.* An act making appropriations to supply the deficiencies in the appropriations for the fiscal year ending June thirtieth, eighteen hundred and seventy-eight, and prior years, and for those heretofore treated as permanent, for reappropriations, and for other purposes. June 14, 1878 ...................................................................  113
*Harper's Ferry Property.* An act authorizing the Solicitor of the Treasury, by and with the consent of the Secretary of War, to cancel certain contracts for the sale of lots of land made at Harper's Ferry in the year eighteen hundred and sixty-nine, by the United States, to resell the same, and sell or lease all other real estate and riparian rights now owned by the United States at Harper's Ferry, West Virginia. June 14, 1878 ........................................  130
*Consular Courts.* An act to amend section forty-one hundred and twenty-seven of the Revised Statutes of the United States, in relation to the judicial powers and functions of consuls. June 14, 1878 ..............................................................................  131
*District of Columbia.* An act to authorize the Commissioners of the District of Columbia to make and enforce regulations relative to the sale of coal, and also building regulations. June 14, 1878..  131
*Mutual Fire Insurance Company.* An act to amend the charter of the Mutual Fire Insurance Company of the District of Columbia. June 14, 1878 .....................................................  132
*United States Courts in Tennessee.* An act to provide for the appointment of a district judge for the western district of Tennessee, and for other purposes. June 14, 1878 .......................  132
*Polaris Expedition.* An act authorizing the publication for sale of an edition of the Narrative of the Polaris Expedition. June 14, 1878 ........................................................  132
*Collectors of Customs at Plymouth and Nantucket.* An act establishing the salaries to be paid the collectors of customs of Plymouth and Nantucket, Massachusetts. June 14, 1878 .................  133
*Charles O. Allibone.* An act for the relief of Charles O. Allibone. June 14, 1878 .................  133
*Mississippi and Missouri Railroad Lands.* An act to restore certain lands in Iowa to settlement under the homestead law, and for other purposes. June 15, 1878 .....................................  133
*Barge Office, New York City.* An act for the construction of a public building for use by the United States Government in the city of New York. June 15, 1878 .......................................  133
*District of Columbia.* An act for the preservation of game and protection of birds in the District of Columbia. June 15, 1878 ..........................................................................  134
*National Fair Grounds Association.* An act to incorporate the National Fair Grounds Association. June 15, 1878 ..............................................................................  135
*District of Columbia.* An act to regulate the practice of pharmacy in the District of Columbia. June 15, 1878 ..............................................................................  137
*Barataria Ship Canal.* An act to authorize the Barataria Ship Canal Company to construct and operate a ship canal from New Orleans to the Gulf of Mexico, through the lands and waters of the United States, and to grant to said company the right of way for that purpose. June 15, 1878 ..............................................................................  140
*Postal Service Appropriations.* An act making appropriations for the service of the Post-Office Department for the fiscal year ending June thirtieth, eighteen hundred and seventy-nine, and for other purposes. June 17, 1878 ...................................................................  140
*Cadet-Midshipmen.* An act regulating the appointment of cadet-midshipmen and cadet-engineers in the Naval Academy, and for other purposes. June 17, 1878 .......................................  143
*Pensions.* An act to increase the pension of certain pensioned soldiers and sailors who have lost both their hands or both their feet or the sight of both eyes in the service of the country. June 17, 1878 ..............................................................................  144
*Mexican-Treaty Awards.* An act to provide for the distribution of the awards made under the convention between the United States of America and the Republic of Mexico concluded on the fourth day of July, eighteen hundred and sixty-eight. June 18, 1878 ................................  144
*Army Appropriations.* An act making appropriations for the support of the Army for the fiscal year ending June thirtieth, eighteen hundred and seventy-nine, and for other purposes. June 18, 1878 ..............................................................................  145
*River and Harbor Appropriations.* An act making appropriations for the construction, repair, preservation, and completion of certain public works on rivers and harbors, and for other purposes. June 18, 1878 ..............................................................................  152

03/28/2025
873075399



Sec. 4. That the Solicitor of the Treasury be, and he is hereby, authorized to abate part of the purchase-money due from purchasers who have made improvements upon lots of land purchased as aforesaid at Harper's Ferry: *Provided*, That in his judgment such purchasers are legally or equitably entitled to such abatement: *And provided further*, That such purchasers shall application to the Solicitor for abatement within two months from the passage of this act, and, in case an abatement is made, shall pay the balance of the purchase money due after deducting the amount abated within sixty days thereafter; otherwise, the debt to remain as if no abatement had been made.

Sec. 5. This act shall be in force from its passage.

Approved, June 14, 1878.

*Margin notes: Abatement of purchase-money. Proviso. Conditions of abatement. Date of effect.*

---

**CHAP. 193.**—An act to amend section forty-one hundred and twenty-seven of the Revised Statutes, of the United States, in relation to the judicial powers and functions of consuls.

*June 14, 1878.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That section forty-one hundred and twenty-seven of the Revised Statutes of the United States be, and the same is hereby, amended so that it shall hereafter read as follows:

*R. S. 4127, p. 799, Amended.*

Sec. 4127. The provisions of this title, so far as the same are in conformity with the stipulations in the existing treaties between the United States and Tripoli, Tunis, Morocco, Muscat, and the Samoan or Navigator Islands, respectively, shall extend to those countries, and shall be executed in conformity with the provisions of the treaties and of the provisions of this title by the consuls appointed by the United States to reside therein, who are hereby ex officio invested with the powers herein delegated to the ministers and consuls of the United States appointed to reside in the countries named in section four thousand and eighty-three, so far as the same can be exercised under the provisions of treaties between the United States and the several countries mentioned in this section, and in accordance with the usages of the countries in their intercourse with the Franks or other foreign Christian nations. And whenever the United States shall negotiate a treaty with any foreign government, in which the American consul-general or consul shall be clothed with judicial authority, and securing the right of trial to American citizens residing therein before such consul-general or consul, and containing provisions similar to or like those contained in the treaties with the governments named in this act, then said title, so far as the same may be applicable, shall have full force in reference to said treaty, and shall extend to the country of the government negotiating the same.

Approved, June 14, 1878.

*Margin notes: Judicial powers of consuls in certain foreign countries. R. S. Title 47, "Foreign Relations," extended to.*

---

**CHAP. 194.**—An act to authorize the Commissioners of the District of Columbia to make and enforce regulations relative to the sale of coal, and also building regulations.

*June 14, 1878.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled*, That the Commissioners of the District of Columbia be, and they hereby are, authorized and directed to make and enforce such rules and regulations relative to the sale of coal in the District of Columbia as shall insure full weight to purchasers of coal; also, such building regulations for the said District as they may deem advisable.

Sec. 2. That such rules and regulations made as above provided shall have the same force and effect within the District of Columbia as if enacted by Congress.

Approved, June 14, 1878.

*Margin notes: Sale of coal in District of Columbia. Effect of regulations.*

03/28/2025
873075339


USA